**ORIGINAL**

Duration: 35 MINUTES
Proceeding via: ☐ CourtCall ☐ AT&T ☑ In Person

DOCKET No. 23AMG2007

DEFENDANT Yanping Wang

AUSA Juliana Murray

DEF.'S COUNSEL Priya Chaudhry & Alex Lipman
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☑ MANDARIN INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Brady Warning Given

☑ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 03/15/2023
TIME OF ARREST 0600AM
TIME OF PRESENTMENT _____

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ SEE SEP. ORDER
☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ $5 million PRB ☑ 2 FRP
☑ SECURED BY $ _____ CASH/PROPERTY: $1 mil. cash/property
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☑ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- D will disclose all assets to PTS/USAO including any accounts in her name or controlled by her or by companies in which she has an interest, any cryptocurrency, any cash, and any other property
- D shall have no contact with Kwok or Je or other co-conspirators outside presence of counsel
- she shall have no contact with any alleged victims/witnesses outside presence of counsel
- reside at 188 East 64th St. Apt. 1601 and may not relocate absent permission from PTS
- D shall not open any new bank accounts, lines of credit or loans without prior approval of PTS

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 3/29/2023      ☑ ON DEFENDANT'S CONSENT

DATE: 03/15/2023

*Katharine H. Parker*
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016