UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YANPING WANG,<br><br>                      Defendant. | Case No. 23-MJ-2007<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that undersigned counsel, Alex Lipman, of the law firm Lipman Law PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Yanping Wang in the above-captioned action.

Dated: New York, New York
       March 15, 2023

                                                    Lipman Law PLLC

                                                    By:    /s/ Alex Lipman
                                                                  Alex Lipman, Esq.
                                                                  147 West 25th Street, 12th Floor
                                                                  New York, New York 10001
                                                                  Tel: (212) 401-0070
                                                                  Email: alexlipman@lipmanpllc.com

                                                                  *Attorneys for Defendant Yanping Wang*