

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2023

**BY E-MAIL – EX PARTE & UNDER SEAL**
The Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ho Wan Kwok and Kin Ming Je*, 23 Cr. 118 (UA)

Dear Judge Gorenstein:

    On or about March 6, 2023, the enclosed Indictment was returned against defendants Ho Wan KWOK and Kin Ming JE. The Indictment and accompanying arrest warrants remain sealed, and JE is believed to be located abroad. Accordingly, the Government writes to respectfully request that the Court enter, *ex parte* and under seal, a limited unsealing order that would permit the Government to disclose the Indictment and JE's arrest warrant to others within the United States government as well as to foreign officials for the limited purposes of enabling the Government to coordinate with foreign law enforcement authorities, apprehend JE, bring him to the United States, and to further the existing investigation.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Micah F. Fergenson
    Ryan B. Finkel
    Juliana N. Murray
    Assistant United States Attorney
    (212) 637-2190 / -6612 / -2314

**SO ORDERED:**

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
    March 7, 2023
Enclosures