# MOTION MATERIALS
*United States v. Yanping Wang*, 23-MJ-2007

| EXHIBIT INDEX | DESCRIPTION |
|---|---|
| EXHIBIT A | Identity and Financial Documentation |
| EXHIBIT B | Identity and Financial Documentation |
| EXHIBIT C | Identity and Financial Documentation |
| EXHIBIT D | Identity and Financial Documentation |
| EXHIBIT E | Identity and Financial Documentation |
| EXHIBIT F | Identity and Financial Documentation |
| EXHIBIT G | Identity and Financial Documentation |
| EXHIBIT H | Identity and Financial Documentation |