# EXHIBIT B
## Identity and Financial Documentation
*United States v. Yanping Wang*, Case No.: 23-MJ-2007

## Redacted Pursuant to Fed. R. Civ. P. 5.2