UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HO WAN KWOK, *et al.*<br><br>　　　　　Defendants. | 23-cr-00118 (AT)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE**<br><br>ECF CASE |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen R. Cook hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ho Wan Kwok in the above-captioned action.

　　　　I am in good standing of the bars of the state of California and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

DATED: March 22, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BROWN RUDNICK LLP


　　　　　　　　　　　　　　　　　　　　By: */s/ Stephen R. Cook*
　　　　　　　　　　　　　　　　　　　　　　Stephen R. Cook
　　　　　　　　　　　　　　　　　　　　　　BROWN RUDNICK LLP
　　　　　　　　　　　　　　　　　　　　　　2211 Michelson Drive
　　　　　　　　　　　　　　　　　　　　　　Seventh Floor
　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92612
　　　　　　　　　　　　　　　　　　　　　　Tel: (949) 752-7100
　　　　　　　　　　　　　　　　　　　　　　Fax: (949) 252-1514
　　　　　　　　　　　　　　　　　　　　　　scook@brownrudnick.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Ho Wan Kwok*