**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HO WAN KWOK, *et al.*<br><br>        Defendants. | 23-cr-00118 (AT)<br><br>**DECLARATION OF STEPHEN R. COOK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

I, STEPHEN R. COOK, hereby declare as follows:

1. I am a partner with the firm of Brown Rudnick LLP;

2. I submit this declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned matter;

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars of the state of California and of the District of Columbia. I am admitted to practice before several federal courts, including the United States District Court for the Central District of California and Northern District of California.

4. I have never been convicted of a felony, never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no pending disciplinary proceedings presently against me in any court.

5. I respectfully request to be permitted to appear as counsel *pro hac vice* in this case for Defendant Ho Wan Kwok.

I declare under penalty of perjury that the foregoing statements are true and correct based on my personal knowledge.

Executed this 22nd day of March, 2023.

*/s/ Stephen R. Cook*
STEPHEN R. COOK