**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>HO WAN KWOK, *et al.*<br><br>                    Defendants. | Case No. 23-CR-00118 (AT)<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that the undersigned attorney, William R. Baldiga, hereby appears as counsel of record for Defendant Ho Wan Kwok, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: March 23, 2023

                                              Respectfully Submitted,

                                              */s/ William R. Baldiga*
                                              William R. Baldiga (WB-6662)
                                              BROWN RUDNICK LLP
                                              Seven Times Square
                                              New York, NY 10036
                                              Tel: (212) 209-4942
                                              Fax: (212) 209-4801
                                              E-mail: wbaldiga@brownrudnick.com

                                              *Attorney for Defendant Ho Wan Kwok*