# **EXHIBIT A**

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Stephen Andrew Best

was admitted to practice as an attorney and counsellor at the bar of this Court on November 6, 1989.

I further certify that so far as the records of this office are concerned, Stephen Andrew Best is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of March
A.D. 2023

By: _____
Deputy Clerk