**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HO WAN KWOK, *et al.* <br><br> Defendants. | 23-cr-00118 (AT) <br><br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** <br><br> ECF CASE |

The motion of Stephen A. Best, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Virginia and of the District of Columbia; and that his contact information is as follows:

Stephen A. Best
BROWN RUDNICK LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
T: (202) 536-1700
F: (202) 536-1701
e-mail: sbest@brownrudnick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Ho Wan Kwok in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____        _____
                                                                                    Honorable Analisa Torres
                                                                                    United States District Judge