# brownrudnick

STEPHEN R. COOK
direct dial: 949 752 7100
fax: 949 252 1514
scook@brownrudnick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/29/2023

March 28, 2023

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  *United States v. Kwok et al.*, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres,

On behalf of Ho Wan Kwok, we respectfully request that the Court schedule a bail hearing in this matter. Mr. Kwok was arrested on March 15, 2023, and presented that same day before Magistrate Judge Katharine H. Parker. During the hearing, Magistrate Judge Katharine H. Parker detained Mr. Kwok on consent without prejudice.

We respectfully move for a revocation of the detention order pursuant to 18 U.S.C. § 3145(b). We have conferred with counsel for the Government and have been informed that the Government continues to oppose bail in this case. Therefore, we respectfully request a bail hearing to present our proposed bail package scheduled at Your Honor's earliest convenience.

Respectfully submitted,

BROWN RUDNICK LLP

Stephen R. Cook

---

Defendant's request for a bail hearing is GRANTED. On **April 4, 2023**, at **11:30 a.m.**, the Court shall hold a hearing in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 29, 2023
New York, New York

ANALISA TORRES
United States District Judge