UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YANPING WANG,<br><br>                              Defendant. | Case No. S1 1:23-cr-00118-AT<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that undersigned counsel, Priya Chaudhry, of the law firm ChaudhryLaw PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Yanping Wang in the above-captioned action.

Dated:  New York, New York
        March 30, 2023

                                        ChaudhryLaw PLLC

                                        By:    <u>/s/ Priya Chaudhry</u>
                                               Priya Chaudhry, Esq.
                                               147 West 25th Street, 12th Floor
                                               New York, New York 10001
                                               Tel: (212) 785-5550
                                               Email: priya@chaudhrylaw.com

                                               *Attorneys for Defendant Yanping Wang*