UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　　Defendants. | CRIMINAL NO. 23-CR-118 (AT)<br><br>NOTICE OF MOTION FOR AN ORDER DIRECTING HO WAN KWOK'S RELEASE ON BAIL PENDING TRIAL |

**PLEASE TAKE NOTICE** that, pursuant to 18 U.S.C. § 3142, upon the accompanying Memorandum in Support of Application for Release on Bail Pending Trial, Defendant Ho Wan Kwok, by and through his counsel, Brown Rudnick LLP, respectfully moves this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order approving Defendant's Application for Release on Bail Pending Trial.

Dated: March 31, 2023

　　　　　　　　　　　　　　　　　　　　BROWN RUDNICK LLP


　　　　　　　　　　　　　　　By:　　/s/ William R. Baldiga
　　　　　　　　　　　　　　　　　　　William R. Baldiga
　　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 209-4942
　　　　　　　　　　　　　　　　　　　Fax: (212) 209-4801
　　　　　　　　　　　　　　　　　　　E-mail: wbaldiga@brownrudnick.com

　　　　　　　　　　　　　　　　　　　Stephen R. Cook (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　211 Michelson Drive, 7th Floor
　　　　　　　　　　　　　　　　　　　Irvine, CA 92612
　　　　　　　　　　　　　　　　　　　Tel: (949) 440-0215
　　　　　　　　　　　　　　　　　　　Fax: (949) 252-1514
　　　　　　　　　　　　　　　　　　　E-mail: scook@brownrudnick.com

Stephen A. Best (admitted *pro hac vice*)
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: (202) 536-1737
Fax: (202) 536-1701
E-mail: sbest@brownrudnick.com

*Attorneys for Defendant Ho Wan Kwok*