# **EXHIBIT A**

From the Desk of Warden

March 24, 2023

**MEMORANDUM FOR INMATE POPULATION**

**FROM:** S. Ma'at, Warden

**SUBJECT:** Planned Modified Operations

As the Warden of this facility, I am committed to providing a safe, secure, and orderly environment at MDC Brooklyn. My experience has taught me that effectively managing inmate behavior is critical to achieving this goal. I believe most inmates at the institution want to transfer to their next institution or be released back to their communities. Recently, it has been difficult for many of you, due to the increase of weapons, cellphones, drugs, and fights. We understand the impact it is having on running the institution.

I remain concerned, that we continue to find cell phones and illegal homemade weapons, with the only possible intent to cause grave harm to others. It is the responsibility of the staff at this facility to ensure the safety of everyone as well as to enforce all rules and regulations. There is no justifiable reason for any inmate to be in possession of a cell phone or weapon at any time or in any manner.

Therefore, this memorandum is declaring my decision to implement a planned lock-down on various floors and units to slow operations down, conduct shakedowns, and gather additional intelligence.

Consequently, destructive, manipulative, and aggressive behavior will not be tolerated. I expect all inmates to comply with these expectations and all others will uphold rules, maintain high levels of sanitation within your living areas, treat staff respectfully, and interact positively with each other.

**All inmates found in possession of a weapon or cell phone will be sanctioned aggressively through the local disciplinary process. In addition, to any criminal and DHO sanctioning which will be pursued through the FBI, the United States Attorney, and the sentencing Judges.**

It is important to remember, that all staff are responsible to ensure cells and lockers are free of all contraband, including weapons, cellphones, and drugs. You will be held accountable for these areas. Further, it is imperative to regulate the amounts of excessive property in each cell.

Correctional Services will implement a modified schedule for all units at the institution. As we transition the institution back to normal operations, we will continue to monitor any security issues, which endanger the safety of staff and inmates. Therefore, the length of the institution's modified operation will be based on observed acceptable behavior displayed by all inmates. (All times are approximate)

You should adhere to the rules and regulations of the institution, treat staff and fellow inmates with respect and follow all orders given by staff, especially during unusual times such as these. Additionally, all inmates are expected to adhere to cell sanitation and housekeeping standards.

Staff will and should continue to make rounds, refresh their knowledge of policy, and address any concerns that may arise. As the Warden, I welcome open communication as events transpire. Every attempt will be made to ensure the inmate population is provided showers, legal phone calls and visits, and nutritional meals throughout the course of this lock down, including one hot meal each day. You will be notified of any additional modifications to institution operations.

Your cooperation is expected, as we do everything to ensure the safety and security of our staff, inmates, and the public. Staff from various departments will be making rounds throughout the institution, so please be patient as we work through this critical time.