# Exhibit B







UNITED ARAB EMIRATES
VISAS

Passport

UNITED ARAB EMIRATES الإمارات العربية المتحدة

| Type | Country Code | Passport No | رقم الجواز |
|------|-------------|-------------|-----------|
| P | ARE | | |

الإسم
هو وان كواك

Names
HO WAN KWOK

Date of Birth تاريخ الميلاد

Place of Birth
SHANDONG

Date of Expiry تاريخ الانتهاء
18/03/2020

Issuing Authority جهة الإصدار
ABU DHABI أبوظبي

Sex الجنس
M ذكر

مكان الميلاد
شاندونغ

Date of Issue تاريخ الاصدار
19/03/2015

Holder's Signature توقيع حامل الجواز
No signature / بدون إمضاء

P<AREKWOK<<HO<WAN<KWOK<<<<<<<<<<<<<<<<<<<<<<<
3ARE       M2003186<<<<<<<<<<<<<0