# Exhibit E

Date of issue: 24 NOV 2016
This identity card is issued in accordance with Immigration Act No. 17 of 2010.
For Director of Immigration

## Inpoten Infomeisen

1. Ofis blong Paspot blong Vanuatu mo olgeta diplomatik mo konsula ofisa we oli stap long ol narafala kaontri olgeta nao oli stap isuim ol Vanuatu paspot.

2. Paspot ia hemi propeti blong Gavman blong Vanuatu mo man o woman nomo we nem blong hem i stap long hem i save yusum paspot ia mo oli save karembak paspot ia eni taem.

3. Paspot ia hemi wan dokumen we i gat bigfala valiu mo yu mas lukaot gud long hem. Ol paspot blong Vanuatu oli laef kasem 5 yia.

4. Yu no mas jenisim eni samting long paspot ia o yu no mas givim paspot ia long eni man we ino gat raet blong holem paspot ia.

5. Sipos yu lusum o damejem paspot ia yu mas ripotem kwiktaem long Ofis blong Paspot long Vanuatu mo long polis. Sipos yu stap long wan narafala kaontri yu mas ripotem long polis blong ples we yu stap long hem mo long ofis blong diplomatik o konsula representetiv blong Vanuatu we i stap kolosap long yu. Bambae oli no givim wan narafala paspot long yu kwiktaem so yu lukaotem gud hemia.

6. Taem yu gat paspot ia, hemi no karemaot responsibiliti we yu gat blong karem eni visa we yu nid blong karem blong travel mo blong folem olgeta imigreisen rul blong ol narafala kaontri.

# VANUATU



**Passport / Passeport**

| | |
|---|---|
| Type / Type | P |
| Country code / Code du pays | VUT |
| Passport No. / N° du Passeport | ▮▮▮ |
| Surname / Nom | KWOK |
| Given names / Prénoms | HO WAN |
| Sex / Sexe | M |
| Date of birth / Date de naissance | ▮▮▮ |
| Nationality / Nationalité | VANUATU |
| Place of birth / Lieu de naissance | SHANDONG |
| Date of issue / Date de délivrance | 12 DEC 2016 |
| Date of Expiry / Date d'expiration | 11 DEC 2021 |
| Authority / Autorité | PORT VILA |
| Holder's signature / Signature du titulaire | (signature) |

```
P<VUTKWOK<<HO<WAN<<<<<<<<<<<<<<<<<<<<<<<<<<
▮▮▮▮▮▮▮▮<8VUT▮▮▮▮▮▮▮M2112116<<<<<<<<<<<<<08
```