# Exhibit F

| | |
|---|---|
| **From:** | Papapetru, Sophia (BOP) |
| **To:** | Murray, Juliana (USANYS) 1; Fergenson, Micah (USANYS); Finkel, Ryan (USANYS) |
| **Cc:** | Khan, Neha (BOP); Wallace, John (BOP); Khan, Neha (BOP) |
| **Subject:** | Inmate Kwok, Reg. No. 49134-054 |
| **Date:** | Wednesday, March 29, 2023 12:07:38 PM |

Good morning all,

Can you please advise whom the attorney's of record are for this inmate? At this time, this inmate has been banned from receiving virtual legal calls. He is no longer authorized to receive legal calls because his family members have been manipulating the system and providing false information to circumvent the legal call system. It is unclear whom his attorneys actually are. Until further notice, the inmate will only be authorized in-person legal visits.

Best,
Sophia

_____

Sophia Papapetru | Supervisory Attorney
U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn | MCC New York | FCI Otisville
*CLC New York*
80 29th Street
Brooklyn, New York 11232
P: ▮▮▮▮
C: ▮▮▮▮
E: ▮▮▮▮