# Exhibit G

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtor. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| HK International Funds Investments (USA) Limited, LLC | : | |
| Plaintiff | : | Adv. Proceeding No. 22-05003 |
| v. | : | |
| Ho Wan Kwok | : | |
| Defendant | : | |

---

| | |
|---|---|
| Chapter 11 Trustee Luc A. Despins | : |
| Counter-Plaintiff | : |
| v. | : |
| HK International Funds Investments (USA) Limited, LLC, and Mei Guo | : |
| Counter-Defendants. | : |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7065 FREEZING ASSETS OF COUNTER-DEFENDANTS

WHEREAS, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), is the counterclaim-plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), has moved for a preliminary injunction (the "Motion") freezing certain assets of counterclaim-defendants HK INTERNATIONAL FUNDS INVESTMENTS (USA) Limited LLC ("HK USA") and MEI GUO ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants"); and

WHEREAS, on the basis of the papers submitted, following a hearing, and upon the consent of the Counterclaim-Defendants, the Trustee has demonstrated an entitlement to the requested preliminary injunction, and all objections to the Motion having been overruled;

NOW, THEREFORE, it is hereby ORDERED that:

(a) Counter-Defendants shall not transfer, encumber, move, dispose of, or in any way impair the *Lady May* until further order of the Court;

(b) Counter-Defendants shall not withdraw, transfer, encumber, move, dispose of, or in any way impair the Escrowed Funds[2] until further order of the Court;

(c) Counter-Defendant Mei Guo shall not transfer, encumber, move, dispose of, or in any way impair her interest(s) in HK USA until further order of the Court; and

(d) Counter-Defendants shall identify to the Trustee and to the Court within five days of entry of this Order any other property in which they hold an interest, and Counter-Defendants shall not transfer, encumber, move, dispose of, or in any way impair their interest(s) in such property until further order of the Court.

It is further ORDERED that:

1. The Motion is GRANTED in all respects.

2. The Trustee shall NOT be required to give a bond in connection with the preliminary injunction.

3. The Trustee is authorized to take all actions necessary to implement the terms of this Order.

4. This Order is immediately enforceable.

---

[2] "Escrowed Funds" means the funds deposited pursuant to that certain Escrow Agreement, dated as of April 28, 2022, by and among HK International Funds Investments (USA) Limited, LLC, the Official Committee of Unsecured Creditors appointed in the chapter 11 case of Ho Wan Kwok, and U.S. Bank National Association.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 17th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
       Debtor. : (Jointly Administered)
------------------------------------x
:
HK International Funds Investments :
(USA) Limited, LLC :
: Adv. Proceeding No. 22-05003
       Plaintiff :
v. : Re: ECF No. 146
:
Ho Wan Kwok :
:
       Defendant :
:
------------------------------------x
:
Chapter 11 Trustee Luc A. Despins :
:
       Counter-Plaintiff :
v. :
:
HK International Funds Investments :
(USA) Limited, LLC, and Mei Guo :
:
       Counter-Defendants. :
------------------------------------x

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR ESTATE OF HO
WAN KWOK FOR PARTIAL SUMMARY JUDGMENT**

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Upon the motion (the "Motion")[1] of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding under Rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order granting summary judgment in the Trustee's favor; and this Court having found that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; the relief requested therein is core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and there is no genuine issue as to any material fact entitling the Trustee to summary judgment in his favor on the First Counterclaim; after due deliberation and sufficient cause appearing therefor, and for the reasons stated on the record during a hearing held on March 27, 2023, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor is the beneficial owner of, and controls, the yacht the Lady May (as defined below).

3. Effective as of 2:55 p.m. on March 27, 2023, the Lady May (as defined below) is property of the Debtor's chapter 11 estate (the "Estate") pursuant to 11 U.S.C. § 541(a) to be administered by the Trustee. In particular, the sole owner of the Lady May is:

> Name: Luc A. Despins, as the chapter 11 trustee for the estate of Ho Wan Kwok
> Address: c/o Paul Hastings LLP, 200 Park Avenue, New York, New York 10166

---

[1] Capitalized terms used but not otherwise defined have the meanings set forth in the Motion.

