# EXHIBIT B
## Property Documentation
*United States v. Yanping Wang*, Case No.: 23-CR-118-AT

## Filed Under Seal