USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

YANPING WANG, a/k/a "Yvette,"

               Defendant.
-------------------------------------------------------------X

23-CR-118 (AT)-3

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The Court has some follow-up questions to the bail hearing held on April 4, 2023. By April 12, 2023, the Government shall submit to the Court:

     1.  The documents referenced in the four bullet points on page 2 of the Government's letter dated March 31, 2023 (Dkt. 22).

     2.  Any support that the application for an account with a bank in St. Lucia in the name of the BVI-registered company owned by the defendant (a) culminated in actual opening of an account, and (b) that such account contained assets as of the time of defendant's arrest.

     3.  The date(s) that Defendant was interviewed by Pretrial Services and asked to disclose assets, and, if answerable, an answer to, and support for, the following question: what exactly did Pretrial Services ask Defendant to disclose with respect to assets?

     4.  The date(s) of any interview of the defendant by Pretrial Services, or the Government, that occurred after the March 15, 2023 hearing in which Judge Parker set conditions for Defendant's release, and in which interview the Defendant was asked to disclose any additional assets.

1

Any response by Defendant to the Government's submission shall be submitted by April 14, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record.