USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

YANPING WANG, a/k/a "Yvette,"

Defendant.
-------------------------------------------------------------X

23-CR-118 (AT)-3

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the Court's order today, and as requested by the Government via call to Chambers, the Government may include its response concerning Defendant's submission of proposed security from financially responsible persons in the Government's response to the order due April 12, 2023, and need not submit it today, April 10, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1