UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following individuals are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *United States v. Kwok, et al.*, 1:23-cr-00118 (AT) for the duration of this matter.

| Name | Devices |
|---|---|
| 1. Stephen R. Cook (Attorney, Brown Rudnick LLP) | 1 laptop computer with a power cord and accessories, 1 cell phone, 1 iPad with accessories, 1 Apple Watch |
| 2. William Baldiga (Attorney, Brown Rudnick LLP) | 1 laptop computer with a power cord and accessories, 1 cell phone, 1 iPad with accessories, 1 Apple Watch |
| 3. Stephen A. Best (Attorney, Brown Rudnick LLP) | 1 laptop computer with a power cord and accessories, 1 cell phone, 1 iPad with accessories, 1 Apple Watch |
| 4. Tiffany Lietz (Attorney, Brown Rudnick LLP) | 1 laptop computer with a power cord and accessories, 1 cell phone, 1 iPad with accessories, 1 Apple Watch |
| 5. Natasha Ertzbischoff (Attorney, Brown Rudnick LLP) | 1 laptop computer with a power cord and accessories, 1 cell phone with power cord and accessories |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Dated: _____, 2023

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE