# EXHIBIT C
# GOVERNMENT'S PHOTOGRAPHIC LOG

*United States v. Yanping Wang*, Case No.: 23-CR-118 (AT)

FD-674a (7-24-2017)

DATE  3 / 15 / 2023

CASE ID  29S-NY-3269901

PHOTOGRAPHER  A. Gale

LOCATION  188 E. 64th Street

Apartment 1601

New York, NY

FD-674 (Rev. 5-10-2013)

## PHOTOGRAPHIC LOG

PAGE 1 OF 6

### GENERAL INFORMATION

DATE 3/15/2023

CASE ID 295-NY-3269901

LOCATION 188 E. 64th St. Apt 1601 NY, NY

PREPARER/PHOTOGRAPHER SA Nicole Sferrazza / Alexandra Gale

REMARKS

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 1 | FD 674a - Photo log cover 6:19 am |
| 2 | Front Door Closed |
| 3 | Front Door Open |
| 4 | Entry A - Kitchen |
| 5 | Entry A |
| 6 | Entry A |
| 7 | Entry A - label |
| 8 | Entry B - Entry closet |
| 9 | Entry B |
| 10 | Entry B - Label |
| 11 | Entry C |
| 12 | Entry C |
| 13 | Entry C |
| 14 | Entry C |
| 15 | Entry C - Label |
| 16 | Phones in A |
| 17 | Gray IPhone |
| 18 | Gray IPhone - Item 2 |
| 19 | Gray IPhone - Item 2 - SIM card |
| 20 | White IPhone - Item 3 |
| 21 | White IPhone - Item 3 - SIM card |
| 22 | Mint IPhone - Item 4 |
| 23 | Mint IPhone - Item 4 - SIM card |
| 24 | Silver IPhone on counter |
| 25 | Silver IPhone - Item 5 - screen on - IMEI Number |
| 26 | Phones on counter - Room C |
| 27 | White IPhone - Item 6 - IMEI Number - screen on |
| 28 | Purple IPhone - Item 7 - white phone case |
| 29 | White IPhone - Item 1 |
| 30 | White IPhone - Item 1 - IMEI Number - screen on |
| 31 | Entry hallway |
| 32 | Entry Hallway closet |
| 33 | Entry Hallway closet |
| 34 | Entry Room D |
| 35 | Entry bathroom |
| 36 | Entry bathroom |

FD-674 (Rev. 5-10-2013)

## PHOTOGRAPHIC LOG

PAGE 2 OF 6

### GENERAL INFORMATION

DATE 03/15/2023
CASE ID 29S-NY-3269901
LOCATION 188 E 164th St Apt 1601 NY, NY
PREPARER/PHOTOGRAPHER SA Nicole Sferrazza / Alexandra Gale
REMARKS

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 37 | Entry bathroom |
| 38 | Entry bathroom - Room E |
| 39 | Entry bedroom |
| 40 | Entry bedroom |
| 41 | Entry bedroom |
| 42 | Entry bedroom |
| 43 | Entry bedroom |
| 44 | Entry bedroom closet |
| 45 | Entry bedroom closet |
| 46 | Entry Room F |
| 47 | Black Bag - Room C |
| 48 | Black Bag - Room C |
| 49 | Black Bag contents |
| 50 | Gray Laptop |
| 51 | Gray Laptop - Serial Number |
| 52 | Gray Laptop - Item 8 |
| 53-77 | Black Folder Contents - Documents - Item 9 |
| ~~54~~ | ~~Documents 1/8~~ |
| ~~55~~ | ~~Documents 1/8~~ |
| 78 | Recorder in orange box in Room D |
| 79 | Close up - back of Recorder |
| 80 | USB Drives in clear drawer in Room D |
| 81-82 | Close up - USB Drives |
| 83-85 | Documents in Manila Folder on Yellow Chair in Room C |
| 86 | Front of Credit Card |
| 87 | Back of Credit Card |
| 88 | Item 10 - Recorder |
| 89 | Item 11 - USB |
| 90 | Item 12 - USB |
| 91 | Item 13 - USB |
| 92 | Item 14 - USB |
| 93 | Item 15 - USB |
| 94 | Item 16 - USB |
| 95 | USB drives in place - counter Room A/C |
| 96 | USB close up |
| 97 | USB close up |

## GENERAL INFORMATION

DATE: 03/15/2020
CASE ID: 29S-NY-3269901
LOCATION: 188 E 164th St. Apt 1601 NY, NY
PREPARER/PHOTOGRAPHER: SA Nicole Sferrazza / Alexandra Gale
REMARKS:

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 98 | Hard Drive in place – counter Room A/C |
| 99 | Hard Drive close up |
| 100 | "Two Thousand Twenty Three" Notebook |
| 101 | Notebook close up |
| 102 | Blue box contents Room D |
| 103 | Blue box contents – USB drives and keys |
| 104 | Keys close up |
| 105 | Item 17 - USB |
| 106 | Item 18 - USB |
| 107 | Item 19 - USB |
| 108 | Item 20 - Notebook |
| 109 | Item 21 - Hard Drive |
| 110 | Item 22 - USB |
| 111 | Item 23 - USB |
| 112 | Item 24 - USB |
| 113 | Item 25 - USB |
| 114 | Item 26 - USB |
| 115 | Item 27 - USB |
| 116 | Item 28 - USB |
| 117 | Item 29 - USB |
| 118 | Item 30 - USB |
| 119 | Item 31 - USB |
| 120 | Item 32 - USB |
| 121 | Item 33 - USB |
| 122 | Item 34 - USB |
| 123 | Item 35 - USB |
| 124 | Item 36 - USB |
| 125 | Item 37 - USB |
| 126 | Item 38 - USB |
| 127 | Item 39 - USB |
| 128 | USB in Orange box in Room F |
| 129 | USB close up |
| 130 | Item 40 - USB |
| 131 | Item 41 - Black Notebook |
| 132 | Item 41 - Black Notebook |
| 133 | Item 42 - Black Spiral Notebook 8.¼" x 11" |

