Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 4 2023
```

Caption:
United States v.

Ho Wan Kwok et al.

Docket No.: 23 Cr. 118-1 (AT)
Analisa Torres
(District Court Judge)

Notice is hereby given that Defendant Ho Wan Kwok appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order Denying Release Pending Trial (specify) entered in this action on April 20, 2023 (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A |✓| .

Offense occurred after November 1, 1987?  Yes |  |  No |  |  N/A |✓|

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓|  Not committed |  |  N/A |  |

Appellant is represented by counsel? Yes |✓| No | |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Stephen R. Cook |
| Counsel's Address: | 2211 Michelson Drive, 7th Fl. |
| | Irvine, California 92612 |
| Counsel's Phone: | (949) 440 0215 |
| Assistant U.S. Attorney: | Ryan B. Finkel |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-6612 |

Signature