UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _5/4/2023_

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **May 11, 2023**, the Government shall respond to Defendant Wang's letter dated April 27, 2023, filed at ECF No. 59, stating whether it objects to Defendant's request.

      SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge