UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Kwok                                                                    v.

**DOCKET NUMBER:** 23-6421

**COUNSEL'S NAME:** Stephen R. Cook

**COUNSEL'S ADDRESS:** 2211 Michelson Drive, 7th FL

Irvine, CA 92612

**COUNSEL'S PHONE:** (949) 440-0215

**QUESTIONNAIRE**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.   Reason:   ☐ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☑ Pre-trial proceedings: April 4, 2023 Arraignment/Bail Hearing
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, Stephen R. Cook , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ☑ Funds   ☐ CJA Form 24

/s/ Stephen R. Cook                          5/15/2023
Counsel's Signature                          Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____       Estimated Number of Pages: _____

Estimated completion date: _____

_____       _____
Court Reporter's Signature                Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.