UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2023_____

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated April 27 and May 11, 2023.  ECF Nos. 59, 67.  Defendant's request for a court order requiring Pretrial Services to provide certain information is GRANTED in part, and DENIED in part.  Specifically, Defendant's request for an order is:

1. DENIED as to the name and contact information of the Pretrial Services trainee who participated in Defendant's pretrial interview.
2. GRANTED in part as to the notes taken by the trainee.  Pretrial Services shall provide Defendant with the trainee's notes or a statement that they do not exist.
3. GRANTED as to the written list of questions or script used during Defendant's pretrial interview, or a statement that one does not exist.
4. GRANTED as to the written list of questions or script shared with the trainee in advance of Defendant's pretrial interview, or a statement that one does not exist.
5. GRANTED as to the PS2 form completed by the Pretrial Services Officer during Defendant's pretrial interview.

      SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge