UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

HO WAN KWOK,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2023

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated May 26, 2023. ECF No. 71; *see also* ECF No. 72. By **June 6, 2023**, the Government shall file its response.

    SO ORDERED.

Dated: May 30, 2023
       New York, New York

ANALISA TORRES
United States District Judge