**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　v.<br><br>HO WAN KWOK, *et al.*<br><br>　　　　　Defendants. | Case No. 23-CR-00118 (AT)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned attorney, Tiffany B. Lietz, hereby appears as counsel of record for Defendant Ho Wan Kwok, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: June 1, 2023

                                                 Respectfully Submitted,

                                                 */s/ Tiffany B. Lietz*
                                                 Tiffany B. Lietz (NY Bar ID # 5621933)
                                                 BROWN RUDNICK LLP
                                                 Seven Times Square
                                                 New York, NY 10036
                                                 Tel: (212) 209-4831
                                                 Fax: (212) 209-4801
                                                 E-mail: tlietz@brownrudnick.com

                                                 *Attorney for Defendant Ho Wan Kwok*