UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>            Defendants. | Case No. 23-CR-00118 (AT)<br><br>**DECLARATION OF<br>NATASHA M. ERTZBISCHOFF<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE**<br><br>ECF CASE |

    I, **NATASHA M. ERTZBISCHOFF**, hereby declare as follows:

    1.    I am an associate with the firm of Brown Rudnick LLP.

    2.    I submit this declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned matter.

    3.    As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the state of New York.

    4.    I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings presently against me in any court.

    5.    I respectfully request to be permitted to appear as counsel *pro hac vice* in this case for Defendant Ho Wan Kwok.

    I declare under penalty of perjury that the foregoing statements are true and correct based on my personal knowledge.

    Executed this 1st day of June, 2023.

                                                */s/ Natasha M. Ertzbischoff*
                                                NATASHA M. ERTZBISCHOFF