**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>    Defendants. | Case No. 23-CR-00118 (AT)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

The motion of Natasha M. Ertzbischoff, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows:

> Natasha M. Ertzbischoff
> BROWN RUDNICK LLP
> Seven Times Square
> New York, NY 10036
> T: (212) 209-4981
> F: (212) 938-2981
> NErtzbischoff@brownrudnick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Ho Wan Kwok in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____         _____
                               Honorable Analisa Torres
                               United States District Judge