

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Ho Wan Kwok*, S1 23 Cr. 118 (AT)

Dear Judge Torres:

The Government writes in response to defendant Ho Wan Kwok's May 30, 2023 letter, requesting an order granting "Mr. Kwok's counsel, investigator(s), and any retained defense expert(s) permission to enter the Sherry-Netherland apartment . . . for purposes of visual inspection and video/photographic documentation." Dkt. 72; *see also* Dkt. 73. The Government does not oppose this request.

The Government notes that the proposed order is limited to authorizing a documented inspection of the Sherry-Netherland apartment, and therefore does not permit Kwok's counsel or any other authorized individual(s) to remove any items from the apartment.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Juliana N. Murray
Ryan B. Finkel
Micah F. Fergenson
Assistant United States Attorneys
(212) 637-2314 / 6612 / 2190

Cc:   All Counsel of Record (by ECF)