USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HO WAN KWOK, *et al.*,

Defendants.

23-CR-118 (AT)

Order

It is hereby ORDERED that counsel for Defendant Ho Wan Kwok, as well as any retained investigators and defense expert(s), in the above-captioned action be given access to the Sherry-Netherland Apartment,[1] which is currently in the control of the bankruptcy trustee, Luc A. Despins, in *In re Ho Wan Kwok, et al.*, Debtor, Case No. 22-50073 (JAM) (Bankr. D. Conn.), prior to the sale of the property in order to conduct a non-destructive inspection of the property and to document by video and photographic equipment the property's current condition.

SO ORDERED.

Dated: June 5, 2023
New York, New York

HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

---

[1] The Sherry-Netherland Apartment is located at 781 Fifth Avenue, New York, New York 10022, and is comprised of Apartments 1801, MR 2219, and MR 719.