# EXHIBIT INDEX

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

| EXHIBIT INDEX | DESCRIPTION |
| --- | --- |
| EXHIBIT A | Order Granting Yanping Wang an Order of Protection, Dated May 7, 2020 |
| EXHIBIT B | Summons and Verified Complaint Filed by Ms. Wang Against Xianmin Xiong et al., dated August 8, 2019 |
| EXHIBIT C | Ms. Wang's Verified Amended Complaint Against Xianmin Xiong et al., dated August 26, 2019 |
| EXHIBIT D | Affidavit of Ms. Wang in Support of an Emergency Restraining Order Against Xianmin Xiong et al., dated April 30, 2020 |
| EXHIBIT E | HCN Allocation Schedule, "HCN Allocation at USD0.1," Seized from Ms. Wang's Apartment on March 15, 2023 |
| EXHIBIT F | Himalaya Coin Distribution Table Seized from Ms. Wang's Apartment on March 15, 2023 |
| EXHIBIT G | Ms. Wang's TD Bank Statements Showing a Wire to "Himalaya Internati," dated September 27, 2021, and Returned to the Same Bank on October 7, 2021 |
| EXHIBIT H | Notice from the Himalayan Exchange |
| EXHIBIT I | Email Thread from AUSA Juliana Murray to Herself of Notes from Her Conversation with Pretrial Services Officer Jessica Aguilar-Adan, Dated April 10 and 11, 2023 |
| EXHIBIT J | Letter to Defense Counsel from Deputy Chief United States Pretrial Services Officer Kenneth Rowan, Dated May 22, 2023 |
| EXHIBIT K | Pretrial Services' Completed PS2 Form, Dated March 15, 2023 |
| EXHIBIT L | Email from AUSA Murray and Defense Counsel, Dated April 25, 2023 |

| EXHIBIT M | Alex Lipman's Handwritten Notes from Ms. Wang's Pretrial Services Interview, Dated March 15, 2023 |
|---|---|
| EXHIBIT N | Priya Chaudhry's Handwritten Notes from Ms. Wang's Pretrial Services Interview, Dated March 15, 2023 |
| EXHIBIT O | Ms. Wang's Apartment Schematic |
| EXHIBIT P | Government's Photographs of All Closets in Ms. Wang's Apartment Taken on March 15, 2023 |