# EXHIBIT E

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

(忘) 

### HCN Allocation at USD0.1

| Type | Total HCN |
|---|---:|
| Fund: Gclub | 250,000,000 |
| Fund: Farm investors | 111,281,654 |
| Fund: HK Fund Managers | 22,000,000 |
| Fund: William | 10,000,000 |
| Fund: Developers | 5,000,000 |
| Fund: Market Makers | 5,000,000 |
| Farm Investors: Individual (See breakdown) | 354,760,741 |
| Farm Investors: Corporate (See breakdown) | 55,603,083 |
| Other Farm Investors: Individual (See breakdown) | 21,850,435 |
| G Club International Limited | 10,000,000 |
| HIMALAYA ATHENA FARM PTY LTD | 2,470,290 |
| IHOTRY LTD (Abu Dhabi) | 35,000,000 |
| One Mile Inc (Ali) | 999,500 |
| WEIHUA LI | 20,000,000 |
| Yanping Wang | 6,999,800 |
| Siu Ming Je & Family | 1,100,000 |
| Qin Tao: William's friend | 980,000 |
| Andrew Law: Mileson's friend | 300,000 |
| Roger Smee: Mileson's friend | 250,000 |
| Niels Bom Olesen: Independent Director of Mercantile & Abu Dhabi Bank | 249,575 |
| Zhixuan Li: Company tax advisor | 200,000 |
| Cameron Smee: Mileson's friend | 100,000 |
| ACA Capital Group Limited (to transfer to others) | 230,000 |
| FARRANT GROUP LIMITED (Mileson's PR firm) | 4,587 |
| Sotirios Sakkoulas: contractor | 100,000 |
| Michelle Ann Bradley: Office Landlord | 20,000 |
| Rishi Suhta: Office Landlord | 19,750 |
| Staff and their Family (See breakdown) | 15,703,107 |
| | 930,222,522 |
| Remaining HCN | 69,777,478 |
| Reserve for Farm's lost funds on Deltec Bank | 5,000,000 |
| Remaining HCN pre-allocated to Alfa | 64,777,478 |

(工程师)