# EXHIBIT F

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

# Himalaya Coin Distribution Table at launch on 1 November 2021

| Total HCN Minted | USD |
|---|---|
| | 100,000,000 |

**Distributed to:**

| Category | HCN (in US dollar terms) |
|---|---|
| Himalaya Farms | |
| FUND: GClub | ~~42,248,585~~ 飞飞在对 |
| IHOTRY LTD (Abu Dhabi) | ~~25,000,000~~ |
| WEIHUA LI | 3,500,000 → 没锁 |
| FUND: HK Fund managers for Haitong | ~~2,000,000~~ |
| Staff | 2,200,000 → 没锁 |
| FUND: Japanese（东社长） | 1,524,020 |
| William | ~~1,000,000~~ → 没锁 |
| Yvette | ~~1,000,000~~ |
| Japan：Yiming | ~~700,000~~ |
| Japan：魔女 | ~~700,000~~ |
| Developers (开发团队) | 700,000 → ? |
| Market Makers (造市商) | (破掉 HK团队) 500,000 → 没锁 |
| Outside Customers (Bankers, trustees) | 马来西亚 500,000 → 没锁 |
| | 334,938 → 没锁 |
| | 收益 trustee |
| | **81,907,543** |

**Further HCN Reserves:**

| | |
|---|---|
| GClub reserves for Liechtenstein Fund (For upgrade to banking license) | 6,000,000 |
| Himalaya Farm investors into FUND | 10,500,000 |
| Himalaya Farm lost funds with Deltec Bank | 1,000,000 |
| **TOTAL** | **99,407,543** |

| Remaining | |
|---|---|
| | 592,457 |

| New HDO addition from launch on 1 Nov 2021 to 4 Nov: | 10.2 million |
|---|---|
| Total HDO available as at 4 Nov 2021 | 206 million |

同一栏纺钱 8703
卷宗银行 8800 3 收了   (~~3000~~ USD)   "7003 HCN"
(2900 USD 做)   属于 Alfa 60