# EXHIBIT H

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

# IMPORTANT SERVICE UPDATE

## 重要服务更新

尊敬的 Himalaya Exchange 会员：

Himalaya Exchange 致力确保一个稳定的交易环境，并持续为用户提供无缝的交易体验。我们特此通知您一些有关兑换和交易的重要更新。

首先，我们的兑换服务已恢复正常运作，现时我们的临时兑换限额为每月5,000美元。

此外，基于当前的市场情况，并考虑到客户的资产利益，我们正实施一些短期的保障措施，包括设置以滚动方式累积计算的24小时卖出上限。这些措施可能会影响部分会员。

我们将会员的财务安全放在第一位，并会持续监控市场状况。对于这些临时措施可能带来的任何不便，我们深表歉意，并恳请您的谅解。

如您有任何问题或疑虑，请**联系**我们的客户服务团队。

我们再次感谢您的耐心和理解。

Himalaya Exchange 团队

---

Dear valued members of the Himalaya Exchange,

We have important updates to share with you to help ensure a stable trading environment while continuing to provide a seamless trading experience.

We are pleased to announce that redemptions are now fully active, with a temporary limit of $5,000 per month.

In the interest of protecting customer assets and due to adverse market conditions, we are implementing some short-term safeguards which include temporary limits on sell orders; this may affect some members.

While we understand that these temporary measures may cause some inconvenience, we are actively monitoring the situation, and our top priority is the financial security of our valued members.

If you have any questions or concerns, please contact our customer support team.

As always, thank you for your understanding and cooperation.

Kind regards,
The Himalaya Exchange Team

Have questions? <u>Contact</u> our customer support.

有疑问吗？<u>联系</u>我们24小时在线的客户服务团队。

    

*Copyright © 2023 Himalaya Exchange. All rights reserved.*

Himalaya International Clearing Ltd, Commerce House, Wickhams Cay 1, Road Town, BVI VG1110

Unsubscribe Manage preferences