# EXHIBIT I

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

| | |
|---|---|
| From: | Murray, Juliana (USANYS) 1 |
| To: | Murray, Juliana (USANYS) 1 |
| Subject: | Notes from calls with Jessica Aguilar-Adan, PTS re: Yanping Wang |
| Date: | Tuesday, April 11, 2023 5:42:00 PM |

**4/10/2023 – call with JNM**

Jessica interviewed YW on 3/15

Q: "At the time of your arrest or within your residence, or on your person, did you have any cash to your name?"  A: "No."
Q: "Do you happen to have any savings or checking accounts under your name or under your businesses?"  A: Disclosed two accounts.  Initially stated it was a JPMC account, attorney said it was a MSSB account.  Attorney gave the estimated balances and Pretrial Services confirmed with YW that was correct.
Q: Specific bank / institution.  A: Provided.
Q: Are there any business accounts under your name or that you foresee, or any additional cash anywhere else.  A: No.
Q: Are there any stocks, bonds, or retirement accounts that you have?  E.g., CashApp, Venmo, Robinhood . . .  A: No.
Q: Do you have any valuable property, such as jewelry, vehicles, boats, yachts, under your name, or any business access?  No.


Liabilities:  maintenance fees, expenses

IF undisclosed accounts, would write violation memo to the judge

Jessica Aguilar-Adan
347-219-9664


**4/11/2023 – call with JNM**

PS2, internal notes, don't write Qs down (those are standard) but makes personal notes
Way of tracking – crossing out means answer was No, etc.
Cannot let USAO review or otherwise send or disclose, absent court order

Juliana N. Murray
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza, New York, NY 10028
Tel:  (212) 637-2314 | Cell:  (917) 599-3616
juliana.murray@usdoj.gov