# EXHIBIT J

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PRETRIAL SERVICES OFFICE**



**Scott Kowal**
CHIEF

**Kenneth Rowan**
DEPUTY CHIEF

U.S. COURTHOUSE
500 PEARL STREET, ROOM 550
NEW YORK, NY 10007
PHONE: 212-805-4300
FAX: 212-805-4393

WHITE PLAINS OFFICE
U.S. COURTHOUSE
300 QUARROPAS STREET
ROOM 449
WHITE PLAINS, NY 10601
PHONE: 914-390-4140
FAX: 914-390-4035

POUGHKEEPSIE OFFICE
US BANKRUPTCY COURTHOUSE
347 MAIN STREET
POUGHKEEPSIE, NY 12601
PHONE: 845-452-4200

May 22, 2023

ChaudhryLaw PLLC
147 West 25th Street, 12th Floor
New York, New York 10001

RE:  Yanping Wang 23CR118-003

Dear Counsel,

Please let this serve as a response pursuant to signed May 16, 2023 order on the above matter. Specifically, script, notes, and/or list of questions from the trainee or officer who conducted the interview on March 15, 2023 do not exist.  However, please find attached our internal interview worksheet referred to as a PS2 form.

Thank you,
Ken

*Kenneth Rowan*
_____
Kenneth Rowan
Deputy Chief United States Pretrial Services Officer

*Jessica Aguilar-Adan*
_____
Jessica Aguilar-Adan
United States Pretrial Services Officer

cc: Honorable Analisa Torres, United States District Judge
    Assistant United States Attorney, Juliana Murray