# EXHIBIT L

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

**From:** "Murray, Juliana (USANYS) 1" <Juliana.Murray@usdoj.gov>
**Subject:** RE: US v. Wang, S1 23 Cr. 118 (AT)
**Date:** April 25, 2023 at 14:12:08 EDT
**To:** Alex Lipman <alexlipman@lipmanpllc.com>, Priya Chaudhry <priya@chaudhrylaw.com>
**Cc:** Awais Arshad <awais@Chaudhrylaw.com>, "Finkel, Ryan (USANYS)" <Ryan.Finkel@usdoj.gov>, "Fergenson, Micah (USANYS)" <Micah.Fergenson@usdoj.gov>

Alex and Priya,

Attached please find notes of calls with FBI agents Melissa Baccari and Lorenzo Marcellino. The dates of those calls are reflected in the notes, and the notes were created during each of the calls (*i.e.*, contemporaneously).
Regarding contact information for these agents, to the extent you seek to speak with them, please direct any such request through us.

Also attached please find notes of calls with Pretrial Services Officer Jessica Aguilar-Adan. The notes also were created contemporaneously with those calls (so on 4/10 and 4/11, respectively). The phone number for Pretrial Services is 212-805-0015.

We ask that you please redact the names of the FBI agents and PTS Officer Aguilar-Adan in any public filings you may make.

Pretrial Services is best positioned to respond to the rest of your requests. Also, we understand that you both participated in the Pretrial Services interview and may have taken notes. To the extent your notes from that interview differ from other participants' notes or recollections, we ask that you provide us with a copy of your notes.

Thank you,
Julie

**From:** Alex Lipman <alexlipman@lipmanpllc.com>
**Sent:** Monday, April 24, 2023 8:30 PM
**To:** Finkel, Ryan (USANYS) <RFinkel@usa.doj.gov>; Murray, Juliana (USANYS) 1 <JMurray1@usa.doj.gov>; Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>
**Cc:** Priya Chaudhry <priya@chaudhrylaw.com>; Awais Arshad <awais@Chaudhrylaw.com>
**Subject:** [EXTERNAL] US v. Wang, S1 23 Cr. 118 (AT)

Counsel,

Please send to us immediately the following information relating to certain factual assertions you have made in connection with your efforts to keep our client, Ms. Yanping Wang, detained without bail:

1) the name and contact information for the pretrial officer who conducted the pretrial interview of our client;
2) the name and contact information for the pretrial trainee who participated in the pretrial interview of our client;
3) the name and contact information for the Mandarin interpreter who provided translation during out client's pretrial interview;
4) any written list of questions or script, whether formal or informal, that the pretrial officer used during the pretrial interview of our client, or, if there is no such list or script, a statement saying that one does not exist;
5) any written list of questions or script, whether formal or informal, that the pretrial officer shared with the trainee in advance of the pretrial interview of our client, or, if there is no such list or script, a statement saying that one does not exist;
6) the form filled out by the pretrial officer in her hand-writing during the interview and any other notes taken by her during the interview;
7) any form filled out by or notes taken by the pretrial trainee who participated in the pretrial interview;
8) any notes taken by the Mandarin interpreter during the pretrial interview;
9) the name and contact information of the FBI agent who was reinterviewed by you as reflected in your April 17, 2023 letter to Judge Lehrburger;
10) all of your notes of interviews or informal conversations with any of the FBI agents who conducted the search of our client's apartment, whether on the day of the search or after, including the dates on which these notes were taken;
11) all of your notes (or any notes that you reviewed) of interviews or conversations with the pretrial officer who conducted the pretrial interview of our client, including the dates on which those notes were taken;
12) all of your notes (or any notes that you reviewed) of interviews or conversations with the pretrial trainee who participated in the pretrial interview of our client, including the dates on which those notes were taken;
13) all of your notes (or any notes that you reviewed) of interviews or conversations with the Mandarin interpreter who provided translation during our client's pretrial interview, including

the dates on which those notes were taken;
14) all communications, whether written or oral, between the USAO (or any agent or other person who was involved in any such communication) and pretrial services in connection with our client's pretrial interview and/or with pretrial services' report prepared for our client, including the relevant dates.

Brgds,

Alex Lipman

Lipman Law PLLC
147 West 25th Street
12th Floor
New York, New York 10001

+1 (212) 401-0070 (office)
+1 (917) 757-9850 (mobile)

alexlipman@lipmanpllc.com
lipmanpllc.com