# EXHIBIT 1

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)