# EXHIBIT 2

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

| Stack | Most Recent Vintage | Bills | Total |
|---|---|---|---|
| Stack 1 | 2013 | 100s | $10,000 |
| Stack 2 | 2013 | 100s | $10,000 |
| Stack 3 | 2009 | 100s | $10,000 |
| Stack 4 | 2013 | 100s | $10,000 |
| Stack 5 | 2017 | 100s | $10,000 |
| Stack 6 | 2009 | 100s | $10,000 |
| Stack 7 | 2017 | 100s | $10,000 |
| Stack 8 | 2017 | 100s | $10,000 |
| Stack 9 | 2017 | 100s | $10,000 |
| Stack 10 | 2017 | 100s | $10,000 |
| Stack 11 | 2017 | 100s | $10,000 |
| Stack 12 | 2009 | 100s | $10,000 |
| Stack 13 | 2017 | 100s | $10,000 |
| Stack 14 | 2017 | 100s | $4,000 |
| Stack 15 | 2017 | 50s | $4,000 |
| Stack 16 | 2017 | 20s | $440 |