# EXHIBIT INDEX
*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

| **EXHIBIT INDEX** | **DESCRIPTION** |
|---|---|
| EXHIBIT 1 | Photos of Piles of Cash Taken on May 30, 2023 |
| EXHIBIT 2 | Wang's U.S. Cash Vintages |