**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HO WAN KWOK, *et al.*, <br><br> Defendants. | Case No. 23-CR-00118 (AT) <br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** <br><br> ECF CASE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Edward Patrick Gilman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ho Wan Kwok in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 6, 2023

Respectfully submitted,

BROWN RUDNICK LLP

By: */s/ Edward Patrick Gilman*

Edward Patrick Gilman
BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: (202) 536-1730
Fax: (617) 289-0830
E-mail: pgilman@brownrudnick.com

*Attorney for Defendant Ho Wan Kwok*