UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>               Defendants. | Case No. 23-CR-00118 (AT)<br><br>**DECLARATION OF<br>EDWARD PATRICK GILMAN<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE**<br><br>ECF CASE |

I, **EDWARD PATRICK GILMAN**, hereby declare as follows:

1. I am a partner with the law firm of Brown Rudnick LLP.

2. I submit this declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto as Exhibit A and B, respectively, I am a member in good standing of the bars of the District of Columbia and the State of Illinois. I am also admitted to practice before several federal courts, including the United States Supreme Court, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Armed Services, and the United States District Court for the Northern District of Illinois.

4. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings presently against me in any court.

5. I respectfully request to be permitted to appear as counsel *pro hac vice* in this case for Defendant Ho Wan Kwok.

I declare under penalty of perjury that the foregoing statements are true and correct based

on my personal knowledge.

Executed this 6th day of June, 2023.

*/s/ Edward Patrick Gilman*
EDWARD PATRICK GILMAN