

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Ho Wan Kwok, et. al.*, S1 23 Cr. 118 (AT)

Dear Judge Torres:

    During the June 6, 2023 pretrial conference in the above-captioned case, the Court granted the oral motion made on behalf of defendants Ho Wan Kwok and Yanping Wang, requesting that each defendant have access to a laptop in the Brooklyn Metropolitan Detention Center ("MDC") for purposes of facilitating the review of discovery. *See also* Dkts. 80, 83.

    The Government has conferred with MDC Legal staff and writes to respectfully request that the Court enter the attached proposed Order, which contains specific language regarding the provision of laptops to the defendants until trial in this matter is completed.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

By: /s/
                                       Juliana N. Murray
                                       Ryan B. Finkel
                                       Micah F. Fergenson
                                       Assistants United States Attorneys
                                       (212) 637-2314 / 6612 / 2190

Enclosure

Cc:    All Attorneys of Record (by ECF)