Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States
v.
Ho Wan Kwok et al.

Docket No.: 23 Cr. 118-1 (AT)

Analisa Torres
(District Court Judge)

Notice is hereby given that Defendant Ho Wan Kwok appeals to the United States Court of Appeals for the Second Circuit from the judgment | other | ✓ excluding time under the Speedy Trial Act through April 8, 2024 (specify) entered in this action on June 6, 2023 (date)

This appeal concerns: Conviction only | Sentence only | Conviction & Sentence | Other | ✓

Defendant found guilty by plea | trial | N/A | ✓ .

Offense occurred after November 1, 1987? Yes | No | N/A | ✓

Date of sentence: _____ N/A ✓ |

Bail/Jail Disposition: Committed | ✓  Not committed |  N/A |

Appellant is represented by counsel? Yes ✓ | No |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Stephen R. Cook |
| Counsel's Address: | 2211 Michelson Drive, 7th Floor |
| | Irvine, California 92612 |
| Counsel's Phone: | (949) 440-0215 |
| Assistant U.S. Attorney: | Ryan Finkel |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-6612 |

Signature

Receipt: 17642    $505.00    6/20/23 AT

Generated: Jun 20, 2023 2:07PM                                                                                                    Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jun 20, 2023 2:07PM

HO WAN KWOK

| Rcpt. No: 17642 | | Trans. Date: Jun 20, 2023 2:07PM | | | Cashier ID: #AF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #22711 | 06/20/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 23CR118-1 AT

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.