# EXHIBIT N

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

PTS Interview - Wang     (3/15/23)

N - Wang YanPing
SSN - █████████
Alias - "Yvette"
Race - Asian
Eyes - ~~Brown~~ "Black"
Hair - Black
Height - 5'4"
Weight - 140 lbs
Age - █████
DOB - █████
POB - China - Shenxi
Passport - Yes - Chinese
         - FBI took it
Imm - Chinese Cit. only.
Add - ████████████  } alone
                       · own thru
      ████████████
      since beginning 2020
      ████████████
      In Manhattan since 2017
Firearms - ∅

Mortgage: ∅

Mother: ▮▮▮ ⎤
Father: ▮▮▮ ⎦ Deceased

Sibling: One younger brother - China
 • Infrequent contact

- No family in NY

Family in China: ✓ husband & son  N/OY.º
 Married 2006 — divorced 2-3 yrs ago
 ▮▮▮ - not in touch
 Contact w/ son - not since 2018

Ed: Masters in American Lang, Pol, Culture, Hx - 2005 ÷ 2007

Mil: ∅

Lang: Mandarin

Employ: ∅
 unemployed since Aug/Sept. 22
 ⇒ Not answering prior employment Qs

Financial: • No cash on person
 - Checking & savings accounts
   - $500K - TD Bank - checking
   - > $400K - JP Morgan Stanley

Ret/Stock: ∅

- Bz. Acct: 0
- Value of Home: $1.1M paid
- Veh: 0
- Boats: 0
- Monthly Expenses: >$3K
  - Util.
  - Groceries
  - + Maintanance ~$1K/mo
  - Prop Taxes = $1K - $1.5K/mo
- Debt: 0
- Fines/Rest: 0
- Loans: 0
- Credit Card Debt, Stud. Loans, Med Bills: 0
- Bankruptcy: 0
- Income: 0 now
- State assist.: 0
- Health: ▇▇▇
- Rx: ▇▇▇
- ψ diag.: ▇▇▇

Suic — ▮

Voices — ▮

Gambl — ∅

DV — ∅

▮

Who can verify — 2 friends from Chicago
▮
— Wayne Cao

Bond signors — same