UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRITICAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Kwok _____ v. _____

**DOCKET NUMBER:** 23-6685

**COUNSEL'S NAME:** Stephen R. Cook

**COUNSEL'S ADDRESS:** 2211 Michelson Drive, 7th Floor

Irvine, CA 92612

**COUNSEL'S PHONE:** (949) 440-0215

### QUESTIONNAIRE

☐ I am ordering a transcript.

☑ I am not ordering a transcript.   Reason:   ☐ Daily copy available   ☐ U.S. Atty. placed order

☑ Other : The transcript of the June 6, 2023 Status Conference has already been ordered and received from the Court Reporter

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ☐ Funds   ☐ CJA Form 24

_____   _____
Counsel's Signature                              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature                       Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.