**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00118-AT |
| *Plaintiff,* | |
| v. | **NOTICE OF APPEARANCE** |
| HO WAN KWOK, *et al.*, | |
| *Defendants.* | |

    **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Ho Wan Kwok in the above-captioned action, and requests that copies of all notices and other papers in the above-captioned action be sent to: Sidhardha Kamaraju, Esq., Pryor Cashman LLP, 7 Times Square, New York, New York 10036; skamaraju@pryorcashman.com.

Dated: July 11, 2023

                        Respectfully submitted,


                        By:   */s/ Sidhardha Kamaraju*
                        Sidhardha Kamaraju
                        PRYOR CASHMAN LLP
                        7 Times Square, 41st Floor
                        New York, NY 10036
                        212-421-4100

                        *Attorney for Defendant Ho Wan Kwok*