UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>*Defendants*. | Case No. 1:23-CR-00118-AT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Ho Wan Kwok in the above-captioned action, and requests that copies of all notices and other papers in the above-captioned action be sent to: Daniel J. Pohlman, Pryor Cashman LLP, 7 Times Square, New York, New York 10036; dpohlman@pryorcashman.com.

Dated: July 11, 2023

Respectfully submitted,

By: */s/ Daniel J. Pohlman*
Daniel J. Pohlman
PRYOR CASHMAN LLP
7 Times Square, 41st Floor
New York, NY 10036
212-421-4100

*Attorney for Defendant Ho Wan Kwok*