

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

New York | Los Angeles | Miami

**Matthew S. Barkan**
Partner

Direct Tel: 212-326-0840
Direct Fax: 212-326-0806
MBarkan@PRYORCASHMAN.com

July 11, 2023

<u>VIA ECF</u>

Hon. Analisa Torres
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Kwok et al.</u>, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

    In the above-referenced matter, defendant Ho Wan Kwok has recently decided to retain our firm to represent him in lieu of attorneys from Brown Rudnick LLP. I and other attorneys from my firm have filed notices of appearance. Annexed hereto as **Exhibit A** is a stipulation and proposed order to effectuate the substitution of counsel for Mr. Kwok, which we respectfully request the Court to so-order.

    We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  Matthew S. Barkan

CC:    All Counsel of Record (via ECF)