USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

HO WAN KWOK, *et al.*,

        *Defendant.*

Case No. 1:23-CR-00118-AT

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

---

The undersigned counsel herein submit for the Court's approval the following Stipulation and Order:

WHEREAS, attorneys from the firm of Brown Rudnick LLP ("Brown Rudnick") have appeared in this action as counsel of record for defendant Ho Wan Kwok ("Mr. Kwok");

WHEREAS, Mr. Kwok has engaged attorneys from the law firm of Pryor Cashman LLP ("Pryor Cashman") to represent him in the above-captioned action and now wishes to substitute Brown Rudnick with the firm of Pryor Cashman as his counsel of record; and

WHEREAS, trial in the above-captioned action has been set for April 8, 2024 (ECF No. 93).

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned attorneys and Mr. Kwok that Sidhardha Kamaraju and Matthew S. Barkan of Pryor Cashman shall be and are hereby substituted in lieu of Stephen R. Cook, William R. Baldiga, Stephen A. Best, Edward P. Gilman, Tiffany B. Lietz and Natasha Ertzbischoff of Brown Rudnick as attorneys of record for Mr. Kwok. Mr. Kwok joins this stipulation to make his consent to the withdrawal of the Brown Rudnick attorneys part of the record.

IT IS FURTHER AGREED that this Stipulation may be executed in counterparts.

Dated: July 11, 2023

_____
Sidhardha Kamaraju
Matthew S. Barkan
PRYOR CASHMAN LLP
7 Times Square, 41st Floor
New York, NY 10036
Tel: (212) 421-4100
Fax: (212) 326-0806
skamaraju@pryorcashman.com
mbarkan@pryorcashman.com

*Attorneys for Defendant Ho Wan Kwok*

_____
Ho Wan Kwok

_____
Stephen R. Cook (admitted *pro hac vice*)
BROWN RUDNICK LLP
211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel: (949) 440-0215
Fax: (949) 252-1514
scook@brownrudnick.com

William R. Baldiga
Tiffany B. Lietz
Natasha Ertzbischoff
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4942
Fax: (212) 209-4801
wbaldiga@brownrudnick.com

Stephen A. Best (admitted *pro hac vice*)
Edward P. Gilman (admitted *pro hac vice*)
BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: (202) 536-1737
Fax: (202) 536-1701
sbest@brownrudnick.com

*Outgoing Attorneys for Defendant Ho Wan Kwok*

The Clerk of Court is directed to terminate Stephen Cook, William R. Baldiga, Tiffany Brook Lietz, Natasha Ertzbischoff, Stephen A. Best, and Edward Patrick Gilman from the docket.

SO ORDERED.

Dated: July 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge