UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

HO WAN KWOK,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2023_____

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised via email that Tamara Lila Giwa does not currently represent Defendant.[1] The Clerk of Court is directed to terminate Tamara Lila Giwa from the docket.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] Giwa represented Defendant at his initial appearance. ECF No. 8.