**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>YANPING WANG, | No. 23 Cr. 118 (AT) |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Emil Bove of Chiesa Shahinian & Giantomasi PC as lead counsel of record for Defendant Yanping Wang in the above-captioned action. I certify that I am a member of the bar of this Court in good standing.

Dated: New York, NY
July 22, 2023

Respectfully submitted,

/s/ Emil Bove
Emil Bove
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY 10036
(212) 324 7265
ebove@csglaw.com

*Attorney for Yanping Wang*