

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**EMIL BOVE**
ebove@csglaw.com
(O) 212.324.7265

July 22, 2023

Via ECF
The Honorable Analisa Torres
U.S. District Judge
Southern District of New York

  **Re:**   **United States v. Yanping Wang, et al., No. 23 Cr. 118 (AT)**

Dear Judge Torres:

  Defendant Yanping Wang recently retained my firm, Chiesa Shahinian & Giantomasi PC, to represent her in this matter in lieu of ChaudhryLaw PLLC.  I entered a notice of appearance today.  Enclosed please find a stipulation and proposed order relating to the requested substitution of counsel.

           Respectfully submitted,

           /s/ Emil Bove
           Emil Bove

Enclosure

Cc:   Counsel of Record
   (Via ECF)