**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

                v.

YANPING WANG,

                      Defendant.

No. 23 Cr. 118 (AT)

**STIPULATION AND**
**SUBSTITUTION OF COUNSEL**

       The undersigned counsel respectfully submit this Stipulation and proposed substitution of counsel:

       WHEREAS, attorneys Priya Chaudhry of ChaudhryLaw PLLC and Alex Lipman have appeared in this action as counsel of record for defendant Yanping Wang ("Ms. Wang");

       WHEREAS, Ms. Wang has engaged Emil Bove and other attorneys from the law firm Chiesa Shahinian & Giantomasi PC ("CSG") to serve as her lead counsel in the above-captioned action, and now wishes to substitute CSG in the place of Ms. Chaudhry of ChaudhryLaw PLLC as lead counsel of record, while keeping Mr. Lipman as an additional attorney of record;

       WHEREAS, Ms. Wang joins this Stipulation and consents to the withdrawal of Ms. Chaudhry of ChaudhryLaw PLLC as an attorney of record;

       WHEREAS, trial in the above-captioned action has been set for April 8, 2024 (ECF No. 93),

       NOW, THEREFORE, it is hereby stipulated and agreed upon by and between the undersigned attorneys and Ms. Wang that Emil Bove of CSG shall be substituted in lieu of Priya Chaudhry of ChaudhryLaw PLLC as lead counsel of record for Ms. Wang; and

IT IS FURTHER AGREED that this Stipulation may be executed in counterparts.

Dated: July __22__, 2023

/s/ Emil Bove/
Emil Bove
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY 10036
(212) 324 7265
ebove@csglaw.com

_Alex Lipman_/
Alex Lipman
Lipman Law PLLC
147 West 25th St.
12th Floor
New York, NY 10001

*Attorneys for Defendant Yanping Wang*

Yanping Wang

Priya Chaudhry
ChaudhryLaw PLLC
147 West 25th Street
Suite 12th Floor
New York, NY 10001

*Outgoing Attorney for Defendant Yanping Wang*

The Clerk of the Court is directed to terminate Priya Chaudhry and ChaudhryLaw PLLC from the docket.

SO ORDERED.

Dated: July __, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge

2