# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

1:23-cr-00118-AT-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 01 2023

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-three,

_____

United States of America,

    Appellee,

v.

Kin Ming Je, AKA Sealed Defendant 2, Yanping Wang, AKA Sealed Defendant,

    Defendants,

Ho Wan Kwok, AKA Sealed Defendant 1,

    Defendant - Appellant.

_____

**ORDER**
Docket No. 23-6685

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/01/2023