# EXHIBIT B



**From:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Sent:** Wednesday, July 1, 2020 6:06 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: press inquiry

I copied in ▮, who is working with FBI on a ▮ investigation of Guo in which the ▮ ▮ and FBI executed premises warrants targeting Guo in the fall, which led him to retain ▮ to ▮. The team is working still reviewing the warrant take (they seized a lot of media) and following up on leads. ▮ is also aware of a CFU investigation being run by ▮ that involves Guo and relates to cryptocurrency investments.

**From:** ▮
**Sent:** Wednesday, July 1, 2020 5:51 PM
**To:** ▮ Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Subject:** press inquiry

You don't have any investigations related to the source of funds that ▮ received through his work with Chinese businessman Guo Wengui and his associate, William Je, do you? We are getting a press inquiry.

▮

Chief, Criminal Division
United States Attorney's Office, SDNY

2