# EXHIBIT C

**From:** ▮
**Sent:** Thursday, July 9, 2020 10:27 AM
**To:** ▮
**Subject:** FW: ▮ - Gu▮ story

FYSA.

**From:** ▮
**Sent:** Thursday, July 9, 2020 8:59 AM
**To:** ▮
**Cc:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Subject:** Fwd: ▮ - Gu▮ story

In case you haven't seen it

Begin forwarded message:

> **From:** ▮ (FBI)" ▮ fbi.gov>
> **Date:** July 8, 2020 at 7:30:44 PM EDT
> **To:** "Bove, Emil (USANYS)" <EBove@usa.doj.gov>, ▮
> **Subject:** Fwd: Fw: ▮ - Gu▮ story
>
> -
>
> ---------- Forwarded message ----------

