# EXHIBIT D

On Jan 24, 2022, at 1:44 PM, ▮▮▮ wrote:

FYI, I strongly indicated to Emil that he should stay away from this and he said he would.



**From:** █
**Sent:** Thursday, January 20, 2022 10:10 AM
**To:** █
**Cc:** █
**Subject:** Re: Guo Wengui--"Remember the Lady May"

Thanks, █ Happy to discuss. Phone is probably easiest. Cc'ing █ who is also on the TIN matter.

> On Jan 20, 2022, at 10:04 AM, █ █ █ █ > wrote:
>
> Not quite "Remember the Maine," but you get the idea. More prosaically, Emil Bove has a post-employment question relating to Guo Wengui and his yacht.
>
> Specifically, per a first amended state court complaint Emil sent me, Guo entities, secured by personal guarantees from Guo, borrowed $30 million plus from Pacific Alliance Asia Opportunity Fund L.P. ("PAX LP"). PAX LP filed the lawsuit in NYS Supreme Court in 2017 seeking payment. Defendants, in case any of the names mean anything to you, are Kwok Ho Wan, *a/k/a* Kwok Ho, *a/k/a* Gwo, Wen Gui, and further variations on that name; and Genever Holdings LLC and Genever Holdings Corporation.
>
> Emil advises that there was some kind of restraining order on Guo's yacht (the Lady May, I assume), but the yacht has somehow left the jurisdiction and is no longer available to potentially help satisfy a judgment against Guo. The complaint also takes aim at an apartment Guo entities purchased in the Sherry-Netherland Hotel in NYC.
>
> Emil is inquiring whether we see any post-employment restriction on him representing Guo's daughter, who is a deposition witness in proceedings relating to the question of, what happened to the Lady May. Emil mentioned that when chief of TIN he supervised a █ investigation involving Guo. Elizabeh, can you tell me about that? If any of the info is classified, let me know, and we'll handle that

separately. ▇

Thanks,

▇
Associate U.S. Attorney
United States Attorney's Office
Southern District of New York

▇