UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANPING WANG,<br><br>                              Defendant. | Case No. 23-CR-118 (AT)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Verified Motion to Withdraw as Counsel for Defendant with supporting Memorandum of Law filed by Priya Chaudhry of ChaudhryLaw PLLC ("ChaudhryLaw" or the "Firm"), dated August 7, 2023, ChaudhryLaw moves this Court for an order granting the Firm leave to withdraw as counsel for Defendant Yanping Wang, pursuant to Local Criminal Rule 1.2.

Dated: New York, New York
       August 7, 2023

                                        ChaudhryLaw PLLC

                                        By:    */s/ Priya Chaudhry*
                                               Priya Chaudhry
                                               Seth J. Zuckerman
                                               Beth Farber

                                               147 W. 25th Street, 12th Floor
                                               New York, New York 10001
                                               Tel: (212) 785-5550
                                               Email: priya@chaudhrylaw.com

                                               *Attorneys for Defendant Yanping Wang*