# **EXHIBIT E**



**From:** Barkan, Matthew
**Sent:** Tuesday, August 8, 2023 1:58 PM
**To:** @bop.gov>; (BOP) @bop.gov>; (BOP) @bop.gov>; (BOP) @bop.gov>
**Cc:** Kamaraju, Sidhardha ; ebove@csglaw.com
**Subject:** [EXTERNAL] RE: Legal Visits

Ms.

Following up on your email below, we request a co-defendants meeting at MDC on Thursday, August 10, 2023, beginning at 9am.

Names and registration numbers of detained parties: Ho Wan Kwok (49134-510), Yanping Wang (49116-510).

Additional parties: Sidhardha Kamaraju, Esq. (counsel to Mr. Kwok), Matthew Barkan, Esq. (counsel to Mr. Kwok), Victor Cerda, Esq. (counsel to Mr. Kwok), Emil Bove, Esq.

1

(counsel to Ms. Wang), as well as a Chinese language interpreter whom we will identify shortly.

Thank you, and please let us know if you require further information.

Regards
Matt


Begin forwarded message:

**From:** "▇▇▇▇▇▇ (BOP)" <▇▇▇▇@bop.gov>
**Date:** July 21, 2023 at 9:28:31 AM EDT
**To:** "Bove, Emil" <ebove@csglaw.com>, "Kamaraju, Sidhardha" ▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇ (BOP)" <▇▇▇▇@bop.gov>, "▇▇▇▇ BOP)" <▇▇▇▇@bop.gov>, "BRO-LegalVisit-S (BOP)" <▇▇▇▇@bop.gov>
**Subject: RE: Legal Visits**

Good Morning,

To schedule a co-defendant meeting, MDC Brooklyn will need –

1. the first page of the indictment showing parties are co-defendants
2. the names of all the parties who will be attending.
3. names of the detained parties and register number (which was already provided below)
4. the date and time.

Rooms are provided on a first come first served basis. The best way to get the room of your choice is an early arrival at MDC Brooklyn.

Please email all this information to ▇▇▇▇@bop.gov, cc'd here.

Thank you.

▇▇▇▇▇ | Staff Attorney

U.S. Department of Justice | Federal Bureau of Prisons
CLC New York
100 29th Street
Brooklyn, New York 11232
**P:** ▇▇▇▇

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately to make arrangements for its return to us.

**From:** Bove, Emil <ebove@csglaw.com>
**Sent:** Thursday, July 20, 2023 1:11 PM
**To:** ▓▓▓▓ (BOP) ▓▓ @bop.gov>
**Cc:** Kamaraju, Sidhardha ▓▓▓ @PRYORCASHMAN.com>; ▓▓▓ (BOP) ▓▓ @bop.gov>; ▓▓▓ (BOP) ▓▓ @bop.gov>; ▓▓▓ (BOP) ▓▓ @bop.gov>; ▓▓▓ (BOP) ▓▓ @bop.gov>
**Subject:** [EXTERNAL] RE: Legal Visits

Hi ▓▓,

Sid Kamaraju and I represent co-defendants in the same case, and we were wondering about the process for setting up a joint defense meeting at MDC with our clients together. Sid represents Ho Wan Kwok (49134-510), and I represent a female inmate named Yanping Wang (49116-510). Any guidance that you can offer would be much appreciated.

Thanks,
Emil

Begin forwarded message:

> **From:** "▓▓▓ (BOP)" <▓▓@bop.gov>
> **Date:** June 28, 2023 at 1:37:10 PM EDT
> **To:** "Kamaraju, Sidhardha" <▓▓@pryorcashman.com>, "▓▓▓ (BOP)" <▓▓@bop.gov>
> **Cc:** "▓▓▓ (BOP)" <▓▓@bop.gov>, "▓▓▓ (BOP)" <▓▓@bop.gov>, "▓▓▓ (BOP)" <▓▓@bop.gov>
> **Subject:** RE: Legal Visits
>
> Hi Sid,
>
> As long as you have the NY state attorney secure pass, you should have no trouble walking into MDC Brooklyn to visit your client.
>
> MDC Brooklyn is ordinarily open for "Walk-In Legal Visits" Monday through Friday from 8:00 AM to 7:30 PM, Saturday, Sunday, and Federal Holidays 8:00 AM to 3:00 PM.
>
> Thank you.
>
> ▓▓▓ | Staff Attorney
>
> U.S. Department of Justice | Federal Bureau of Prisons
> CLC New York
> 100 29th Street
> Brooklyn, New York 11232

3

P: ▮

SENSITIVE/PRIVILEGED COMMUNICATION

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

**From:** Kamaraju, Sidhardha <▮@PRYORCASHMAN.com>
**Sent:** Wednesday, June 28, 2023 11:45 AM
**To:** ▮ BOP) <▮@bop.gov>
**Cc:** ▮ (BOP) <▮@bop.gov>; ▮ (BOP) <▮@bop.gov>; ▮ (BOP) <▮@bop.gov>; ▮ (BOP) <▮@bop.gov>
**Subject:** [EXTERNAL] Re: Legal Visits

Thanks ▮ and congrats on the new job. ▮ ▮ and ▮ it's nice to meet you.

I do have the beige NY state attorney pass that I use to get into the SDNY courthouse. Is that the one?

Much appreciated all,

Sid

---

**Sid Kamaraju**
**Pryor Cashman LLP**
7 Times Square, New York, NY 10036-6569
▮@pryorcashman.com

Direct Tel: ▮
Direct Fax: ▮

> On Jun 28, 2023, at 11:23 AM, McFarland, Nicole (BOP) <▮@bop.gov> wrote:
>
> Hey Sid-
>
> I also left MDC. I am doing employment law now still with the BOP. Do you have the beige attorney card for the SDNY? If you have that you would be good to just

4

walk in during visiting hours.  When I left MDC attorneys only were from 8 to 12 but could visit during social visiting after 12 but it did get busy….  I am copying Sophia and her crew there to verify my probably outdated information….

Nicole

**From:** Kamaraju, Sidhardha <███████@PRYORCASHMAN.com>
**Sent:** Wednesday, June 28, 2023 11:17 AM
**To:** ███████ (BOP) ███████@bop.gov>
**Subject:** [EXTERNAL] Legal Visits

Hi ███,

I hope all is well with you.  I don't know if you heard about this, but I left SDNY a couple of years ago, and I'm in private practice now.  Up until now, I haven't had a client housed at MDC, but it looks like I'm coming into a case for a defendant there (Ho Wan Kwok - BOP Register # 49134-510).  I was checking the website to see if I needed to do anything to register with MDC so that I can come see him, but I didn't notice anything.  Sorry to bug you with you this, but you're a familiar face, so thought I would reach out.

Much appreciated,

Sid

_____

**SID KAMARAJU**
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
███████@pryorcashman.com
Direct Tel: ███████
Direct Fax: ███████

www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any

5

action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

*Please Note:* *The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Thank you.*

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.