```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/11/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

YANPING WANG,

Defendant.

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' papers on the Government's motion to disqualify Emil Bove from representing Defendant, Yanping Wang. ECF Nos. 120, 124–25; *see also* ECF Nos. 114, 117. Accordingly:

1. By **August 16, 2023**, Bove shall file a sur-reply; and
2. By **August 18, 2023**, the Government shall file affidavits in support of their motion, ECF No. 125 at 12 n.9.

The Clerk of Court is directed to terminate the motion at ECF No. 117.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge