# **EXHIBIT G**

**From:** Ravener, Kimberly (USANYS) ▮
**Sent:** Monday, October 21, 2019 3:28 PM
**To:** Hanft, Elizabeth (USANYS) ▮
**Subject:** T/C on Guo

Here's some takeaways from a conversation that I had with ▮ about the proceeds of our SW:

- ▮
- ▮
- ▮

I also spoke to Emil about the status of the matter and next steps. We should follow up with ▮ to find a way to prioritize the device exams pending with CART and start looking through those materials.

Kimberly J. Ravener
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Email: ▮
Tel: ▮