# EXHIBIT H

| | |
|---|---|
| Date: | Thu, 20 Aug 2020 8:51:27 PM (UTC) |
| Sent: | Thu, 20 Aug 2020 8:51:26 PM (UTC) |
| Subject: | Re: |
| From: | Ravener, Kimberly (USANYS) █████████████ |
| To: | Crowley, Shawn (USANYS) █████████████ |
| CC: | Bove, Emil (USANYS) <EBove@usa.doj.gov>; |

Tracking ████████

███████████████████████████████████████████████████████████████████████ (I understand they didn't reach out to CFU either.) I'll reach out to their case team when the dust settles for them.

> On Aug 20, 2020, at 4:30 PM, Crowley, Shawn (USANYS) ████████████████ wrote:
>
> Assume you're tracking █████████████████████████████?