# Exhibit 10

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
                         BRIDGEPORT DIVISION

In Re                              *    Case No. 22-50073 (JAM)
                                   *
HO WAN KWOK and GENEVER            *
 HOLDINGS CORPORATION,             *
                                   *
         Debtor.                   *

LUC A. DESPINS,                    *    Adv. Proc. No. 23-05017
                                   *
                                   *    Bridgeport, Connecticut
              Plaintiff,           *    August 14, 2023
                                   *
    v.                             *
                                   *
TAURUS FUND, LLC, et al.,          *
                                   *
              Defendants.          *
                                   *
* * * * * * * * * * * * * * * * *

              TRANSCRIPT OF EX PARTE MOTION FOR
    TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
           BEFORE THE HONORABLE JULIE A. MANNING
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff:            NICHOLAS A. BASSETT, ESQ.
                              AVRAM E. LUFT, ESQ.
                              Paul Hastings, LLP
                              200 Park Avenue
                              New York, NY  10166

                              DOUGLAS S. SKALKA, ESQ.
                              DENNIS M. CARNELLI, ESQ.
                              Neubert Pepe & Monteith, P.C.
                              195 Church Street
                              New Haven, CT  06510




Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

            Fiore Reporting and Transcription Service, Inc.
                       4 Research Drive, Suite 402
                 Shelton, Connecticut 06484 (203)929-9992
```

1    exhibit binder to what is marked as Trustee Exhibit 13.
2              MR. BASSETT:  And if we could similarly have the
3    courtroom deputy please pull that exhibit up on the screen,
4    that would be much appreciated.  Please scroll up to the
5    first page.  Thank you.  Thank you.  And go back to the
6    other page.
7    BY MR. BASSETT:
8    Q    Trustee Despins, do you recognize what appears here as
9    Trustee Exhibit 13?
10   A    Yes, I do.
11   Q    What do you understand this to be?
12   A    It's the inside pocket of one of I believe 29 suits
13   that were found by the FBI when they did the search,
14   executed search warrant, at the Mahwah mansion on March
15   15th.
16   Q    How did you get a copy of this picture?
17   A    The Department of Justice prosecution of Mr. Kwok is
18   led by an Assistant U.S. Attorney, Juliana Murray, who -- I
19   called her in early July to get pictures of what the FBI had
20   found at the mansion when they executed their search
21   warrant, and she provided numerous pictures, and we selected
22   I guess, you know, ten best of and that would be one of
23   them.
24   Q    So Ms. Murray is the person you spoke to?
25   A    Correct.