UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/31/2023

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 30, 2023, Defendant Ho Wan Kwok moved the Court to "issue an order and writ staying the bankruptcy cases captioned *In re Ho Wan Kwok, et al.*, [No. 22-50073] (Bank. D. Conn.) (Jointly Administered), including the jointly administered proceedings captioned *In re Genever Holdings Corp.*, [No. 22-50542] (Bank. D. Conn.), and *In re Genever Holdings LLC*, [No. 22-50592] (Bank. D. Conn.), and all related adversary proceedings." ECF No. 129; *see* ECF Nos. 130–31. Accordingly:

1. By **September 21, 2023**, the Government shall file its opposition papers or advise the Court that it does not oppose the motion; and
2. By **October 5, 2023**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge