UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>    v.<br><br>HO WAN KWOK,<br><br>               *Defendant.* | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Ho Wan Kwok in the above-captioned action, and requests that copies of all notices and other papers in the above-captioned action be sent to: John M. Kilgard, Pryor Cashman LLP, 7 Times Square, New York, New York 10036; jkilgard@pryorcashman.com.

Dated: September 1, 2023

                                                                Respectfully submitted,

                                                                By: */s/ John M. Kilgard*
                                                                John M. Kilgard
                                                               PRYOR CASHMAN LLP
                                                               7 Times Square
                                                               New York, NY 10036
                                                               (212) 421-4100
                                                               jkilgard@pryorcashman.com

                                                               *Attorney for Defendant Ho Wan Kwok*