

**Irve J. Goldman**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p   203 330 2213
f    203 576 8888
igoldman@pullcom.com
www.pullcom.com

September 18, 2023

The Honorable Analisa Torres
United States District Judge
Southern District of New York

Re:   United States v. Ho Wan Kwok, et al., No. 23 Cr. 118 (AT)

Dear Judge Torres:

Our firm represents the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 case of the Defendant, Ho Wan Kwok, pending in the United States Bankruptcy Court for the District of Connecticut under Case No. 22-50073 (the "Bankruptcy Case"). The Committee was appointed by the Office of the United States Trustee on March 21, 2022 and continues to be a party in interest in the Bankruptcy Case.

We note that by Memo Endorsement entered on September 7, 2023, Your Honor permitted the Chapter 11 Trustee in the Bankruptcy Case to file papers opposing Mr. Kwok's motion to stay the Bankruptcy Case (the "Stay Motion") by September 21, 2023. The Committee also wishes to express its position concerning the Stay Motion and hereby respectfully requests permission to file a response to the Stay Motion by September 21 and to be heard at any hearing on such motion.

Respectfully submitted,

*/s/Irve J. Goldman*
Irve J. Goldman

IJG:rrm