USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK,

                Defendant.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 20, 2023, Defendant Ho Wan Kwok moved the Court to compel production of certain communications between the Government and third parties. ECF No. 141; *see* ECF No. 143. Accordingly:

1. By **October 12, 2023**, the Government shall file its opposition papers or advise the Court that it does not oppose the motion; and
2. By **October 26, 2023**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: September 21, 2023
      New York, New York

                                                      ANALISA TORRES
                                               United States District Judge