**<u>Exhibit 12</u>**

**From:** Barron, Douglass E.
**Sent:** Friday, August 18, 2023 4:17 PM
**To:** Eric Henzy <ehenzy@zeislaw.com>
**Cc:** Despins, Luc A. <lucdespins@paulhastings.com>; Maza, Shlomo <shlomomaza@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; 'mconway@lpgmlaw.com' <mconway@lpgmlaw.com>
**Subject:** Motion to Seal Exhibit to Mahwah Complaint

Eric:

Please see attached a draft of a joint motion to seal an exhibit to the Mahwah complaint, per your discussions with Luc.  Please let us know if you have any comments.

Thanks
Doug

**Douglass Barron** | **Associate** | **Financial Restructuring Group**

Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6690 | Main: +1.212.318.6000 | Fax: +1.212.230.7690 | douglassbarron@paulhastings.com | www.paulhastings.com

**From:** Eric Henzy <ehenzy@zeislaw.com>
**Sent:** Tuesday, August 22, 2023 10:32 AM
**To:** Despins, Luc A. <lucdespins@paulhastings.com>; Barron, Douglass E. <douglassbarron@paulhastings.com>
**Cc:** Maza, Shlomo <shlomomaza@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; mconway@lpgmlaw.com
**Subject:** [EXT] RE: Motion to Seal Exhibit to Mahwah Complaint

--- External Email ---

Yes, I have been tied up on another matter, I will try to get to it today.

**Eric Henzy, Esq.**
Zeisler & Zeisler, PC
10 Middle St, 15th Fl
Bridgeport, CT 06604
Direct Dial: 203-368-5495
Main: 203-368-4234
Cell: 860-478-6763
ehenzy@zeislaw.com

---

CONFIDENTIALITY NOTICE: This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by reply e-mail, separate e-mail to email@zeislaw.com, or telephone at 203-368-4234 (toll free 1-800-856-4234), and immediately delete this message and all its attachments.

---

**From:** Despins, Luc A. <lucdespins@paulhastings.com>
**Sent:** Tuesday, August 22, 2023 10:29 AM
**To:** Eric Henzy <ehenzy@zeislaw.com>; Barron, Douglass E. <douglassbarron@paulhastings.com>
**Cc:** Maza, Shlomo <shlomomaza@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; mconway@lpgmlaw.com
**Subject:** RE: Motion to Seal Exhibit to Mahwah Complaint

External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..

Eric, are we still doing this?



**Luc Despins | Partner | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | Main: +1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com |

www.paulhastings.com

**From:** Eric Henzy <ehenzy@zeislaw.com>
**Sent:** Friday, August 18, 2023 7:37 PM
**To:** Barron, Douglass E. <douglassbarron@paulhastings.com>
**Cc:** Despins, Luc A. <lucdespins@paulhastings.com>; Maza, Shlomo <shlomomaza@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; mconway@lpgmlaw.com
**Subject:** [EXT] Re: Motion to Seal Exhibit to Mahwah Complaint

--- External Email ---

Thank you Douglass, I will review tomorrow.

Eric Henzy

**From:** Barron, Douglass E. <douglassbarron@paulhastings.com>
**Sent:** Friday, August 18, 2023 4:16:49 PM
**To:** Eric Henzy <ehenzy@zeislaw.com>
**Cc:** Despins, Luc A. <lucdespins@paulhastings.com>; Maza, Shlomo <shlomomaza@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; mconway@lpgmlaw.com <mconway@lpgmlaw.com>
**Subject:** Motion to Seal Exhibit to Mahwah Complaint

External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..

Eric:

Please see attached a draft of a joint motion to seal an exhibit to the Mahwah complaint, per your discussions with Luc. Please let us know if you have any comments.

Thanks
Doug

**Douglass Barron | Associate | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6690 | Main: +1.212.318.6000 | Fax: +1.212.230.7690 | douglassbarron@paulhastings.com | www.paulhastings.com

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.