USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023

October 11, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Kwok, et al.*, S1 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to respectfully request a one-week adjournment of the deadlines for the Government's opposition to the defendants' motion to compel discovery and the defendants' reply to that opposition. The Government has spoken with counsel for defendant Ho Wan Kwok, who consents to the proposed adjustment to the briefing schedule.[1] Accordingly, the Government requests to file its opposition by October 19, 2023, with the defendants' replies due on November 2, 2023.

    The Government is available to address any questions the Court may have.

GRANTED.

SO ORDERED.

Dated: October 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge