UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/19/2023__

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The *Curcio* hearing scheduled in this matter for October 30, 2023, at 10 a.m., is RESCHEDULED to **October 30, 2023**, at **9:00 a.m.**

    SO ORDERED.

Dated: October 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge