

**EMIL BOVE**
Emil.Bove@blanchelaw.com
(212) 716-1250

October 27, 2023

<u>Via ECF and Email</u>
Honorable Analisa Torres
U.S. District Judge
Southern District of New York

**Re:** **<u>United States v. Yanping Wang, et al., No. 23 Cr. 118 (AT)</u>**

Dear Judge Torres:

      I write on behalf of Yanping Wang in response to the Court's October 19, 2023 Order. Ms. Wang has reviewed the Order, discussed the Order with me, and discussed the Order with Court-appointed *Curcio* counsel, Mr. Louis Fasulo. Based on her review and those conversations, Ms. Wang has decided not to enter a waiver with the scope that would be required by the discussion at pages 12 and 13 of the Order. Therefore, I respectfully request that the Court permit me to withdraw as counsel, and that the Court cancel the *Curcio* hearing currently scheduled for October 30, 2023. I understand that new counsel for Ms. Wang will be entering a notice of appearance in due course.

      Respectfully Submitted,

      */s/ Emil Bove*
      Emil Bove
      Blanche Law PLLC

Cc:    Counsel of Record
      (Via ECF)

      Louis V. Fasulo
      (Via Email)