**BAKER BOTTS** L.L.P.

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA | AUSTIN | **NEW YORK** |
| NEW YORK, NEW YORK | BRUSSELS | PALO ALTO |
| 10112-4498 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 212.408.2500 | HOUSTON | SINGAPORE |
| FAX +1 212.408.2501 | LONDON | WASHINGTON |
| BakerBotts.com | | |

November 6, 2023

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

    I was recently retained by Ms. Wang in connection with this matter. At Ms. Wang's request and with the consent of her prior counsel, Alex Lipman, Esq., I request that the Court substitute me for Mr. Lipman in this matter.

                        Respectfully submitted,

                        */s/ Brendan F. Quigley*
                        Brendan F. Quigley

STIPULATED AND AGREED:

*/s/ Alex Lipman*
Alex Lipman
Lipman Law PLLC
147 West 25th Street
New York, NY


SO ORDERED:

_____

Active 76178947.3