**BAKER BOTTS L.L.P.**

30 ROCKE
NEW YOF
10112-44

TEL +1 2
FAX +1 2
BakerBott

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023

November 6, 2023

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

I was recently retained by Ms. Wang in connection with this matter. At Ms. Wang's request and with the consent of her prior counsel, Alex Lipman, Esq., I request that the Court substitute me for Mr. Lipman in this matter.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

STIPULATED AND AGREED:

*/s/ Alex Lipman*
Alex Lipman
Lipman Law PLLC
147 West 25th Street
New York, NY

SO ORDERED.

Dated: November 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge