USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YANPING WANG,

                       Defendant.

Case No. 23-CR-118 (AT)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT**

**PLEASE TAKE NOTICE** that, upon the accompanying Verified Motion to Withdraw as Counsel for Defendant with supporting Memorandum of Law filed by Priya Chaudhry of ChaudhryLaw PLLC ("ChaudhryLaw" or the "Firm"), dated August 7, 2023, ChaudhryLaw moves this Court for an order granting the Firm leave to withdraw as counsel for Defendant Yanping Wang, pursuant to Local Criminal Rule 1.2.

Dated: New York, New York
       August 7, 2023

                                            ChaudhryLaw PLLC

                                            By:    */s/ Priya Chaudhry*
                                                        Priya Chaudhry
                                                        Seth J. Zuckerman
                                                         Beth Farber

GRANTED.  The Clerk of Court is directed to terminate Priya Chaudhry from the docket.

Dated: November 13, 2023
       New York, New York

                                                     _____
                                                           ANALISA TORRES
                                                      United States District Judge