UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff*,<br><br>    v.<br><br>HO WAN KWOK,<br><br>               *Defendant*. | **FILED PARTIALLY UNDER SEAL**<br><br>Case No. 1:23-CR-118-1 (AT)<br><br>**DECLARATION OF MATTHEW BARKAN ACCOMPANYING DEFENDANT'S MOTION TO COMPEL DISCOVERY** |

      I, MATTHEW S. BARKAN, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

      1.      I am a partner at the law firm Pryor Cashman LLP and counsel for Defendant Ho Wan Kwok in the above-captioned matter.

      2.      I submit this declaration in support of Defendant's Motion to Compel Discovery and to transmit to the Court true and correct copies of the following documents.

      3.      A true and correct copy of the criminal complaint from *United States v. Ying*, 22 Mag. 1711 (S.D.N.Y.) is attached hereto as **Exhibit A**.

      4.      A true and correct copy of the criminal complaint from *United States v. Bai*, 23 Mag. 0334 (E.D.N.Y.) is attached hereto as **Exhibit B**.

      5.      A true and correct copy of the criminal complaint from *United States v. Feng*, 20 Mag. 1025 (E.D.N.Y.) is attached hereto as **Exhibit C**.

      6.      A true and correct copy of the GTV Confidential Information Memorandum, dated April 20, 2020, is attached hereto as **Exhibit D**.

      7.      A true and correct copy of a search warrant dated September 27, 2019 is attached hereto as **Exhibit E**.

8. A true and correct copy of a search warrant dated October 4, 2019 is attached hereto as **Exhibit F**.

9. A true and correct copy of a letter from the government to former counsel for Mr. Kwok dated June 26, 2023 is attached hereto as **Exhibit G**.

10. A true and correct copy of a G|CLUBS membership agreement is attached hereto as **Exhibit H**.

11. A true and correct copy of Mr. Kwok's September 29, 2023 discovery demand to the government is attached hereto as **Exhibit I**.

12. A true and correct copy of the government's October 17, 2023 response to Mr. Kwok's September 29, 2023 discovery demand is attached hereto as **Exhibit J**.

13. A true and correct copy of an email chain dated October 18, 2023 to October 25, 2023, between Mr. Kwok's counsel and the government, is attached hereto as **Exhibit K**.

14. A true and correct copy of the government's October 21, 2023 letter to Mr. Kwok's counsel is attached hereto as **Exhibit L**.

15. A true and correct copy of the criminal complaint from *United States v. Jianwang*, 23 Mag. 265 (E.D.N.Y.) is attached hereto as **Exhibit M**.

16. A true and correct copy of the government's October 26, 2023 production cover letter is attached hereto as **Exhibit N**.

17. A true and correct copy of a Federal Bureau of Investigation report dated February 13, 2018 is attached hereto as **Exhibit O**.

18. A true and correct copy of the government's sealed Application for Warrant and Order for Cellphone Location and Pen Register Information, 22 Mag. 4124, dated September 10, 2021, is attached hereto as **Exhibit P**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2023.

                                                                  Matthew S. Barkan
*Counsel for Defendant*
*Ho Wan Kwok*