# Exs. E-H, K & N-P
# Filed Under Seal