UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>   v.<br><br>HO WAN KWOK, *et al.*,<br><br>          *Defendants*. | Case No. 1:23-CR-00118-AT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Ho Wan Kwok in the above-captioned action, and requests that copies of all notices and other papers in the above-captioned action be sent to: E. Scott Schirick, Esq., Pryor Cashman LLP, 7 Times Square, New York, New York 10036; SSchirick@PRYORCASHMAN.com.

Dated: November 27, 2023

                                              Respectfully submitted,

                                              By: */s/ E. Scott Schirick*
                                              E. Scott Schirick
                                              PRYOR CASHMAN LLP
                                              7 Times Square, 41st Floor
                                              New York, NY 10036
                                              212-421-4100

                                              *Attorney for Defendant Ho Wan Kwok*