UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HO WAN KWOK, *et al.*<br><br>　　　　　Defendants. | 23-cr-00118 (AT)<br><br>**DECLARATION OF BRADFORD L. GEYER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

I, BRADFORD L. GEYER, hereby declare as follows:

1. I am a partner with the firm of FormerFedsGroup.Com LLC, a law firm in the State of New Jersey;

2. I submit this declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned matter;

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the state of New Jersey.

4. I have never been convicted of a felony, never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no pending disciplinary proceedings presently against me in any court.

5. I respectfully request to be permitted to appear as counsel *pro hac vice* in this case for to represent the interests of 3,345 customers of the Himalaya Exchange whose funds have been seized.

I declare under penalty of perjury that the foregoing statements are true and correct based on my personal knowledge.

Executed this 5th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Brad Geyer*
　　　　　　　　　　　　　　　　　　　　　BRADFORD L. GEYER