UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>  Defendants., | Case No. **23 Cr. 118 (AT)**<br><br>**NOTICE OF APPEARANCE** |

　　　　**PLEASE TAKE NOTICE** that undersigned counsel, Bradford L. Geyer, of the law firm FormerFedsGroup.Com LLC, hereby enters an appearance as counsel for 3,345 Himalaya Exchange customers in the above-captioned action.

Dated: New York, New York
　　　　December 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Myer and Scher LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ Jamie Scher
　　　　　　　　　　　　　　　　　　　　　　　Myer and Scher LLP
　　　　　　　　　　　　　　　　　　　　　　　NY 2488435
　　　　　　　　　　　　　　　　　　　　　　　377B South Oyster Bay Road
　　　　　　　　　　　　　　　　　　　　　　　Plainview, NY 118013
　　　　　　　　　　　　　　　　　　　　　　　Jamie@myerandscher.com
　　　　　　　　　　　　　　　　　　　　　　　(516) 713-0655

　　　　　　　　　　　　　　　　　　　　　　　Bradford L. Geyer, PHV pending
　　　　　　　　　　　　　　　　　　　　　　　NJ 022751991
　　　　　　　　　　　　　　　　　　　　　　　Suite 141 Route 130 S., Suite 303
　　　　　　　　　　　　　　　　　　　　　　　Cinnaminson, NJ 08077
　　　　　　　　　　　　　　　　　　　　　　　Brad@FormerFedsGroup.Com
　　　　　　　　　　　　　　　　　　　　　　　(856) 607-5708

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for 3,345 Himalaya*
　　　　　　　　　　　　　　　　　　　　　　　*Exchange Customers*