UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK, KIN MING JE, and YANPING WANG,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2023

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of a motion for return of seized property filed by "3,345 customers of the Himalaya Exchange." ECF No. 186; *see* ECF No. 186-1. Accordingly, by **December 19, 2023**, the Government shall file a response.

SO ORDERED.

Dated: December 7, 2023
    New York, New York

ANALISA TORRES
United States District Judge