EXHIBIT 1

(not filed on ecf)