UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HO WAN KWOK,<br><br>    *Defendant.* | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF MOTION TO DISMISS THE SUPERSEDING INDICTMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant Ho Wan Kwok, through counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 12(b), for an order dismissing the superseding indictment filed in this matter.

Defendant moves upon the Declaration of Sidhardha Kamaraju, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Defendant respectfully requests oral argument on this motion.

| | |
|---|---|
| Dated: December 14, 2023<br>   New York, New York | Respectfully submitted,<br><br>*/s/ signature*<br>Sidhardha Kamaraju<br>E. Scott Schirick<br>Matthew S. Barkan<br>Daniel J. Pohlman<br>John M. Kilgard<br>Clare P. Tilton<br>PRYOR CASHMAN LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 421-4100<br>skamaraju@pryorcashman.com<br>sschirick@pryorcashman.com<br>mbarkan@pryorcashman.com<br>dpohlman@pryorcashman.com<br>jkilgard@pryorcashman.com<br>ctilton@pryorcashman.com |

2

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490

*Attorneys for Defendant Ho Wan Kwok*