| Attachment | Description of Annex | Title/Relevant Citation/Page Number |
|---|---|---|
| Attachment A | Government response to the Motion for Return of Property (7 Dec 2023) | (ECF 188) - Case 1:23-cr-00118-AT Document 188<br><br>Page 1 and Page 2 |
| Attachment B | Letter in reply to the trustee objections to the motion for the return of property – Brad Geyar. | n/a |
| Attachment C | The Debters Motion for relief from order Appointing Luc Despins. | (DOC 561 ) - Case 22-50073 (JAM) Doc 561 |
| Attachment D | Bankruptcy Trustee's lawyer (Paul Hastings letter) filed on behalf of Luc Despins on 8 Dec 2023 | (ECF 189) - Case 1:23-cr-00118-AT |
| Attachment E | Luc Despins/ Paul Hastings fees and Expenses. | Case 22-50073 Doc 2256 Pg 3 Onwards |
| Attachment E1 | Transcript (highlighted)<br>August 29, 2023 | (ECF 151-3) Case 1:23-cr-00118-AT |
| Attachment F | Governments Forfeiture Bill of Particulars | (ECF 38) - Case 1:23-cr-00118-AT Document 38 |
| Attachment G | Letter from Candeys Solicitors<br><br>December 12, 2023 | |
| Attachment G1 | Transcript<br>June 29, 2023 | Case 22-50073  Doc 1985 |
| Attachment H | Bankruptcy counsel representing Chapter 11 trustee Luc Despins | (ECF 2425) - Case 22-50073 Doc 2425 |
| Attachment I | Transcript<br>August 29, 2023 | (ECF 2174) - Case 22-50073 Doc 2174<br><br>Pages 24- 29 |
| Attachment J | Aramino Audit<br>December 20, 2021 | |
| Attachment K | Aramino Audit<br>August 10, 2022 | |