# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 20 Cr. 118-3 (AT) |
| YANPING WANG, | |
| Defendant. | |

## DECLARATION OF YANPING WANG

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.      On March 15, 2023, I was living at 188 East 64th Street, Apartment 1601.

2.      At approximately 6 am, I was asleep and heard pounding on the door and people shouting "FBI."

3.      When I opened the door, I saw multiple FBI agents who told me to come out in the hallway.

4.      When I stepped out in the hallway, I put in handcuffs immediately and told I was under arrest.

5.      Soon thereafter, while I was still handcuffed in the hallway, a female FBI agent asked me if I wanted to make a statement. I said I wanted to speak to my lawyer first.

6.      A short time later, the agents brought me back into the apartment bedroom, so I could get dressed. During this time, agents asked me multiple questions, including about the locations of, and passwords for, electronic devices, in the apartment, which I provided.

7.      Around this time, the agents again asked me whether I wanted to make a statement, and I again said I wanted to speak to a lawyer first.

Dated: December  11, 2023
Brooklyn, NY

_____
Yanping Wang

1