# Exhibit 6

| | |
|---|---|
| **From:** | Murray, Juliana (USANYS) 1 <Juliana.Murray@usdoj.gov> |
| **Sent:** | Friday, December 8, 2023 3:53 PM |
| **To:** | Quigley, Brendan; Finkel, Ryan (USANYS); Fergenson, Micah (USANYS); Horton, Justin (USANYS) |
| **Cc:** | Sebbag, Rachel |
| **Subject:** | RE: U.S. v. Wang---Follow-up |

**[EXTERNAL EMAIL]**

Brendan,

In response to your question, "[a] bill of particulars should be required only where the charges of the indictment are so general that they do not advise the defendant of the specific acts of which he is accused." *United States v. Torres*, 901 F.2d 205, 234 (2d Cir. 1990). That is not the case here. In addition to the detailed speaking indictment, the defendants have other materials to rely on, including search and seizure warrant affidavits, briefing, and discovery that has been produced in an organized fashion. Moreover, the Government is available to answer any questions you may have or to help you locate particular materials. We recognize that you are relatively new to the case and will make ourselves available to assist with reasonable requests. Please let us know if you have any questions.

Thank you,
Julie

---

**From:** Quigley, Brendan <brendan.quigley@bakerbotts.com>
**Sent:** Thursday, December 7, 2023 12:46 PM
**To:** Murray, Juliana (USANYS) 1 <JMurray1@usa.doj.gov>; Finkel, Ryan (USANYS) <RFinkel@usa.doj.gov>; Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>; Horton, Justin (USANYS) <JHorton@usa.doj.gov>
**Cc:** Sebbag, Rachel <rachel.sebbag@bakerbotts.com>
**Subject:** [EXTERNAL] U.S. v. Wang---Follow-up

All-

Hope all is well.

Could you let me know if there was ever a government response to this letter from my predecessor counsel? My understanding is there wasn't, but I wanted to confirm.

Thank you.

**Brendan F. Quigley** [bio]
*Partner*
Baker Botts L.L.P.
T +1.212.408.2520
M +1.917.885.8069

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.