# Dashboard

Hi! This is your exchange admin panel where you can view certain things like: the users on your exchange, their balances, ongoing transactions and so on. Additionally, you will be able to modify various features of your exchange from here such as the: text, coin listings, fee structure, and more.
Below is a brief explanation of what each header does:

**Users**

This will allow you to see the number of users on your exchange and their details from username, to email address to exploit attempts. User -> Balances will allow you to see what cryptocurrency each user is holding and the quantity.

**Transactions**

The transactions header enables you to see all the ingoings and outgoings of the exchange. Transactions and trades between users can be viewed here, as well as user deposits and withdrawals.

**Markets**

This section provides an overview of the trading pairs currently enabled on your exchange and the fee structure for them.

**Coins**

This allows you to see the different cryptocurrency coins available on your exchange and their status - in terms of availability for trading, deposit and withdrawal. Coins -> Deposit Addresses and Coins -> Withdrawal Addresses show you the addresses linked to each cryptocurrency and their status.

**Settings**

Settings will allow you to IP ban users, as well as certain email domain names to prevent them from registering with your exchange. Additionally, you will be able to set up email templates here, email clients and perform generic actions.

**Utilities**

Utilities -> Translation Manager will allow you to modify text on the front-end of your exchange. The "KEY" field will show you the default web content that shows without any modification. To add your own input, click "show" from the rightmost column titled "ID". From here, an HTML text editor will open up and allow you to change the text at any given time.

**Admins**

This section will allow you to manage who has access to the admin panel and at what level of privilege. All settings to do with admin panel accessibility can be modified here.

[redacted] ions ▾ Markets ▾ Coins ▾ Utilities ▾ Settings ▾ Logs ▾ Admins ▾ Himalaya Pay ▾ 12/15/2023 4:49:33 PM UTC

Home > Users

## Users

HID Username Full Name Approved Any Locked Out Any Deleted Any CheckSum Any
Lock Reason Any Deposits Any Withdrawals Any Trading Any Type Any Current Tier Any
Country Any Newsletter Any SMS Any 2FA Any Risk Rating Any
Created Date From m/d/yyyy hh:mi pm Created Date To m/d/yyyy hh:mi pm
Search

Corp. User Details
Gener. URL

Displaying 1 - 1 of 1

| | | Type | User Name/HID | Created | Full Name | Enabled | Approved | Locked | Deleted | Deposit | Trade | Withdraw | Valid | Online | Newsletter | SMS | Risk Rating | Tier | Hpay | Hpay To Hex Transfer | Hex To Hpay Transfer | Hpay Send | Hpay Scan | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▸ | Edit | Pers. | [redacted] | [redacted] | [redacted] | ✓ | ✓ | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ | ✓ | Medium | Tier 1 | ✓ | ✓ | ✓ | ✓ | ✓ | Disable Disapprove Lock Remove Deposit Off Trade Off Withdraw Off Force PChange |

Profile | Balances | Ledger | Deposits | Deposit Addresses | Withdrawals | Redemption Limits | Withdrawal Addresses | Bank Accounts | Active Orders | Completed Orders | Trades | Tiers | Mail Queue | Notifications | Activity | Error Log | Exploit Attempts | Referrals | Referral Bonuses | WhiteListed IPs | Risk Scoring | Transaction Monitoring | Security Question | Supporting Documents

User Details

| Field | Value |
|---|---|
| ID | |
| DATE CREATED | |
| DISPLAY NAME | |
| USER TYPE | |
| FIRST/MIDDLE NAME | |
| LAST NAME | |
| FULL NAME | |
| BIRTH DATE | |
| E-MAIL ADDRESS/USERNAME | |
| MOBILE PHONE | |
| ADDRESS LINE 1 | |
| ADDRESS LINE 2 | |
| RESIDENCE COUNTRY | |
| CITY | |
| STATE | |
| POST CODE | |
| CITIZENSHIP COUNTRY | |
| ID DOCUMENT NUMBER | |
| COMMENTS | |
| LAST COMMENT BY | |
| FAILED LOGIN ATTEMPTS | |

| Status | Value | Action |
|---|---|---|
| ENABLED | True | Disable |
| APPROVED | True | Disapprove |
| DELETED | False | Remove |
| LOCKED OUT | False | Lock |
| STOP DEPOSITS | False | Deposit Off |
| STOP TRADING | False | Trade Off |
| STOP WITHDRAWALS | False | Withdraw Off |
| FORCED TO CHANGE PASS | False | Force |
| 2-FACTOR AUTHENTICATION | False | |
| ONLINE | False | |
| ABLE TO ACCESS API KEYS | False | Allow |

Profile Balances Ledger **Deposits** Deposit Addresses Withdrawals Redemption Limits Withdrawal Addresses Bank Accounts Active Orders Completed Orders Trades Tiers Mail Queue Notifications Activity Error Log Exploit Attempts Referrals
Referral Bonuses WhiteListed IPs Risk Scoring Transaction Monitoring Security Question Supporting Documents

Coin Any Address Payment ID/Destination Tag/Memo
Status Any Transaction ID Deposit ID
Created Date From m/d/yyyy hh mi pm Created Date To m/d/yyyy hh mi pm
Search

Gener. URL Export

Displaying 1 - 9 of 9

| HID | Authorized By | Double checked By | Time | L2 Action Date | Coin | Amount | Fee | Depositing Details | Paym.Id/Dest. Tag/Memo | Comment | Status | CheckSum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |
| | | | | | USD | | | | | | Complete | ✓ |

Profile Balances Ledger Deposits Deposit Addresses **Withdrawals** **Redemption Limits** Withdrawal Addresses Bank Accounts Active Orders Completed Orders Trades Tiers Mail Queue Notifications Activity Error Log Exploit Attempts Referrals
Referral Bonuses WhiteListed IPs Risk Scoring Transaction Monitoring Security Question Supporting Documents

Coin Any Address Status Any
Transaction ID Withdrawal ID
Created Date From m/d/yyyy|hh:mi pm Created Date To m/d/yyyy|hh:mi pm Notified Any

Search

Gener. URL Export

Displaying 0 - 0 of 0

| Time | L2 Action Date | Coin | Amount | Fee | USD | Receiving Details | Comments | Status | CheckSum(L,W) | Notified |
|---|---|---|---|---|---|---|---|---|---|---|

Profile Balances Ledger Deposits Deposit Addresses Withdrawals Redemption Limits Withdrawal Addresses Bank Accounts Active Orders Completed Orders Trades Tiers Mail Queue Notifications Activity Error Log Exploit Attempts Referrals
Referral Bonuses WhiteListed IPs **Risk Scoring** Transaction Monitoring Security Question Supporting Documents

| | |
|---|---|
| INTERNAL ID | |
| MANUALRISKSCORE | |
| TOTAL RISK SCORE | |
| RISK LEVEL | |
| COMPLYADVANTAGE HITS | |
| COMPLYADVANTAGE LINK | |
| VERIFICATION APPLICATION STATUS | |
| CATEGORY | |
| NUMBER OF ATTEMPT TO JUMIO | |

## Risk Score Update History

| DATE & TIME | FULL NAME | ROLE | RISK SCORE | RISK LEVEL |
|---|---|---|---|---|
| | | | | |