| Client | HID | Redemption | Number of redemptions |
|---|---|---|---|
| 1 | 5S89KBQ | 71,100.00 | 2 |
| 2 | 34DUM6K | 18,788.00 | 1 |
| 3 | A4UZ1UA | 120,090.00 | 3 |
| 4 | J8AWCBB | 1,270.00 | 1 |
| 5 | C8SQ8SD | 9,527.39 | 3 |
| 6 | CNF1PAS | 29,880.00 | 2 |
| 7 | UIZ8G2I | 12,650.00 | 7 |
| 8 | KY08VGL | 11,480.00 | 2 |
| | | | 21 |

**Note**
The bank statements for clients' redemptions were provided separately. When cross checked the redemption from the bank statement, it has to exclude the fee $100 to come up with the net redemption amount.

### Client 1 - 5S89KBQ

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 40,000.00 | 100.00 | 39,900.00 | 08/01/2022 | 11/01/2022 | FV Bank | |
| 2 | 31,100.00 | 100.00 | 31,000.00 | 20/05/2022 | 20/05/2022 | FV Bank | |
| | 71,100.00 | 200.00 | 70,900.00 | | | | |

### Client 2 - 34DUM6K

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 18,788.00 | 100.00 | 18,688.00 | 20/11/2021 | 23/11/2021 | FV Bank | |
| | 18,788.00 | 100.00 | 18,688.00 | | | | |

### Client 3 - A4UZ1UA

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 99,990.00 | 100.00 | 99,890.00 | 17/11/2021 | 22/11/2021 | FV Bank | |
| 2 | 10,100.00 | 100.00 | 10,000.00 | 10/08/2022 | 11/08/2022 | Mercantile Bank | |
| 3 | 10,000.00 | 100.00 | 9,900.00 | 15/09/2022 | 16/09/2022 | Mercantile Bank | |
| | 120,090.00 | 300.00 | 119,790.00 | | | | |

### Client 4 - J8AWCBB

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 1,270.00 | 100.00 | 1,170.00 | 23/01/2022 | 24/01/2022 | FV Bank | |
| | 1,270.00 | 100.00 | 1,170.00 | | | | |

### Client 5 - C8SQ8SD

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 3,718.81 | 100.00 | 3,618.81 | 07/01/2022 | 14/01/2022 | FV Bank | |
| 2 | 2,833.58 | 100.00 | 2,733.58 | 13/01/2022 | 17/01/2022 | FV Bank | Date on bank statement is 14/01/2022 due to the weekend |
| 3 | 2,975.00 | 100.00 | 2,875.00 | 27/01/2022 | 28/01/2022 | FV Bank | |
| | 9,527.39 | 300.00 | 9,227.39 | | | | |

### Client 6 - CNF1PAS

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 17,100.00 | 100.00 | 17,000.00 | 03/02/2022 | 04/02/2022 | FV Bank | |
| 2 | 12,780.00 | 100.00 | 12,680.00 | 12/05/2022 | 13/05/2022 | FV Bank | |
| | 29,880.00 | 200.00 | 29,680.00 | | | | |

### Client 7 - UIZ8G2I

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 1,900.00 | 100.00 | 1,800.00 | 22/11/2021 | 23/11/2021 | FV Bank | |
| 2 | 2,000.00 | 100.00 | 1,900.00 | 08/03/2022 | 09/03/2022 | FV Bank | |
| 3 | 2,000.00 | 100.00 | 1,900.00 | 05/04/2022 | 06/04/2022 | FV Bank | |
| 4 | 2,000.00 | 100.00 | 1,900.00 | 14/05/2022 | 16/05/2022 | FV Bank | |
| 5 | 2,100.00 | 100.00 | 2,000.00 | 21/06/2022 | 22/06/2022 | FV Bank | |
| 6 | 1,500.00 | 100.00 | 1,400.00 | 14/07/2022 | 15/07/2022 | FV Bank | |
| 7 | 1,150.00 | 100.00 | 1,050.00 | 24/08/2022 | 25/08/2022 | FV Bank | |
| | 12,650.00 | 700.00 | 11,950.00 | | | | |

### Client 8 - KY08VGL

| Redemption | Redemption amount | Fee | Net amount | Application date | Approval date | Bank Name | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 1,500.00 | 100.00 | 1,400.00 | 14/11/2021 | 23/11/2021 | FV Bank | |
| 2 | 9,980.00 | 100.00 | 9,880.00 | 04/01/2022 | 04/01/2022 | FV Bank | |
| | 11,480.00 | 200.00 | 11,280.00 | | | | |

