IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>        Complainant<br><br>-v-<br><br>**HO WAN KWOK,**<br>    a/k/a "Miles Guo,"<br>    a/k/a "Miles Kwok,"<br>    a/k/a "Guo Wengui,"<br>    a/k/a "Brother Seven,"<br>    a/k/a "The Principal,"<br><br>**KIN MING JE,**<br>    a/k/a "William Je," and<br><br>**YANPING WANG,**<br>    a/k/a "Yvette,"<br><br>**Defendants.,**<br><br>                **Defendant.** | Criminal No.:   23 Cr. 118 (AT)<br><br>**SUPPLEMENT TO ECF 198**<br><br>**INDEPENDENT FORENSIC CUSTOMER REVIEW WITH SUPPORTING SUBMISSIONS BY MAZARS LLP** |

Customers of the Himalaya Exchange, by and through undersigned counsel, Bradford L. Geyer, Esq., whose investments in the Exchange have been seized as actions ancillary to the core criminal prosecution in this case, hereby file this SUPPLEMENT to ECF 198 which contains an Independent Forensic Customer Review with Supporting Submissions by Mazars LLP (Mazars Report).

The Mazars report establishes that all 3,521 client accounts exist and match Himalaya Exchange records, that the associated HCN balances and HDO balances in the HEX customer database reconciled to the amounts held by my 3,521 clients, that total deposits and total redemptions balanced, and that the seized reserve funds are held in special custodian bank

1

accounts rather than in standard bank accounts (Mazars Report pages 36-37 and Exhibit 15).

## Main Filing and Supporting Documents

| | | |
|---|---|---|
| I. | Filing | Main |
| II. | Independent Audit Report | E1 |
| III. | Letter to Undersigned Counsel from Candey.Com | E2 |
| IV. | Witness Statement by Sam Harvey Claydon | E3 |
| V. | Exhibit 3.1_ Example excerpts from the HEX Customer Database | E3.1 |
| VI. | Exhibit 4.1_ Onboarding Process Document | E4.1 |
| VII. | Exhibit 6.1_ Excerpts of the "Risk Scoring" tab on the HID Database | E6.1 |
| VIII. | Exhibit 6.2_ Extract of bank statements of the Exchange | E6.2 |
| IX. | Exhibit 6.3_ Mercantile Bank Custody Agreement | E6.3 |
| X. | Exhibit 6.4_ FV Bank Custody Agreement | E6.4 |
| XI. | Exhibit 6.5_ FV Bank Business Account Application | E6.5 |
| XII. | Mazars Appendix 1.1 | A1.1 |
| XIII. | Mazars Appendix 1.2 | A1.2 |
| XIV. | Mazars Appendix 5.1a | A5.1a |
| XV. | Mazars Appendix 5.1b | A5.1b |
| XVI. | Mazars Appendix 5.2 | A5.2 |
| XVII. | Mazars Appendix 6.1 | A6.1    6 |

Dated: December 21, 2023        RESPECTFULLY SUBMITTED,

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com

(856) 607-5708

/s/ Jamie Scher
Jamie Scher
NY 2488435
Myer and Scher LLP
377B South Oyster Bay Road
Plainview, NY 118013
Jamie@myerandscher.com
(516) 713-0655

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708