

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, New York 10007

  Re: <u>*United States v. Ho Wan Kwok et al.*</u>, S1 23 Cr. 118 (AT)

Dear Judge Torres:

  The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney
           Southern District of New York

         By: /s/
           Ryan B. Finkel / Juliana N. Murray / Micah
           F. Fergenson / Justin Horton
           Assistants United States Attorneys
           (212) 637-6612 / -2314 / - 2190 / -2276

cc: Defense Counsel (by ECF)