UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff,*<br><br>    v.<br><br>HO WAN KWOK,<br><br>              *Defendant.* | **FILED PARTIALLY UNDER SEAL**<br><br>Case No. 1:23-CR-118-1 (AT)<br><br>**DECLARATION OF MATTHEW S. BARKAN ACCOMPANYING DEFENDANT'S REPLY IN FURTHER SUPPORT OF HIS MOTION TO COMPEL DISCOVERY** |

I, MATTHEW S. BARKAN, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm Pryor Cashman LLP and counsel for Defendant Ho Wan Kwok in the above-captioned matter.

2. I submit this declaration in further support of Defendant's Motion to Compel Discovery (Dkt. Nos. 170-72) and to transmit to the Court true and correct copies of the following documents.

3. A true and correct copy of a letter from the government to counsel for Mr. Kwok dated December 11, 2023 is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2024.

                                                                                 Matthew S. Barkan
                                                             *Counsel for Defendant*
                                                             *Ho Wan Kwok*