```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK, KIN MING JE, and YANPING WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant Ho Wan Kwok's renewed motion to stay the bankruptcy proceedings and motion for reconsideration of the Court's order denying his prior motion to stay the bankruptcy proceedings.  ECF No. 218.

Accordingly, by **January 19, 2024**, the Government and the bankruptcy trustee shall file their responses.  By **January 26, 2024**, Kwok shall file his reply, if any.

In addition, on January 3, 2024, the Government filed a Superseding Indictment.  *See* ECF No. 215.  By **January 12, 2024**, the parties shall inform the Court if the current briefing schedule regarding defense motions, *see* ECF No. 175, needs to be revised and, if so, propose a revised schedule.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

ANALISA TORRES
United States District Judge