UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

              Plaintiff

        v.

HO WAN KWOK, *et al*

              Defendants

-------------------------------------------------------------x

1:23-cr-00118-UA

**NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE,** that the undersigned appears for TROY LAW, PLLC,

interested party in the above-captioned case. Request is hereby made that all notices given or

required to be given in this case and all pleadings, motions, and applications served or required

to be served in this case be given to and served upon the undersigned.

      I certify that I am admitted and authorized to practice in this Court.

Dated:     January 5, 2024
              Flushing, New York

                        TROY LAW, PLLC

                     By: /s/ John Troy
                       John Troy, Esq.
                       41-25 Kissena Blvd., Suite 110
                       Flushing, NY 11355
                       Tel:  (718) 762-1324
                       Fax:  (718) 762-1342
                       johntroy@troypllc.com