UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br>v.<br><br>YANPING WANG,<br><br>                    *Defendant*. | No.: 23 Cr. 118-3 (AT) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Sarah Reeves, an associate at the law firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendant Yanping Wang and request that I be served with all future filings.

Dated:   January 8, 2024            BAKER BOTTS L.L.P.

                                By: */s/ Sarah Reeves*
                                    Sarah Reeves
                                    30 Rockefeller Plaza
                                    New York, New York 10112
                                    Tele.: (212) 408-2649
                                    Fax:   (212) 259-2449
                                    sarah.reeves@bakerbotts.com

                                *Counsel for Defendant Yanping Wang*