```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK and YANPING WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated January 12, 2024. ECF Nos. 227, 228. Accordingly:

1. Defendant Ho Wan Kwok's motion to dismiss the S1 superseding indictment, ECF No. 189, is DENIED as moot.[1] Kwok shall file his motion to dismiss the S2 superseding indictment by **February 7, 2024**. The Government's response shall be due by **February 21, 2024**, and Kwok's reply shall be due by **February 28, 2024**.

2. By **January 18, 2024**, Defendant Yanping Wang shall inform the Court whether she intends to file a new omnibus motion, or whether she intends to rest on the arguments contained in her motion dated December 15, 2023. ECF Nos. 196, 197. Should Wang intend to file a new omnibus motion, such motion shall be subject to the briefing schedule described in paragraph 1 above.

3. The parties shall file their motions *in limine* by **April 9, 2024**. Opposition papers are due by **April 16, 2024**.

4. The parties shall submit joint proposed voir dire questions, requests to charge, and verdict forms by **April 9, 2024**. For any proposed voir dire question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed voir dire questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed voir dire questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

5. The parties shall appear for a final pretrial conference on **May 14, 2024**, at **2:00 p.m.**

---

[1] As Defendant Yanping Wang joins in Kwok's motion to dismiss, *see* ECF No. 197 at 26, this portion of her pretrial motion is also DENIED as moot.

6. The trial scheduled for April 8, 2024, is ADJOURNED to **May 20, 2024**, at to **9:00 a.m.**, at which time jury selection shall begin.

In addition, time is excluded under the Speedy Trial Act until **May 20, 2024**. The ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because this will allow time for the Government to produce discovery, for Defendants to review discovery, for the parties to prepare pretrial motions, and for the parties to discuss a potential resolution of this matter.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 193 and 228.

SO ORDERED.

Dated: January 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge