USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/01/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK and YANPING WANG,

                     Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendant Yanping Wang's letter motion regarding "issues with the government's discovery," ECF No. 253, and the Government's response dated March 31, 2024, which requests that the Court order various pre-trial deadlines, ECF No. 255.

      Accordingly, by **April 4, 2024**, Defendant Wang shall file her reply, and Defendant Ho Wan Kwok shall file a response to the Government's letter.

      SO ORDERED.

Dated: April 1, 2024
       New York, New York

                                       ANALISA TORRES
                                United States District Judge