# EXHIBIT D

# DISCLAIMER

The concept for G|CLUBS and scope of benefits available to members has developed over time and may differ from promotional statements G|CLUBS or others may have made in the past before you sought to become a member. To enjoy the G|CLUBS benefits, a member must pay the initial membership fee and pay the annual fees by the anniversary of G|CLUBS' acceptance of the Member's membership. G|CLUBS does not provide lifetime membership. As a member or prospective member, you should only rely on the membership application and member benefits available to you on this website. If any promotional statement you heard differs from the member benefits available to you under the membership application provided to you, you should disregard such prior statements and rely solely on the membership application in deciding whether to become a member of G|CLUBS. The benefits and potential benefits that tiers of G|CLUBS' Membership will be entitled to obtain are solely in the written materials made available on this website and supersede any prior oral or written statements you may have heard or read.

You should not rely on any descriptions by Mr. Guo Wengui or any other person of (i) the benefits that could or would be available to G|CLUBS' members or (ii) any other aspect of the structure or terms of membership in G|CLUBS. Membership is not an investment in G|CLUBS, nor does it provide an equity or ownership interest in G|CLUBS or any other entity. G|CLUBS is not an investment club nor does it provide investment services as a membership benefit. If you are seeking to make an investment in any entity, do not send any funds to G|CLUBS as G|CLUBS only accepts payment for memberships.

The form of payment for G|CLUBS membership is established on our website. You should not follow payment instructions for a G|CLUBS membership that are different in any way from those instructions provided on our website. As disclosed on our website, G|CLUBS also currently accepts Himalaya Dollar (H Dollar) on the Himalaya Exchange as a form of payment for a G|CLUBS membership. When paying for your membership in H Dollar, you may rely on the instructions of the Himalaya Exchange to complete the payment.

Any reference to the Himalaya Exchange, H Dollar, or any other form of payment on this website, does not constitute legal advice, investment advice, financial advice, trading advice, or any other advice or recommendation about the form of payment you should use to pay G|CLUBS, and you should not treat it as such. G|CLUBS in not an investment advisor and is not recommending that any cryptocurrency should be bought, sold, or held by you. The purchase of a G|CLUBS membership does not constitute an investment in the Himalaya Exchange, H Dollar, nor any cryptocurrency. Do conduct your own due diligence and consult your financial advisor before making any investment decisions.

Any third-party advertisements and hyperlinks on this website do not constitute an endorsement, guarantee, warranty, or recommendation by G|CLUBS of any

CONTACT US

TERMS OF USE

PRIVACY POLICY

2020 G|CLUBS. - ALL RIGHTS RESERVED.

ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY.
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS.