# EXHIBIT C

| Date: | 04/04/2024 | | | | | Location: DC |
| Time: | 09:04 AM | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
### Sensitive But Unclassified

| Reg #: 49134510 | Start Date: 3/15/2024 | End Date: 4/4/2024 | | | |
|---|---|---|---|---|---|
| ☐ Money Received | ☐ Money Sent | ☑ Contact List | ☐ Addresses | ☑ Phone List | ☑ Calls |
| ☐ Email List | ☐ Messages | ☑ Visitor List | ☑ Visits | ☐ Timeline | |

**Contact List**

| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| A, Bing | Friend | ☐ | ☑ | ☑ |
| Ab, Ab | Friend | ☐ | ☑ | ☑ |
| Aop, Bing | Friend | ☐ | ☑ | ☑ |
| Bazhuayu, Zhua | Friend | ☐ | ☑ | ☑ |
| Best, S | Attorney | ☑ | ☑ | ☑ |
| Best, Stephena | Attorney | ☑ | ☑ | ☑ |
| C, C | Other Relation | ☐ | ☑ | ☑ |
| Cathy, Cathy | Friend | ☐ | ☑ | ☑ |
| D, D | Other Relation | ☐ | ☑ | ☑ |
| Dan New Lawyer, Dan | Attorney | ☐ | ☑ | ☑ |
| E, E | Other Relation | ☐ | ☑ | ☑ |
| Fafa, Fafa | Friend | ☐ | ☑ | ☑ |
| Goo, May | Children | ☑ | ☑ | ☑ |
| Guo, Wen | Other Relation | ☐ | ☑ | ☑ |
| I, Sam | Friend | ☐ | ☑ | ☑ |
| Jersey, New Jersey | Friend | ☐ | ☑ | ☑ |
| Kaili, Kaili | Friend | ☐ | ☑ | ☑ |
| Kk, Kk | Friend | ☐ | ☑ | ☑ |
| Li, Jet | Friend | ☐ | ☑ | ☑ |
| Ml, Ml | Friend | ☐ | ☑ | ☑ |
| Mn, Mn | Friend | ☐ | ☑ | ☑ |
| Mu, Lan | Friend | ☐ | ☑ | ☑ |
| New New, New New | Friend | ☐ | ☑ | ☑ |
| New Number, New Number | Other Relation | ☐ | ☑ | ☑ |
| New Umber, New Number | Friend | ☐ | ☑ | ☑ |
| Octopus, Octopus | Friend | ☐ | ☑ | ☑ |

| Date: | 04/04/2024 | | | | | Location: DC |
|---|---|---|---|---|---|---|
| Time: | 09:04 AM | | | | | |

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| On, On | Friend | ☐ | ☑ | ☑ |
| Op, Cangtian | Friend | ☐ | ☑ | ☑ |
| Op, Corn | Friend | ☐ | ☑ | ☑ |
| Op, Fayfay | Friend | ☐ | ☑ | ☑ |
| P, An | Friend | ☐ | ☑ | ☑ |
| Pallan, Pallan | Friend | ☐ | ☑ | ☑ |
| Q, May | Friend | ☐ | ☑ | ☑ |
| Qi, Si | Friend | ☐ | ☑ | ☑ |
| Qingzhi, My | Spouse | ☐ | ☑ | ☑ |
| Samu, Samu | Friend | ☐ | ☑ | ☑ |
| Shui, Ru | Friend | ☐ | ☑ | ☑ |
| Tang, Ping | Friend | ☐ | ☑ | ☑ |
| V, Vicky | Friend | ☐ | ☑ | ☑ |
| W, Gw | Spouse | ☐ | ☑ | ☑ |
| ███████████ | Friend | ☐ | ☑ | ☑ |
| Wy, Wy | Friend | ☐ | ☑ | ☑ |
| X, X | Friend | ☐ | ☑ | ☑ |
| Yao, Wen | Friend | ☐ | ☑ | ☑ |
| Yunqi, Yunqi | Friend | ☐ | ☑ | ☑ |
| Zhang, Bing | Friend | ☐ | ☑ | ☑ |
| Zhi, Qing | Spouse | ☐ | ☑ | ☑ |

