```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO and YVETTE WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated April 28, 2024, Defendant Yvette Wang alleges "certain issues with the [G]overnment's trial exhibit and document productions." ECF No. 309 at 1. In light of these purported issues, Wang moves for "(i) an extension of the deadline for the production of defense Rule 16 materials and trial exhibits and (ii) to preclude the [G]overnment from introducing late-produced materials into evidence at trial." *Id.* The Government responded by letter dated May 1, 2024. ECF No. 313.

Having reviewed the parties' letters, the Court holds as follows:

1. By **May 3, 2024**, the Government shall produce to Defendants an exhibit list. The Government shall indicate which exhibits it expects to introduce at trial via summary exhibit or summary expert.

2. Wang's motion to extend Defendants' deadline to produce Rule 16 discovery and trial exhibits is DENIED. In accordance with the Court's scheduling order, Defendants shall produce Rule 16 materials by **May 6, 2024**, and trial exhibits—including an exhibit list—by **May 10, 2024**. ECF No. 275 at 1.

3. Wang's motion to preclude the Government from introducing certain materials into evidence at trial is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 309.

SO ORDERED.

Dated: May 1, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge