UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YVETTE WANG,<br>    a/k/a "Yanping,"<br>    a/k/a "Y,"<br><br>                            Defendant. | **WAIVER OF INDICTMENT**<br><br>S4 23 Cr. 118 (AT) |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
YVETTE WANG
Defendant

_____
Witness

_____
Brendan Quigley, Esq.
Counsel for the Defendant

Date:  New York, New York
       May 3, 2024

Court Exhibit #1