USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

**U.S. Department**

United States
Southern Dis

The Silvio J. M
One Saint Andr
New York, New York 10007

July 22, 2024

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Wang*, S4 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to request an extension of one week to respond to the above-captioned defendant's objections to the PSR. The Government also requests a commensurate one-week extension of time for the Probation Department to file the final PSR. If approved, the Government's response to the defendant's objections would be due on July 29, 2024 and the final PSR would be filed on July 31, 2024. Sentencing in this matter is scheduled for September 10, 2024.

    The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ _____
Ryan B. Finkel
Juliana N. Murray
Micah F. Fergenson
Justin Horton
Assistant United States Attorneys
(212) 637-6612 / 2314 / 2190 / 2276

GRANTED. By **July 29, 2024**, the Government shall file its responses to Defendant's PSR objections. By **August 9, 2024**, Probation shall file the final PSR.

SO ORDERED.

Dated: July 22, 2024
      New York, New York

ANALISA TORRES
United States District Judge