# BAKER BOTTS L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

August 15, 2024

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

We represent Yanping Wang in the above-referenced matter and write to request an adjournment of Ms. Wang's sentencing from September 10th to a time convenient to the Court during the week of October 21st in order to give Ms. Wang additional time to gather relevant information for sentencing. The government consents to the requested adjournment. Ms. Wang requests to file her sentencing submission no later than October 4th, with the government's sentencing submission due October 11th.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley