**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

November 26, 2024

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

We represent Yanping Wang in the above referenced matter and write to request a brief adjournment of Ms. Wang's sentencing, currently scheduled for Monday, December 2. As the Court is aware, on the afternoon of Friday, November 22, the government filed over 400 pages of victim impact statements. We were only able to discuss the statements, including certain factual assertions made therein which do not appear in the PSR, with Ms. Wang today and require additional time to conduct further investigation of certain issues.

The government, which has asked us to note that it is sensitive to victims' rights to be heard at the sentencing proceeding, has no objection to a brief adjournment to December 11, 12, or 13, with a preference for December 13.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley