USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO and YVETTE WANG,

                Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants Miles Guo and Yvette Wang shall both be sentenced in this matter on **January 6, 2025**, at **9:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge