

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 11, 2024

**VIA ECF and Email**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Guo*, S3 23 Cr. 118 (AT)
      *United States v. Wang*, S4 23 Cr. 118 (AT)

Dear Judge Torres:

The Government has provided to the Court's chambers, under seal, an additional seven statements received from victims of the defendants' crimes. The Government has also provided the Court numerous statements from a number of individuals who claim to support the defendants.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2190 / 6612 / 2276 / 2314

CC: Defense Counsel (via ECF and Email)