

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 3, 2025

**VIA ECF and Email**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Guo*, S3 23 Cr. 118 (AT)
            *United States v. Wang*, S4 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government has provided to the Court's chambers, under seal, an additional statement received from a victim of the defendants' crimes.

    The Government is available to address any questions the Court may have.

                             Respectfully submitted,

                             DANIEL GITNER
                             Attorney for the United States, Acting under
                             Authority Conferred by 28 U.S.C. § 515

                by: /s/
                    Micah F. Fergenson
                    Ryan B. Finkel
                    Justin Horton
                    Juliana N. Murray
                    Assistant United States Attorneys
                    (212) 637-2190 / 6612 / 2276 / 2314

CC: Defense Counsel (via ECF and Email)