```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

                          Defendant.

23 Cr. 118 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

The Court will hold a conference in this matter on **March 3, 2025**, at **1:00 p.m.**

SO ORDERED.

Dated: February 26, 2025
       New York, New York

ANALISA TORRES
United States District Judge