

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 25, 2025

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY

Re:   *United States v. Miles Guo*, S3 23 Cr. 118 (AT)

Dear Judge Torres:

As mentioned in its previous filings, the Government has been contacted by many of the thousands of victims of the defendant's crimes regarding the remission process and the ongoing case. On March 24, 2025, a victim provided the Government an email regarding several Guo-related matters, a portion of which is excerpted below, which is relevant to the defendant's pending motion for substitute counsel and the Government's request to promptly proceed to sentencing:

> This is an unprecedented case involving two distinct groups of individuals who lost money due to the fraudulent schemes of Miles Kwok, William Je, and Yanping Wang.
>
> - **One group recognizes the fraud for what it is and believes the defendants deliberately deceived them.**
>
> - **The other group does not believe they were defrauded (either because they are complicit in the conspiracy, or they have been misled by it). Many now believe the government wrongfully seized their money.**
>
> In this unique situation, those who recognize the fraud and have bravely spoken out are now being attacked, either deliberately or as a result of widespread misinformation. This has caused the first group to suffer double harm: 1) at the hands of the defendants and their racketeering enterprise, and 2) from those who continue to defend the perpetrators.
>
> The first group has not only fallen prey to the fraud committed by Kwok, Je, and Wang, but has also become victims of ongoing

racketeering activities in which members of the second group are now heavily involved. This group includes both conspirators deliberately manipulating information, and individuals misled by disinformation. Together, they continue to harass, endanger, and inflict emotional distress on those who are simply seeking their rights and pursuing justice, especially those whose names and personally identifiable information have been exposed to the racketeering network.

. . .

The sentencing of Miles Guo was initially scheduled for four months after the verdict. It has now been eight months, and sentencing still has not occurred. This prolonged delay sends a misleading signal to the second group, allowing them to remain under the influence of racketeering conspirators and to believe the false narratives being promoted: such as claims of meetings with Kwok and Kwok's messages or assurances that the case will be dismissed and he will soon return to lead them. The absence of timely justice fuels further misinformation and deepens the suffering of those who have already endured so much.

This harm goes far beyond financial loss: it includes lost time, emotional and mental distress, and serious impacts on personal well-being. None of these damages will be addressed through the remission process. For me personally, as someone in the first group, the emotional harm and psychological distress I've endured are, if not greater than the financial loss, at least equal in weight. I desperately need the closure, and that closure cannot come until the funds that are rightfully mine are returned, and until Kwok is sentenced.

Therefore, I respectfully and urgently call for justice to be served, swiftly and decisively, so that the truth can be upheld, and those who have courageously spoken out may finally receive the justice, protection, and relief they so rightfully deserve.

(Email from a victim to Government counsel, dated March 24, 2025 (emphasis in original).)

\* \* \*

The Government is available to address any questions the Court may have.

                Respectfully submitted,

                MATTHEW PODOLSKY
                Acting United States Attorney

by:   /s/
                Micah F. Fergenson
                Ryan B. Finkel
                Justin Horton
                Juliana N. Murray
                Assistant United States Attorneys
                (212) 637-2190 / 6612 / 2276 / 2314

cc:     Counsel of Record (by ECF)