UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>        v.<br><br>HO WAN KWOK,<br>a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal,"<br><br>KIN MING JE, a/k/a "William Je," and<br><br>YANPING WANG, a/k/a "Yvette."<br><br>        *Defendants*. | Case No. 23 Cr. 118 (AT)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Louis A. Pellegrino III of the law firm Dentons US LLP hereby enters his appearance as counsel for third party petitioner ARCHIWOODS CAPITAL PTY LTD in the above referenced action, and to add the undersigned as an attorney to whom Notices of Electronic Filing will be transmitted in this case. I am admitted to practice in this Court.

Date:   April 4, 2025

                                                                     Respectfully submitted,

                                                                     DENTONS US LLP

                                                                     s/*Louis A. Pelle*grino III
                                                                     1221 Avenue of the Americas
                                                                     New York, New York 10020-1089
                                                                     Email: louis.pellegrino@dentons.com
                                                                     Phone:  (212) 768-6700
                                                                     Fax:     (212) 768-6800

129879993