UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

# Motion to intervene as a defendant

Honorable Judge Torres, I, Chunk Chyi, just received the court order for file 528. Before I saw this court order, I had sent several motions and letters to the court Pro Se. I know that those motions and letters are suspected of violating court regulations and will not be uploaded into the court file. I hereby make a formal apology to the court and the judge. I have not received higher education, did not finish high school, and do not know a few words of English. For my previous mistakes, I ask the court and the judge to forgive me. I respect the judge's order and will no longer harass the court and other stakeholders as a stakeholder. I apologize again for my mistakes!

I once again apply for the court's special permission to allow me to express my demands in the most common language, and not to reject my demands because of my English grammar or lack of legal professional knowledge. Since I currently live in China, first of all, this case involves the Chinese Communist Party, and it is impossible for me to consult a lawyer in China. Secondly, I am at the bottom of Chinese society and have no money to consult a lawyer. I can only express my demands by representing myself Pro Se.

In document 511, the prosecutor said,

This is an unprecedented case involving two distinct groups of individuals who lost money due to the fraudulent schemes of Miles Kwok, William Je, and Yanping Wang.
• One group recognizes the fraud for what it is and believes the defendants deliberately deceived them.
• The other group does not believe they were defrauded (either because they are complicit in the conspiracy, or they have been misled by it). Many now believe the government wrongfully seized their money.

In court, I openly admit that I belong to the second group mentioned by the prosecutor, and I belong to what the prosecutor calls " because they are complicit in the conspiracy". I admit that I am a conspirator. So, I put forward my request to the court.

1. Request the prosecutor (or the judge? I don't know how to express it, but the court must know what I want to say) to include me in the list of defendants, and I want to appear in court as a defendant.

2. If the prosecutor or judge believes that my name is not a real Chinese name, or that my name is a fake name, the prosecutor or judge can ask me to provide my real Chinese identity information, and I will provide it truthfully. My HID: AV84EIY is also a legal identity information, but it has been encrypted. If the prosecutor or judge needs my real Chinese name and other information, please reply to me and I will provide it immediately.

I will attach my original Chinese content in the motion in the next page.

Sincerely

Chunk Chyi

*[signature]*

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666
April 04,2025

Torres,   Chunk Chyi            528
              Pro Se




                                              Pro Se


        511

This is an unprecedented case involving two distinct groups of
individuals who lost money due to the fraudulent schemes of Miles
Kwok, William Je, and Yanping Wang.
    One group recognizes the fraud for what it is and believes
the defendants deliberately deceived them.
    The other group does not believe they were defrauded
(either because they are complicit in the conspiracy, or they
have been misled by it). Many now believe the government
wrongfully seized their money.

                                                                    "
because they are complicit in the conspiracy"


1.

2.

         HID: AV84EIY,