**Urgent Confirmation of Legal Representation and Asset Eligibility**

From: lo ███████@gmail.com
Mon, 31 Mar 2025 3:07:26 AM -0400
To: "brad" ███████████████████████

Dear Mr Geyer,

I am a user of HEX with the HID **Z██████ M**. Due to my trust in and support for the Whistleblower Movement, I transferred approximately **USD 1.3 million** to HEX over time. These funds represent the lifetime savings of my entire family, and I am writing with deep concern about my ability to recover them through the ongoing forfeiture process.

I urgently seek your assistance in confirming the following:

1. **Legal Representation:**
   As the Himalaya Restoration process took place some time ago, I no longer clearly recall whether I submitted my HID through the platform and completed the authorization for you to act as my legal representative. Could you please verify whether I am currently included under your representation in this case?

2. **Account Suspension & Its Impact:**
   In **July 2024**, I received a notice from HEX stating that my account had been suspended. I am deeply worried that this may negatively affect my eligibility to claim my assets in the forfeiture proceedings. Could you please clarify whether this account status has any impact on my rights or your ability to represent me?

Given the upcoming **ancillary petition** deadline and the significance of these funds to my family, I respectfully ask for your prompt verification of my representation status and the asset details associated with my HID. If there are any issues or additional steps I need to take to ensure full participation in the claims process, please let me know as soon as possible.

If you require any further information or documentation from my side, I will be more than willing to provide it.

Sincerey,

████████

████████████

**Could you please help me mail the petition letter to the Ministry of Justice on April 7?**

fa ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Thu, 03 Apr 2025 6:50:00 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

Hello, respected lawyer!

I'm bothering you today in my busy schedule because I've run into a very difficult situation! My assets are on the list of assets frozen by the government this time (23-FBI-000051). Today is only two or three days away from the time to submit the materials online and mail them. Starting from April 1st, I have been trying my best to find ways to submit the petition materials as early as possible on my mobile phone. I thought it would be simple and easy, but I didn't expect that after operating it on my mobile phone for a few days, I was either stuck when filling in the name (it didn't fit the format after several hours), or I couldn't get through even though the tracking code was correct when entering the website. Now I'm on the 5th page of sending the fund materials. I uploaded a picture and sent it successfully, but I couldn't send other pictures when I wanted to send them. And it took me 4 or 5 hours. I thought I might as well go to the next page to fill in the following information (check that the long box next to the sending materials is not filled in, and the others are filled in), but I can't go to page 6. Oh, it really makes me anxious. It's too difficult. I'm 59 years old and have invested more than 40,000 US dollars, which is a little savings that I have accumulated over many years. In mainland China, sending a letter to Xiliansuo is believed to be relatively risky (passing customs inspection). The deadline is only two or three days away. I am really worried that my savings over the years will be confiscated. After all, this is decades of accumulation. What if I lose my future? I am scared just thinking about it! Although we have never met. But I heard that our comrades wrote to you and received your reply, so I want to write you a letter for help to see if you can help me send the petition materials to the US Department of Justice or submit it online? Because I am worried that if I cannot complete the online petition submission on time, the consequences will be disastrous! Here I would like to mention that I am willing to bear all the expenses you need to help me, and I also look forward to your great help. I believe that with your help, things will become simple and smooth! Thank you! I hope to get your reply soon. May God bless and protect you with peace, health and joy! Good work and happiness for your family!
3/4/2025。                              ▇▇▇▇▇▇▇▇

Print

Cancel

**Fwd: General Investor Status Update |**

yo

Mon, 31 Mar 2025 2:20:19 AM -0400

To

"Brad"

Dear  Bradford L. Geyer Lawyer,

Hello:
I have signed the affidavit regarding the petition for the Himalaya Exchange. Thank you very much for the help you have provided; it is extremely important to us!
I would like to inform you and your law firm about some special circumstances regarding my situation, so you are aware! I made two transfers to the Himalaya Exchange(27500 $ +3805 $ ), but these funds do not appear in the government's forfeiture list, nor are they reflected in my Himalaya Exchange balance! I hope you can assist in recovering these two transfers to prevent them from being seized by the U.S. government. The remittance documents are attached!
Additionally, due to the passage of time, I have made multiple deposits to the Himalaya Exchange for which I can no longer locate the remittance documents. Please be aware of this!
At the same time, since we are in mainland China, we face the constant risk of arrest by the Communist government. Because I provided my real name during the information update, I kindly ask you and your team to take extra care to protect our personal privacy! Thank you.

I am very sorry that I mistakenly sent my email to your law firm's general email address. Please protect my personal information. Thank you!


---------- Forwarded message ---------
发件人：
Date: 2025年3月23日周日 10:22
Subject: Fwd: General Investor Status Update | 投资者状态更新
To:


Dear  Bradford L. Geyer Lawyer,

Hello:
I have signed the affidavit regarding the petition for the Himalaya Exchange. Thank you very much for the help you have provided; it is extremely important to us!
I would like to inform you and your law firm about some special circumstances regarding my situation, so you are aware! I made two transfers to the Himalaya

## A Himalaya Exchange Client Requesting Her Lost HID#



Mon, 24

Dear Mr. Geyer,

I am a Himalaya Exchange client who signed up for the return of funds lawsuit against the DOJ through your website https://himalayarestoration.com/ in December 2023, and I got my HID# in the process. Now, I want to participate in the forfeiture stage & claim filing process. But I can't, because I have lost my HID#. I wish you could help find my HID#.

Here's the reason why I've lost it.

The email I used to sign up for the return of HEX funds is the email I'm using to send you this message, which is 6042020@protonmail.com Although I had used this email service for three years prior to that, I knew little about Proton Mail's rather complicated safety features. I just knew that it used strong encryption methods, and I felt safer using it than other well-known service providers, like Gmail.

Well, unbeknownst to me, it's their strong safety features that would get me in trouble one day, as password reset could make my old data unseeable and unreadable. Proton Mail is protected by multiple layers of security when it comes to password resetting, which I find to be a form of over-protection.

Normally, with other email services, you can just reset your password with a recovery email address or a phone number, and you are all set, gaining back full access to all your emails in the account. But, that's not the case with Proton Mail.

When you reset your password with a recovery email address or a phone number, it will make all your previous messages unseeable and unreadable as they will remain encrypted with a disabled key. Apparently, they provide you four different methods to recover your data:

1. Recovering your data if you remember your password
2. Recovering your data using your recovery phrase
3. Recovering your data using your recovery file or backup encryption key
4. Device data recovery

About a year ago, a seemingly hacking incident prompted me to change my password, and as a result, all my old data disappeared. I was pretty worried at the time, but I didn't seek help from Proton Mail's Support until recently. Since the hacking incident, I have reset my password several times.

A few days ago, when I found out I need the HID# to participate in the forfeiture stage & claim filing process, I went over Proton Mail's data recovery methods, and none of them worked. All my old messages in the Inbox still remain invisible.

I contacted their support team. We've had emails back and forth, but the issue is still unresolved. I have no other ways to retrieve my HID#, but to seek help from you. May I ask you to help find it please?

Thank you very much.

Sincerely,