IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Complainant<br><br>-v-<br><br>**HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"**<br><br>and<br><br>**KIN MING JE, a/k/a "William Je,"**<br><br>and<br><br>**YANPING WANG, a/k/a "Yvette,"**<br><br>　　　　Defendants. | Criminal No.:   23-cr-118 (AT)<br><br>**PROPOSED ORDER ON MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT**<br><br>Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

### NOTICE OF FILING

**PROPOSED ORDER ON MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT**

　　INVESTORS IN THE HIMALAYA EXCHANGE as represented by Counsel Bradford L. Geyer file this Proposed Order in support of their Motion at ECF Dkt #612 filed on April 4, 2025.  Their filing of their **MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT** included a line for a Proposed Order, but the filing did not include the Proposed Order.

1

Therefore, Counsel hereby files for the Court's assistance the Order Proposed by Counsel and his clients.

Dated:  April 7, 2025          RESPECTFULLY SUBMITTED

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the Southern District of New York.

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708