# EXHIBIT A

# OFFERING MEMORANDUM

# REDACTED PER COURT'S INSTRUCTION