# EXHIBIT B
# SUBSCRIPTION AGREEMENT

# REDACTED PER COURT'S INSTRUCTION