# EXHIBIT C
# WIRE TRANSFER

# REDACTED PER COURT'S INSTRUCTION