# Exhibit A

Information Option Memorandum