# Exhibit B

# Offering Memorandum