# Exhibit C

# Investment Details