Case 1:23-cr-00118-AT    Document 647-4    Filed 04/07/25    Page 1 of 1

# Exhibit D

# Wire Information