# **EXHIBIT D**

| | |
|---|---|
| **From:** | doi@sonaradvisers.com |
| **Sent:** | Monday, July 19, 2021 8:05 PM |
| **To:** | 'David Fallon' |
| **Cc:** | 'William Je'; yiming.yao2014@gmail.com; '東賢太郎' |
| **Subject:** | RE: Himalaya Digital Assets Fund SP/ Remittance |

Hi Fallon-san

Thank you very much for your support.

We transferred the money to Medici, following the below instruction.

I will send you the copy of wire record of Mizuho Bank when I get the record.

> **Bank Name:** The Reserve Trust Company
>
> **Bank Address:** 5600 S. Quebec St. Suite 205D Greenwood Village, CO 80111
>
> **Bank ABA/Routing:** ▇▇▇▇▇▇
>
> **Recipient Name:** Medici Bank International
>
> **Recipient Address:** 1250 Ponce de Leon AVE. Suite 301 San Juan, PR 00907
>
> **Recipient Number:** ▇▇▇▇▇▇
>
> **Reference/Memo (required):** FFC MBI ▇▇▇▇▇▇ Hamilton Opportunity Fund SPC

Best Regards,

Yasuhito Doi

---

**From:** David Fallon <David.Fallon@Hamilton-IM.com>
**Sent:** Monday, July 19, 2021 8:34 PM
**To:** doi@sonaradvisers.com
**Cc:** William Je <William.Je@Hamilton-IM.com>; yiming.yao2014@gmail.com; '東賢太郎' <azuma@sonaradvisers.com>
**Subject:** RE: Himalaya Digital Assets Fund SP/ Remittance

Hi Mr Yasuhito Doi,

Thank you for your subscription. Can I ask which bank account did you transfer the money too ? Medici or Deltec ?

I will keep an eye out and let you know as soon as the money credits.

1