S4 23 CR 118 (AT)



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name**: (Last, First)<br>To, Wing ||
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code)<br>Duplex 3D, The Visionary, 1 Ying Tung Road, Tung Chung, N.T., Hong Kong ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br>N/A ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A**:<br>I'm not US citizen or permanent resident ||
| **Phone**: (optional) | **Email**: (optional)<br>tina_to126@hotmail.com |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name**: (Last, First) ||
| **Attorney Title**: ||
| **Firm Name**: (if applicable) ||
| **Attorney Address**: (Include Street, City, State, and Zip Code) ||
| **Are you an attorney filing this claim on behalf of your client?**  ☐ YES  ☐ NO ||
| **Attorney Phone**: (optional) | **Attorney Email**: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 23-FBI-000074 | Invested US$200,000 with Hamilton Opportunity Fund SPC via bank transaction Ref ID 689346964629376. Funds transferred to a/c # 5090042770 at Silvergate Bank on Jan 27, 2022. held in the name of "Hamilton Opportunity Fund SPC" and seized by the Government on or about September 18, 2022 |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| 23-FBI-000074 | Invested US$200,000 with Hamilton Opportunity Fund SPC via bank transaction Ref ID 689346964629376. Funds transferred to a/c # 5090042770 at Silvergate Bank on Jan 27, 2022. held in the name of "Hamilton Opportunity Fund SPC" and seized by the Government on or about September 18, 2022 |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

I am the rightful owner of this asset. This asset represents my investment funds.

I was not consulted prior to the entry of the Forfeiture Order. Petitioner had no knowledge that Defendant Wang consented to forfeit the Property. I invested in Hamilton Opportunity Fund to support the Whistle blower Movement which is led by Miles Guo. I believe that Mr. Guo simply doing the right thing to take down the CCP.

As an owner of the above listed asset, I have an interest in the Property which Defendant Wang had no authority to agree to forfeit. Rather, Petitioner has a superior interest in the Property which cannot be the subject of the Forfeiture Order relating to Defendant Wang.

I was not involved in, nor did I have any knowledge of the Defendants'activities. Accordingly, I am also an innocent third party pursuant to 21 U.S.C. §853{n). Any third party asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may petition the court for a hearing to adjudicate the validity of his alleged interest in the property." 21 U.S.C. §853{n){2). The petition, which is sworn and signed by me, shall set forth the nature and extent of the petitioner s right, title, or interest in the property, the time and circumstances of the petitioner s acquisition of the right, title, or interest in the property, and additional facts supporting the petitioner s claim, and the relief sought." Id.§853(n)(3).

Petitioner was made aware of the Order of Forfeiture by viewing it at www.forfeiture.gov (which was published from February 6, 2025 through March 7, 2025) noting that: pursuant to Title 21, United States Code, Section 835(n), persons other than the defendant who wish to assert a legal interest in property that has been ordered forfeited to the United States must file a petition for a hearing to adjudicate the validity of their alleged interest in the property with the Court within thirty (30) days of the final publication of notice, or receipt of actual notice, whichever is earlier."

Petitioner has filed this petition within 60 days of the initial publication of notice.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

**Attached the copy of the wire transfer receipt, signed copy of Offering Memorandum.**

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**  ☐ YES  ☐ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____To, Wing_____
**Printed Name**

_____Apr 2, 2025_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

\*\*\*Please keep my personal information redated from the public\*\*\*

# Confirmation of Transfer Request to Hamilton Opportunity Fund S

**Reference Number:**
**689346964629376**

## Transfer Details

| | |
|---|---|
| Transfer Amount | $200,000.00 |
| Wire Transfer Fee | $0.00 |
| **Your Total Amount** | **$200,000.00** |

## Your Information

| | |
|---|---|
| Transfer Request Date | January 27, 2022 |
| Pay from | Citi® Accelerate Savings-3674 |

## Payee Information

| | |
|---|---|
| Send to | Hamilton Opportunity Fund SPC |
| Payee's Account | 5090042770 |
| Payee's Routing Number | 322286803 |
| Payee's Bank | **SILVERGATE BANK** |
| Special Instructions (Optional) | **on behalf of Hamilton M and A Fund SP Wing To, subscription of shares** |

These are the transaction details that will apply to your transfer once it's reviewed and processed. Domestic wire transfers are generally sent (and funds made available to the payee) the same business day when submitted before the daily cut-off.