UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO, KIN MING JE, and YVETTE WANG,

Defendants.

23 Cr. 118 (AT)

**PETITION PURSUANT TO 21 U.S.C. § 853(n) TO ASSERT THIRD-PARTY INTEREST IN FORFEITED PROPERTY AND REQUEST INVESTIGATION**

I, Yu Hu, residing in Auckland, New Zealand, submit this petition under penalty of perjury pursuant to 21 U.S.C. § 853(n) to assert my potential legal interest in property subject to forfeiture in the above-captioned case and to request judicial or governmental investigation to determine the extent of my interest.

**1. Description of Property**

The property at issue may include approximately US$155, 036 in funds held in one or more bank accounts identified in the Notice of Forfeiture dated February 6, 2025. Due to the complexity of the underlying financial transactions, I cannot confirm the exact location or status of my investments.

**2. Nature and Extent of Interest**

As a bona fide investor, I transferred the following funds in good faith:

- The following three transactions to BANK OF AMERICA, N.A. account 229045308137, account name "Xiaoqiong Jia," managed by Himalaya Washington DC Farm (USA), for the Himalaya Exchange HID OAPLWRE HDO top-ups:
  - US$50,001 on April 3, 2023
  - US$50,002 on April 4, 2023
  - US$50,018 on April 12, 2023
- US$5,015 on June 29, 2023 to TD Bank National Association, account 4385405571, account name "Himalaya New World Inc.", managed by Himalaya Washington DC Farm (USA), for the Himalaya Exchange HID OAPLWRE HDO top-ups;
- 120,000 HDO on June 29, 2023, to A10 Project, managed by Himalaya Washington DC Farm (USA);
- 5,015 HDO on June 19, 2023, to another Himaya Exchange account managed by myself.

Due to third-party management of these investments, I lack specific knowledge of whether these funds are held in the accounts subject to forfeiture.

**3. Basis for Request**

I transferred the aforementioned funds in good faith as an investor or buyer, not as a victim of the defendants, and without knowledge of any criminal activity. I never requested a refund or withdrew my investment. This is supported by wire transfer records and investment agreements, which I can provide upon request.

The intricate nature of the financial transactions precludes me from determining whether my investments are part of the forfeited property without further investigation by the Court or the Government.

**4. Request for Relief**

I respectfully request:

- A hearing pursuant to 21 U.S.C. § 853(n)(4) to adjudicate my potential interest in the forfeited property.
- An investigation by the Court or the United States Attorney's Office to trace my investments and determine if they are part of the forfeited assets. If so, I request amendment of the Notice of Forfeiture to exclude my interest.
- For privacy and security reasons, redaction of my personal information—including my full address, email, and signature—from any publicly available version of this petition uploaded by the Court.

**Supporting Evidence**

Upon request, I will provide wire transfer receipts, investment agreements, and correspondence with the relevant entities to substantiate my good-faith investments.

**Declaration**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 7, 2025 (NZ Time), at Auckland, New Zealand.

[redacted]

Yu Hu

[redacted]

**Filing and Service**

This ancillary petition is filed with the Clerk of the Court, United States District Court, Southern District of New York, 500 Pearl Street, Room 120, New York, NY 10007, on April 6, 2025 (US East Time), via NZ Post. A copy has been served on Assistant United States Attorney Ryan Finkel, Jacob K. Javits Federal Building, 26 Federal Plaza, New York, NY 10278, on April 6, 2025 (US East Time), via NZ Post.