UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

YVETTE WANG
a/k/a "Yanping,"
a/k/a "Y,"

Defendant.

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY PETITION TO ADJUDICATE PETITIONER'S INTEREST IN FORFEITED PROPERTY AND TO AMEND THE PRELIMINARY ORDER OF FORFEITURE
- VERIFIED CLAIM OF ▓▓▓▓▓▓▓▓▓▓**

S4 23 Cr. 118 (AT)

---

Petitioner ▓▓▓▓▓▓▓ (the "Petitioner") hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)[1], of the voluntary dismissal of Petitioner's ancillary petition (the "Petition") filed on April 3, 2025 (ECF No. 536). Because the United States has not served an answer nor filed a dispositive motion with respect to the Petition, dismissal by notice is proper and does not require a court order.

[SIGNATURE PAGE TO FOLLOW]

---

[1] At least one Federal Circuit Court of Appeals has held that ancillary petitions relating to forfeiture proceedings are civil actions, and therefore proceed subject to the Federal Rules of Civil Procedure. *See United States v. Peck*, 139 F.4th 1158, 1166 (10th Cir. 2025) ("But ancillary proceedings are not treated like criminal cases. The Federal Rules of Criminal Procedure treat ancillary proceedings according to the rules applicable in civil cases."). As such, Petitioner fashions this notice of dismissal pursuant to Fed. R. Civ. P. 41.

1

Dated: August 14, 2025            Respectfully submitted,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman, Esq.
Jeremy W. Schulman, Esq.
SCHULMAN BHATTACHARYA, LLC
6116 Executive Boulevard, Suite 425
North Bethesda, MD 20852
(240) 356-8550
jgavenman@schulmanbh.com
jschulman@schulmanbh.com

*Counsel for Petitioner*

2