UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MILES GUO, KIN MING JE,
and YVETTE WANG,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/15/2025
```

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to add Post Oak Motors, LLC, to the docket as an interested party in this case.

    SO ORDERED.

Dated: September 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge