UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MILES GUO, et al.

Defendants.

Case No. 23 Cr. 118 (AT)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jeffrey S. Gavenman of Schulman Bhattacharya, LLC, an attorney admitted to practice in this Court, hereby enters his appearance as counsel for William Je.

December 11, 2025

Respectfully submitted,

/s/ Jeffrey S. Gavenman

Jeffrey S. Gavenman, Esq. (JG-3738)
SCHULMAN BHATTACHARYA, LLC
6116 Executive Boulevard, Suite 425
North Bethesda, MD 20852
Tel: (240) 356-8553
Fax: (240) 356-8558
Email: jgavenman@schulmanbh.com

*Counsel for William Je*