

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2025

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY

    Re:    *United States v. Miles Guo*, S3 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to correct the record as the defendant continues to seek additional delays in facing sentencing. Dkt. 780.

    Contrary to the defendant's assertions, the Government started forfeiture proceedings. Dkt. 716 (July 28, 2025 motion for preliminary order of forfeiture); Dkt. 719 (granting motion). But forfeiture cannot be completed until the defendant is sentenced and his forfeiture issues are resolved. *See* Dkt. 768, at 2 (defendant claiming that "the imposition of any forfeiture money judgment against Mr. Guo is subject to challenge"); *see also* Dkt. 767 (Second Circuit noting need to "expeditiously" address "the large number of submissions" in this case). The defendant continues to impede that process, which is causing continuing harm to his victims.

    The complexity of this case cannot be a never-ending reason for interminable delay, nor is the defendant's strategic choice to change counsel, and deploy his court appointed counsel to issues collateral to sentencing. The defendant was convicted at trial nearly a year and a half ago. His presentence report was completed over a year ago. There is no new issue that justifies this degree of delay—particularly given the ongoing harm to victims that the delay has caused. For those

reasons, and the others stated in its prior letters, the Government respectfully requests that the Court proceed with a firm sentencing date, and do so expeditiously.

        Respectfully submitted,

        SEAN S. BUCKLEY
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515.

by:  /s/
        Micah F. Fergenson
        Ryan B. Finkel
        Justin Horton
        Juliana N. Murray
        Assistant United States Attorneys
        (212) 637-2190 / 6612 / 2276 / 2314

cc:    Counsel of Record (by ECF)