2

4. The "Lady May" refers to the following yacht:

Name: Lady May
Number, Year and Port of Registration: 39 in 2014, George Town, Cayman Islands
IMO/LR Number: 1012359
Official Number: 745195
Signal Letters: ZGDQ9

5. Pursuant to 11 U.S.C. § 542(a), the Counter-Defendants, *i.e.*, HK International Funds Investments (USA) Limited, LLC and Mei Guo, shall deliver the Lady May to the Trustee immediately, and, moreover, shall provide any and all assistance reasonably necessary to (i) enable the Trustee to register the ownership of the Lady May in the name of the Trustee (on behalf of the Estate) and (ii) transition operation and maintenance of the Lady May to the Estate (on behalf of the Estate), including as it relates to procuring appropriate insurance coverage for the Lady May.

6. The Trustee is authorized to take all actions necessary or appropriate to effectuate this Order, including filing all necessary or appropriate registrations to reflect that the Trustee (on behalf of the Estate) is the registered owner of the Lady May.

7. Entry of this Order is without prejudice to the Trustee pursuing the other Counterclaims in the Answer and Counterclaims upon notice and entry of a scheduling order by the Court.

8. This Order is effective immediately, and no stay pursuant to Rule 7062 of the Federal Rules of Bankruptcy Procedure shall be effective, and the Court hereby waives any limitations set forth in Rule 7062 of the Federal Rules of Bankruptcy Procedure on the Trustee's ability to enforce this judgment upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 27th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>　　　HO WAN KWOK, *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE<br>FOR THE ESTATE OF HO WAN KWOK,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>GREENWICH LAND, LLC and<br>HING CHI NGOK,<br><br>　　　　　　Defendant. | Adv. P. No. 23-05005 (JAM)<br><br><br><br><br>Re: ECF No. 12 |

## ORDER GRANTING IN PART *EX PARTE* MOTION
## FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of the *ex parte* motion dated March 27, 2023 (the "Motion") filed by Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, as made applicable by Rule 7065 of the Federal Rules of Bankruptcy Procedure, for injunctive relief to restrain defendant Greenwich Land, LLC ("Greenwich Land") and Hing Chi Ngok ("Defendant Ngok" and, together with Greenwich

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Land, collectively, the "Defendants") from encumbering, transferring, dissipating or otherwise interfering with their property and/or assets, and upon the certification of counsel why notice should not be required pursuant to Fed. R. Civ. P. 65(b), and upon all other pleadings filed in this adversary proceeding and the related jointly administered Chapter 11 cases of Ho Wan Kwok, et al., Case No. 22-50073 (the "Main Case"); it is hereby

**ORDERED**: Sufficient reason has been shown for the issuance of a temporary restraining order pursuant to Fed. R. Civ. P. 65(b) pending the hearing of the Trustee's Motion for Preliminary Injunction because immediate and irreparable injury, loss, or damage will result to the Trustee before the Defendants can be heard in opposition, and the Trustee has certified in writing that he gave notice to counsel for the Defendants who has appeared on behalf of the Defendants in the Main Case; and it is further

**ORDERED:** Pursuant to Fed. R. Civ. P. 65(b), the Defendants, and pursuant to Fed. R. Civ. P. 65(d)(2), their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with the foregoing upon receipt of actual notice of this Order by personal service or otherwise, are temporarily restrained and enjoined from encumbering, transferring, alienating, dissipating, paying over or assigning any property and/or assets of the Defendants; and it is further

**ORDERED**: Pursuant to Fed. R. Civ. P 65(b), the Defendants, and pursuant to Fed. R. Civ. P. 65(d)(2), their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with the foregoing upon receipt of actual notice of this Order by personal service or otherwise, are temporarily restrained and enjoined from directing any of the Defendants' banking institutions to encumber, transfer, alienate, dissipate, pay over or assign any property and/or assets of the Defendants until further order of this Court; and it is further

ORDERED:  The terms and conditions of this Temporary Restraining Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED:  A hearing on the Motion for Preliminary Injunction shall be held on April 11, 2023, at 3:00 p.m. and will continue until concluded; and it is further

ORDERED:  Pursuant to this Court's discretion to set or waive the amount of any bond to be posted under Fed. R. Civ. P. 65, the Trustee need not post a bond; and it is further

ORDERED:  The Trustee shall serve this Temporary Restraining Order on the Defendants and the Defendants' counsel, who have not yet appeared in this adversary proceeding; and it is further

ORDERED:  This Temporary Restraining Order shall remain in effect until further order of the Court and the Court shall retain jurisdiction over this adversary proceeding to ensure compliance with this Order and for all other purposes related to this adversary proceeding.

Entered at Bridgeport, Connecticut at 6:34 p.m. on March 28, 2023.