FD-674 (Rev. 5-10-2013)

PHOTOGRAPHIC LOG   PAGE 4 OF 6

## GENERAL INFORMATION

DATE 03/15/2023
CASE ID 295-NY-3269901
LOCATION 188 E 164th St Apt 1601 NY, NY
PREPARER/PHOTOGRAPHER SA Nicole Sferrazza / Alexandra Gale
REMARKS

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 134 | Item 43 - Orange Notebook "Rodia" |
| 135 | Item 44 - Black Spiral Notebook |
| 136 | Item 45 - Green Notebook "2022" |
| 137 | Item 46 - White Notebook "2021" |
| 138 | Item 47 - White Notebook "2020" |
| 139 | Item 48 - Red Notebook "2019" |
| 140 | Item 49 - Red Notebook "2018" |
| 141 | Item 50 - Black Notebook "2017" |
| 142 | Black safe - open door |
| 143 | TD Bank Green bag filled with money - Room F-safe |
| 144 | Cash and Red envelopes |
| 145 | Orange bag from safe |
| 146 | Credit cards from orange bag - Front |
| 147 | Credit cards from orange bag - Back |
| 148 | Business cards, ID cards, note - from orange bag - Front |
| 149 | Business cards, ID cards, note - from orange bag - Back |
| 150 | SIM cards - from orange bag |
| 151 | Bank Receipts |
| 152 | Item 51 - small purple notebook |
| 153 | Item 52 - Documents |
| 154 | Green bag - contents - from safe |
| 155 | Passport Vanuatu - Yanping Wang |
| 156 | Passport Vanuatu - Ho Wan Kwok |
| 157 | Passport China - Yanping Wang |
| 158 | Passport China - Yanping Wang |
| 160 (159) | Passport China - Yanping Wang |
| 161 (160) | Item tags - Hermès |
| 162 (161) | Hermès scarves, bag and wallets |
| 163 (162) | Hermès scarves, bag and wallets |
| 164 (163) | Hermès scarves in boxes |
| 159 | Passport - China - |
| 165 | iPad - back |
| 166 | iPad - close up |
| 167 | USB |
| 168 | Handwritten Documents from Room F |
| 169-170 | Handwritten Documents from Room F |

FD-674 (Rev. 5-10-2013)

## PHOTOGRAPHIC LOG

PAGE 5 OF 6

### GENERAL INFORMATION

DATE: 03/15/2023
CASE ID: 29S-NY-3269901
LOCATION: 188 E 164Th St Apt 1601 NY, NY
PREPARER/PHOTOGRAPHER: SA Nicole Sferrazza / Alexandra Gale
REMARKS:

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 171 | 2 Red boxes - contents - hard drives in boxes |
| 172-173 | Hard drives out of boxes |
| 174-197 | Documents |
| 198 | Red folder from Room N8 Item 53 - Passports |
| 199 | Item 54 - SIM cards |
| 200 | Item 55 - Gray Laptop |
| 201 | Item 55 - Gray Laptop close up |
| 202 | Item 56 - White IPhone |
| 203 | Luxury shoes, wallets, boots and handbag - Room B |
| 204 | Item 57 - White IPhone |
| 205 | Item 58 - White IPhone |
| 206 | Item 59 - White IPhone |
| 207 | Item 60 - White IPhone |
| 208 | Item 61 - Black hard drive |
| 209 | Item 62 - Black hard drive |
| 210 | Item 63 - Red folder with documents |
| 211 | Item 64 - Handwritten Note pads |
| 212-218 | Documents from Room F |
| 219-226 | Medical Records from Room F - White bag |
| 227 | Item 65 - iPad |
| 228 | Item 65 - iPad Serial Number |
| 229 | Item 65 - iPad Serial Number |
| 230 | Item 66 - Hard drive - Room F |
| 231 | Item 67 - Hard drive - Room F |
| 232 | Item 68 - Hard drive - Room F |
| 233 | Item 69 - Hard drive - Room F |
| 234 | Item 70 - USB - Room F |
| 235 | Receipt |
| 236 | Luxury Hermes items in boxes - Item 71 |
| 237 | Exit - Room E - 11:10 am |
| 238-239 | Exit - Room F closet |
| 240-243 | Exit - Room F |
| 244-245 | Exit - Room D |
| 246 | Exit - hallway |
| | Search Warrant - N8 |
| | Search Warrant - N8 |

# PHOTOGRAPHIC LOG

PAGE 6 OF 6

## GENERAL INFORMATION

DATE: 03/15/2023
CASE ID: 295-NY-3269901
LOCATION: 188 E 64th St Apt 1601 NY, NY
PREPARER/PHOTOGRAPHER: SA Nicole Sferrazza / Alexandra Gale
REMARKS:

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT / MISCELLANEOUS COMMENTS |
|---|---|
| 247 | Exit Room C |
| 248 | Exit Room C |
| 249 | Search Warrant & FD597 |
| 250 | Exit Room C |
| 251 | Exit Room C |
| 252 | Exit Room B |
| 253 | Exit Room B |
| 254 | Exit Room B |
| 255 | Exit Room A |
| 256 | Exit Room A |
| 257 | Exit Room A |
| 258 | Exit Entry |
| 259 | Exit Entry door closed |

NS 03/15/23