HID
5589KBQ

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:     **Account (USD)**
Account number:   **7801000254**
Period:           **01-01-2022 to 01-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:
Total received:

Balance at end of period:
Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| | | | $ 39,900.00 |
| 01-11-2022 | FV Bank (USD) | | |


HID
~~3 BUMBK~~
5S89KBQ

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:      **Account (USD)**
Account number:    **7801000254**
Period:            **05-01-2022 to 05-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:
Total received:

Balance at end of period:
Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| | | | $ 31,000.00 |
| 05-20-2022 | FV Bank (USD) | | |

34 DUMGK

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:       **Account (USD)**
Account number:   **7801000254**
Period:               **11-01-2021 to 11-30-2021**

## ACCOUNT SUMMARY

Balance at begin of period:
Total received:

Balance at end of period:
Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 11-23-2021 | FV Bank (USD) | | $ 18,688.00 |

A4UZ1UA

# BANK

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:      **Account (USD)**
Account number:    **7801000254**
Period:            **11-01-2021 to 11-30-2021**

## ACCOUNT SUMMARY

Balance at begin of period: ▌
Total received: ▌

Balance at end of period: ▌
Total paid: ▌

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| 11-22-2021 | FV Bank (USD) | | $ 99,890.00 |

A4UZ1UA


Mercantile Bank
International

**Bank Monthly Statement**

Mon, Sep 05. 06:05:48 EDT

August 2022

MBI10133-0000 / ACCOUNT

**Himalaya International Clearing Ltd.** / LEGAL ENTITY

Commerce House, , Road Town,
Tortola,, Tortola VG1110 Virgin Islands (British)

Monthly Statement for an account

| Account | Statement Begin Date | Statement End Date | Report Run Date |
|---|---|---|---|
| MBI10133-0000 | Aug 01, 2022 12:00:00 AM | Aug 31, 2022 11:59:59 PM | Sep 05, 2022 06:05:48 AM |

**MBI10133-0000 Balance Summary**

| Product | Beginning Balance | Deposits | Withdrawals | Allocations | Fees | Settlement | Other | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | |

**MBI10133-0000 Transactions**

| Transaction Id | Transaction Type | Counter Party | Transaction Date | Product | Amount | Balance |
|---|---|---|---|---|---|---|
| USD | | | | | | |
| | Beginning balance | | Aug 01, 2022 12:00:00 AM | USD | | |



| 43352 | Withdrawal | | Aug 11, 2022 12:06:21 PM | USD | -10,000.00 |

A4UZ1UA



Ending balance

Aug 31, 2022 11:59:59 PM   USD

Disclaimer

IMPORTANT ACCOUNT INFORMATION

Custody asset administration and settlement services are offered by the Mercantile Bank International Corporation, a Puerto Rico corporation licensed to conduct business as an international financial entity pursuant to the provisions of Puerto Rico's Act No. 273-2012 (as amended) and supervised by the Office of the Commissioner of Financial Institutions in Puerto Rico. Order routing technology licensing and services are provided by the San Juan Mercantile Exchange, a Delaware corporation under common ownership with MBI. For additional details on the services provided by these affiliated, but separate legal entities, and the fees reflected on this account statement, please consult the MBI Client Agreement and Terms of Service along with the SJMX Technology License & User Agreement and Terms of Service.

MBI IS NOT FEDERALLY INSURED. IF MBI FAILS, THE FEDERAL GOVERNMENT DOES NOT GUARANTEE THAT YOU WILL GET YOUR MONEY BACK. MBI IS ALSO NOT GUARANTEED BY ANY STATE SPONSORED INSURANCE SCHEME IN PUERTO RICO. Fiat currency held at MBI may be eligible in certain circumstances for FDIC "pass through" insurance through MBI's correspondents. Digital assets may be privately insured in amounts determined by MBI's digital assets sub-custodians and/or by MBI, in its discretion. Please refer to the relevant sections of your MBI Client Agreement and MBI Terms of Service for additional information on the eligibility of assets held by MBI for insurance.

Summaries of balances and transaction activity rendered by MBI and SJMX from time to time shall be conclusively deemed correct and final unless Client immediately gives notice of any purported error. CLIENTS ARE RESPONSIBLE FOR PROMPTLY EXAMING THESE STATEMENTS FOR POTENTIAL ERRORS AND NOTIFYING MBI/SJMX. IF A CLIENT DOES NOT NOTIFY MBI/SJMX OF THE EXISTENCE OF POTENTIAL OR PURPORTED ERRORS WITHIN TEN (10) DAYS' OF THE DATE THIS STATEMENT WAS FIRST PROVIDED TO CLIENT, THE STATEMENT SHALL BE DEEMED ACCEPTED BY CLIENT.