**Phone List**

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 4/22/2023 5:37:15 PM | 3/13/2024 6:07:22 PM | BRO | Active | ███ | Gw | W | No |
| 4/1/2023 1:52:16 PM | 3/13/2024 2:37:23 PM | BRO | Active | ███ | Octupus | Octopus | No |
| 5/2/2023 8:07:15 AM | 3/13/2024 2:37:23 PM | BRO | Active | ███ | X | X | No |
| 3/13/2024 2:22:24 PM | 3/13/2024 2:22:24 PM | BRO | Active | ███ | Yunqi | Yunqi | No |
| 3/31/2023 8:07:15 AM | 3/13/2024 2:22:24 PM | BRO | Active | ███ | Fafa | Fafa | No |

Date: 04/04/2024
Time: 09:04 AM
Location: DC

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 3/31/2023 2:52:19 PM | 3/13/2024 2:22:24 PM | BRO | Active | | Samu | Samu | No |
| 3/13/2024 2:22:24 PM | 3/13/2024 2:22:24 PM | BRO | Active | | Kaili | Kaili | No |
| 3/13/2024 2:07:21 PM | 3/13/2024 2:07:21 PM | BRO | Active | | Pallan | Pallan | No |
| 9/14/2023 5:52:19 PM | 9/14/2023 5:52:19 PM | BRO | Active | | Dan | Dan New Lawyer | No |
| 9/14/2023 5:52:19 PM | 9/14/2023 5:52:19 PM | BRO | Active | | Dan | Dan New Lawyer | No |
| 8/29/2023 6:07:21 PM | 8/29/2023 6:07:21 PM | BRO | Active | | May | Goo | No |
| 8/9/2023 5:52:16 PM | 8/9/2023 5:52:16 PM | BRO | Active | | Mn | Mn | No |
| 5/3/2023 1:37:17 PM | 5/3/2023 1:37:17 PM | BRO | Active | | May | Q | No |
| 8/9/2023 5:52:16 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | On | On | No |
| 8/4/2023 3:22:21 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | New Number | New Umber | No |
| 8/4/2023 3:22:21 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | New Number | New Umber | No |
| 3/31/2023 8:07:15 AM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Cangtian | Op | No |
| 2/1/2024 8:52:16 AM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Vicky | V | No |
| 4/1/2023 1:52:16 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Wy | Wy | No |
| 3/31/2023 2:52:19 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Ml | Ml | No |
| 8/9/2023 6:22:17 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Mn | Mn | No |
| 3/28/2023 1:37:19 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | New Number | New Number | No |
| 8/16/2023 7:52:18 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | New New | New New | No |
| 12/10/2023 12:37:23 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Jet | Li | No |
| 8/4/2023 1:22:19 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Kk | Kk | No |
| 8/8/2023 9:07:20 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | New Jersey | Jersey | No |
| 3/31/2023 2:52:19 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Wen | Guo | No |
| 8/11/2023 12:22:22 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | E | E | No |
| 8/9/2023 5:52:16 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Cathy | Cathy | No |
| 8/11/2023 12:07:22 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Cathy | Cathy | No |
| 8/11/2023 12:22:22 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | C | C | No |

User ID:   TF57175

USAO_00297003

CONFIDENTIAL

## Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 8/21/2023 7:07:23 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | C | C | No |
| 3/31/2023 2:52:19 PM | 3/13/2024 1:52:23 PM | BRO | Inactive | | Ab | Ab | No |
| 3/20/2023 8:52:14 AM | 8/29/2023 6:07:21 PM | BRO | Inactive | | May | Goo | No |
| 8/9/2023 5:52:16 PM | 8/9/2023 6:22:17 PM | BRO | Inactive | | Mn | Mn | No |
| 6/13/2023 9:22:18 PM | 6/14/2023 6:22:25 PM | BRO | Inactive | | Qing | Zhi | No |
| 3/21/2023 7:22:14 AM | 5/21/2023 9:22:15 AM | BRO | Inactive | | Bing | Zhang | No |
| 3/16/2023 6:52:19 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | | | No |
| 3/16/2023 6:52:19 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | | | No |
| 4/1/2023 1:52:16 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | Ru | Shui | No |
| 3/21/2023 7:22:14 AM | 5/21/2023 9:22:15 AM | BRO | Inactive | | Si | Qi | No |
| 3/28/2023 1:37:19 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | An | P | No |
| 4/22/2023 8:07:18 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | S | Best | No |
| 4/22/2023 8:07:18 PM | 5/21/2023 9:22:15 AM | BRO | Inactive | | S | Best | No |