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :   Case No. 22-50073 (JAM)
                                                         :
                    Debtors.                             :   (Jointly Administered)
                                                         :
---------------------------------------------------------x
                                                         :
LUC A. DESPINS, CHAPTER 11                               :
TRUSTEE,                                                 :
                                                         :   Adv. Proceeding No. 23-05005
                    Plaintiff,                           :
v.                                                       :
                                                         :
GREENWICH LAND, LLC and                                  :   Re: ECF No. 11
HING CHI NGOK,                                           :
                                                         :
                    Defendants.                          :
                                                         :
---------------------------------------------------------x

### ORDER GRANTING CHAPTER 11 TRUSTEE'S AMENDED APPLICATION FOR *EX PARTE* PREJUDGMENT REMEDY

WHEREAS, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), is the counterclaim-plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), has made an application for an *ex parte* prejudgment remedy (the "Application") to secure his claims against defendants Greenwich Land, LLC ("Greenwich Land") and Hing Chi Ngok ("Defendant Ngok" and, together with Greenwich Land, collectively, the "Defendants"); and

WHEREAS, the requirements of section 52-278e(a) of the Connecticut General Statutes having been shown, on the basis of the papers submitted, including but not limited to the supporting

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

affidavit(s), there is probable cause that a judgment in the amount equal to or greater than $6.8 million, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the Trustee, and there is a reasonable likelihood that the Defendants (1) have hidden or will hide themselves so that process cannot be served on them or (2) are about to remove themselves or their property from this state or (3) are about to fraudulently dispose of or have fraudulently disposed of any of their property with intent to hinder, delay or defraud their creditors or (4) have fraudulently hidden or withheld money, property or effects which should be liable to the satisfaction of their debts.

NOW, THEREFORE, it is hereby ORDERED that the Trustee shall be authorized, to the amount of $8,314,200;

    (a)    To attach sufficient property of the Defendants, as known, including that certain real property commonly known as 373 Taconic Rd, Greenwich, CT 06831, or as may hereafter be identified, or as otherwise discovered by the Trustee, to secure such sum;

    (b)    To garnish the Defendants' accounts at any financial institution, as known, including without limitation the accounts identified at exhibits 42, 43, 44, 45, 49, and 50 to the Complaint, or as may hereafter be identified, or as otherwise discovered by the Trustee;

    (c)    To attach any stock, membership, or other equity interests of the Defendants in any entity(ies), as known, including Defendant Ngok's membership interest in Greenwich Land, or as may hereafter be identified, or as otherwise discovered by the Trustee;

    (d)    To attach any personal property (including but not limited to automobiles, boats, aircraft, art, jewelry, and collectibles) and any currency or negotiable instruments in which the Defendants have any interest, as known, including personal property of the Defendants located at 373 Taconic Rd, Greenwich CT 06831, or as may hereafter be identified, or as otherwise discovered by the Trustee;

    (e)    To attach property of the Defendants in possession of any third persons, as known or as may hereafter be identified, or as otherwise discovered by the Trustee; and/or

    (f)    To garnish third persons in possession of other property of the Defendants or owing debts to the Defendants, as known or as may hereafter be identified, or as otherwise discovered by the Trustee.

It is further ORDERED that:

1. The Trustee shall NOT be required to give a bond in connection with the prejudgment remedy.

2. The Trustee is authorized to take all actions necessary to implement the terms of this Order.

3. The Court will schedule a hearing at a time convenient to the Defendants where the Court will consider the continuation of the prejudgment relief granted herein, with the burden remaining on the Trustee to justify the continuation of such prejudgment relief without relying on the prior issuance of such relief.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 28th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
|     Debtor. | : | (Jointly Administered) |

---------------------------------------------------------x

| | | |
|---|---|---|
| HK International Funds Investments (USA) Limited, LLC | : | |
| | : | |
| | : | Adv. Proceeding No. 22-05003 |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| Ho Wan Kwok | : | |
| | : | |
|     Defendant | : | |
| | : | |

---------------------------------------------------------x

| | |
|---|---|
| Chapter 11 Trustee Luc A. Despins | : |
| | : |
|     Counter-Plaintiff | : |
| v. | : |
| | : |
| HK International Funds Investments (USA) Limited, LLC, and Mei Guo | : |
| | : |
|     Counter-Defendants. | : |

---------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# AMENDMENT TO ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7065 FREEZING ASSETS OF COUNTER-DEFENDANTS