Please reach out to operations@mercantile-bank.com with any questions pertaining to this document.

**Mercantile Bank International**

Tue, Oct 11, 09:22:02 EDT

September 2022

# Bank Monthly Statement

**MBI10133-0000** / ACCOUNT

**Himalaya International Clearing Ltd.** / LEGAL ENTITY

Commerce House, Road Town
Tortola, Tortola VG1110 Virgin Islands (British)

Monthly Statement for an account

| Account | Statement Begin Date | Statement End Date | Report Run Date |
|---|---|---|---|
| MBI10133-0000 | Sep 01, 2022 12:00:00 AM | Sep 30, 2022 11:59:59 PM | Oct 11, 2022 09:22:02 AM |

## MBI10133-0000 Balance Summary

| Product | Beginning Balance | Deposits | Withdrawals | Allocations | Fees | Settlement | Other | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | |

## MBI10133-0000 Transactions

| Transaction Id | Transaction Type | Counter Party | Transaction Date | Product | Amount | Balance |
|---|---|---|---|---|---|---|
| USD | | | | | | |
| | Beginning balance | | Sep 01, 2022 12:00:00 AM | USD | | |

A4UZ1UA



48582  Withdrawal                                     Sep 16, 2022 10:38:47 AM  USD        -9,900.00



| | |
|---|---|
| **Ending balance** | **Sep 30, 2022 11:59:59 PM  USD** |

**Disclaimer**

IMPORTANT ACCOUNT INFORMATION

Custody asset administration and settlement services are offered by the Mercantile Bank International Corporation, a Puerto Rico corporation licensed to conduct business as an international financial entity pursuant to the provisions of Puerto Rico's Act No. 273-2012 (as amended) and supervised by the Office of the Commissioner of Financial Institutions in Puerto Rico. Order routing technology licensing and services are provided by the San Juan Mercantile Exchange, a Delaware corporation under common ownership with MBI. For additional details on the services provided by these affiliated, but separate legal entities, and the fees reflected on this account statement, please consult the MBI Client Agreement and Terms of Service along with the SJMX Technology License & User Agreement and Terms of Service.

MBI IS NOT FEDERALLY INSURED. IF MBI FAILS, THE FEDERAL GOVERNMENT DOES NOT GUARANTEE THAT YOU WILL GET YOUR MONEY BACK. MBI IS ALSO NOT GUARANTEED BY ANY STATE SPONSORED INSURANCE SCHEME IN PUERTO RICO. Fiat currency held at MBI may be eligible in certain circumstances for FDIC "pass through" insurance through MBI's correspondents. Digital assets may be privately insured in amounts determined by MBI's digital assets sub-custodians and/or by MBI, in its discretion. Please refer to the relevant sections of your MBI Client Agreement and MBI Terms of Service for additional information on the eligibility of assets held by MBI for insurance.

Summaries of balances and transaction activity rendered by MBI and SJMX from time to time shall be conclusively deemed correct and final unless Client immediately gives notice of any purported error. CLIENTS ARE RESPONSIBLE FOR PROMPTLY EXAMING THESE STATEMENTS FOR POTENTIAL ERRORS AND NOTIFYING MBI/SJMX. IF A CLIENT DOES NOT NOTIFY MBI/SJMX OF THE EXISTENCE OF POTENTIAL OR PURPORTED ERRORS WITHIN TEN (10) DAYS' OF THE DATE THIS STATEMENT WAS FIRST PROVIDED TO CLIENT, THE STATEMENT SHALL BE DEEMED ACCEPTED BY CLIENT.

Please reach out to operations@mercantile-bank.com with any questions pertaining to this document.