**Calls**

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4/4/2024 8:32:53 AM | BRO | Yes | 15 | | X | X | | | |
| 4/4/2024 7:03:14 AM | BRO | Yes | 15 | | Gw | W | | | |
| 4/3/2024 2:42:12 PM | BRO | Yes | 8 | | Gw | W | | | |
| 4/2/2024 1:22:26 PM | BRO | Yes | 13 | | Gw | W | | | |
| 4/2/2024 12:04:25 PM | BRO | Yes | 15 | | Gw | W | | | |
| 4/1/2024 2:29:57 PM | BRO | Yes | 15 | | Gw | W | | | |
| 3/20/2024 6:52:40 PM | BRO | Yes | 15 | | Gw | W | | | |
| 3/20/2024 5:12:44 PM | BRO | Yes | 1 | | Gw | W | | | |
| 3/20/2024 1:20:58 PM | BRO | Yes | 3 | | Gw | W | | | |
| 3/19/2024 6:48:48 PM | BRO | Yes | 4 | | Gw | W | | | |

| Date: | 04/04/2024 | | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 09:04 AM | | | | | | | | | |

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 3/19/2024 10:40:46 AM | BRO | Yes | 5 | | Gw | W | | | |
| 3/19/2024 8:05:46 AM | BRO | Yes | 1 | | Gw | W | | | |
| 3/18/2024 5:20:07 PM | BRO | Yes | 1 | | Gw | W | | | |
| 3/18/2024 3:10:44 PM | BRO | Yes | 3 | | Gw | W | | | |
| 3/18/2024 8:31:06 AM | BRO | Yes | 2 | | Gw | W | | | |
| 3/18/2024 7:26:04 AM | BRO | Yes | 1 | | Gw | W | | | |
| 3/17/2024 7:18:09 PM | BRO | Yes | 15 | | May | Q | | | |
| 3/17/2024 5:38:36 PM | BRO | Yes | 9 | | Gw | W | | | |
| 3/17/2024 8:17:36 AM | BRO | Yes | 15 | | Gw | W | | | |
| 3/16/2024 5:18:33 PM | BRO | Yes | 9 | | Gw | W | | | |
| 3/16/2024 2:24:39 PM | BRO | Yes | 3 | | May | Goo | | | |
| 3/16/2024 7:52:16 AM | BRO | Yes | 4 | | Gw | W | | | |
| 3/15/2024 7:18:33 PM | BRO | Yes | 5 | | May | Goo | | | |
| 3/15/2024 5:35:48 PM | BRO | Yes | 4 | | Gw | W | | | |
| 3/15/2024 1:18:48 PM | BRO | Yes | 3 | | Gw | W | | | |
| 3/15/2024 8:27:53 AM | BRO | Yes | 15 | | May | Goo | | | |

**Visitor List**

| Visitor Nm | Relationship | Address | City | St | Zip | Phone | Alpha Cd |
|---|---|---|---|---|---|---|---|
| CAO, DEFENG | FRIEND | | | | | | BRO |
| CHEN, MIN | FRIEND | | | | | | BRO |
| GUI, MEI | ADULT DAUGHTER | | | | | | BRO |
| HAN, CHUN GUANG | FRIEND | | | | | | BRO |
| JIAO, BINGSHANG | FRIEND | | | | | | BRO |
| JING, YUN | FRIEND | | | | | | BRO |
| NGOW, HING | WIFE | | | | | | BRO |
| TIU, JI SEN | FRIEND | | | | | | BRO |

USAO_00297005

CONFIDENTIAL

| Date: | 04/04/2024 | | | | | | | Location: DC |
| Time: | 09:04 AM | | | | | | | |

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Visitor Nm | Relationship | Address | City | St | Zip | Phone | Alpha Cd |
|---|---|---|---|---|---|---|---|
| ZHOU, YUE | FRIEND | ███████ | ███████ | ██ | ████ | ███████ | BRO |

**Visits**

| Visitor Nm | Relationship | Address | City | St | Zip | Phone | Start Date | End Date | Alpha Cd |
|---|---|---|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

USAO_00297006

CONFIDENTIAL