WHEREAS, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), is the counterclaim-plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), moved for a preliminary injunction (the "Motion") freezing certain assets of counterclaim-defendants HK INTERNATIONAL FUNDS INVESTMENTS (USA) Limited LLC ("HK USA") and MEI GUO ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants"); and

WHEREAS, on March 17, 2023, the Court entered the *Order Granting Chapter 11 Trustee's Motion for Preliminary Injunction Pursuant to Federal Rule of Bankruptcy Procedure 7065 Freezing Assets of Counter-Defendants* [Docket No. 142] (the "Original Order");

WHEREAS, a status conference was held on March 30, 2023 (the "Status Conference") concerning certain developments related to the Original Order;

NOW, THEREFORE, for the reasons discussed on the record during the Status Conference, including the Counter-Defendants' consent to the relief provided for herein, it is hereby ORDERED that the Original Order remains in full force and effect, except that it is amended to provide as follows:

1. Counter-Defendants shall not transfer, encumber, move, dispose of, or in any way impair their interest(s) in any property or assets wherever located, regardless of whether such interest(s) have been disclosed to the Trustee pursuant to paragraph (d) of the Original Order or otherwise;

2. This amendment to the Original Order is immediately enforceable and shall be effective retroactive to the time of entry of the Original Order;

3. The Trustee is authorized to take all actions necessary to implement the terms of this amendment to the Original Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this amendment to the Original Order.

Dated at Bridgeport, Connecticut this 31st day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                             :

In re:                                                        :                    Chapter 11

HO WAN KWOK, *et al.*,[1]                                :                    Case No. 22-50073 (JAM)

                 Debtor.                      :                    (Jointly Administered)
---------------------------------------------------------x

HK International Funds Investments
(USA) Limited, LLC

                            Adv. Proceeding No. 22-05003

                Plaintiff
v.

Ho Wan Kwok

                Defendant

---------------------------------------------------------x

Chapter 11 Trustee Luc A. Despins

                Counter-Plaintiff
v.

HK International Funds Investments
(USA) Limited, LLC, and Mei Guo

                Counter-Defendants.
---------------------------------------------------------x

**AMENDMENT TO ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR
ESTATE OF HO WAN KWOK FOR PARTIAL SUMMARY JUDGMENT**

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

The Court having entered the *Order Granting Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment* [Docket No. 172] (the "<u>Original Order</u>")[1] on March 27, 2023; and the Court having held a hearing on March 30, 2023, at which hearing, for the reasons stated on the record, counsel to HK International Funds Investments (USA) Limited, LLC and Mei Guo (the "<u>Counterclaim-Defendants</u>") consented to an amendment to the Original Order adding the Lady May II (as defined below) to the relief set forth in the Original Order,[2] it is hereby ORDERED THAT:

1.  The Original Order remains in full force and effect, except that it is amended to add the following.

2.  The Debtor is the beneficial owner of, and controls, the yacht the Lady May II (as defined below).

3.  Effective immediately upon entry of this Order, the Lady May II (as defined below) is property of the Debtor's chapter 11 estate (the "<u>Estate</u>") pursuant to 11 U.S.C. § 541(a) to be administered by the Trustee. In particular, the sole owner of the Lady May II is:

    <u>Name</u>: Luc A. Despins, as the chapter 11 trustee for the estate of Ho Wan Kwok
    <u>Address</u>: c/o Paul Hastings LLP, 200 Park Avenue, New York, New York 10166

4.  The "<u>Lady May II</u>" refers to the following yacht:

    <u>Name</u>: Lady May II
    <u>Number, Year and Port of Registration</u>: 52 in 2015, George Town, Cayman Islands
    <u>Official Number</u>: 746230
    <u>Signal Letters</u>: ZGEW5

5.  All references in the Original Order to the Lady May shall include the Lady May II.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Original Order.

[2] Such consent is limited to adding the Lady May II to the Original Order and does not constitute a waiver of any right the Counterclaim-Defendants may have to appeal the Original Order (as amended by this Order), other than with respect to the addition of the Lady May II to the Original Order.

6. Entry of this Order is without prejudice to the Trustee pursuing the other Counterclaims in the Answer and Counterclaims upon notice and entry of a scheduling order by the Court.

7. This Order is effective immediately, and no stay pursuant to Rule 7062 of the Federal Rules of Bankruptcy Procedure shall be effective, and the Court hereby waives any limitations set forth in Rule 7062 of the Federal Rules of Bankruptcy Procedure on the Trustee's ability to enforce this judgment upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 31st day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

2