J8AWCBB

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:        **Account (USD)**
Account number:   **7801000254**
Period:                   **01-01-2022 to 01-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:                              Balance at end of period:
Total received:                                                  Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 01-24-2022 | FV Bank (USD) | $ 1,170.00 | |

(85085)

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:       **Account (USD)**
Account number:   **7801000254**
Period:                **01-01-2022 to 01-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period: ███████
Total received: ███████

Balance at end of period: ███████
Total paid: ███████

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| | | | |



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| 01-28-2022 | FV Bank (USD) | | $ 2,875.00 |

(85085)

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 01-14-2022 | FV Bank (USD) | | $ 2,733.58 |

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| | | | |



| 01-14-2022 | FV Bank (USD) | | $ 3,618.81 |

CNF1 PAS

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:          **Account (USD)**
Account number:    **7801000254**
Period:                      **02-01-2022 to 02-28-2022**

## ACCOUNT SUMMARY

Balance at begin of period:          Balance at end of period:
Total received:                                 Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
|      |           |         |            |



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 02-04-2022 | FV Bank (USD) | | $ 17,000.00 |

CNF1 PAS

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:        **Account (USD)**
Account number:   **7801000254**
Period:                  **05-01-2022 to 05-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:              Balance at end of period:
Total received:                                Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| | | | |
| 05-13-2022 | FV Bank (USD) | | $ 12,680.00 |



HII
UJZ8G2I

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:     **Account (USD)**
Account number:   **7801000254**
Period:           **11-01-2021 to 11-30-2021**

## ACCOUNT SUMMARY

Balance at begin of period:      Balance at end of period:
Total received:                  Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| 11-23-2021 | FV Bank (USD) | $ 1,800.00 | |

WJZ8G21

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:      **Account (USD)**
Account number:    **7801000254**
Period:            **03-01-2022 to 03-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:
Total received:

Balance at end of period:
Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
| --- | --- | --- | --- |



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 03-09-2022 | FV Bank (USD) | | $ 1,900.00 |

HID
UJZ8G21

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:        **Account (USD)**
Account number:   **7801000254**
Period:                   **04-01-2022 to 04-30-2022**

## ACCOUNT SUMMARY

Balance at begin of period:            Balance at end of period:
Total received:                                Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
|      |           |         |            |



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 04-06-2022 | FV Bank (USD) | | $ 1,900.00 |


# BANK

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

*HID*
*WJZ8G21*

Account type:          **Account (USD)**
Account number:      **7801000254**
Period:                       **05-01-2022 to 05-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:
Total received:

Balance at end of period:
Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| | | | |
| 05-16-2022 | FV Bank (USD) | | $ 1,900.00 |



 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

*HID*
*UJ28G21*

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:        **Account (USD)**
Account number:   **7801000254**
Period:                   **06-01-2022 to 06-30-2022**

## ACCOUNT SUMMARY

Balance at begin of period:                    Balance at end of period:
Total received:                                         Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|



| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 06-22-2022 | | | $ 2,000.00 |

 **BANK**

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

HID
uJZ8G21

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:      **Account (USD)**
Account number:   **7801000254**
Period:            **07-01-2022 to 07-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:   ████████   Balance at end of period:   ████████
Total received:               ████████   Total paid:                 ████████

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| 07-15-2022 | | | $ 1,400.00 |

 **BANK**

HID
UJZ8G21

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

| | |
|---|---|
| Account type: | **Account (USD)** |
| Account number: | **7801000254** |
| Period: | **08-01-2022 to 08-31-2022** |

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Balance at begin of period: | | Balance at end of period: | |
| Total received: | | Total paid: | |

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|---|---|---|---|
| | | | |

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
| --- | --- | --- | --- |
| 08-25-2022 | | | $ 1,050.00 |

 **BANK**

HID
KYO8VGL

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:     **Account (USD)**
Account number:   **7801000254**
Period:           **11-01-2021 to 11-30-2021**

## ACCOUNT SUMMARY

Balance at begin of period:  ▮▮▮▮     Balance at end of period:  ▮▮▮▮
Total received:              ▮▮▮▮     Total paid:                ▮▮▮▮

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 11-23-2021 | FV Bank (USD) | $ 1,400.00 | |

 **BANK**

_HID_
_KY08VGL_

**FV Bank International Inc.**
270 Avenida Munoz Rivera Suite 1102
San Juan, Puerto Rico, 00918
Phone +1 917- 737-0577

**Himalaya International Clearing Ltd**
**1, Commerce House, Wickhams Cay**
**Road Town, Tortola, P.O Box 3140**
**British Virgin Islands**

Account type:      **Account (USD)**
Account number:    **7801000254**
Period:            **01-01-2022 to 01-31-2022**

## ACCOUNT SUMMARY

Balance at begin of period:              Balance at end of period:
Total received:                          Total paid:

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|

| DATE | FROM / TO | DEPOSIT | WITHDRAWAL |
|------|-----------|---------|------------|
| 01-04-2022 | FV Bank (USD) | | $ 9,880.00 |