```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO, a/k/a "Ho Wan Kwok," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal," a/k/a "Boss,"

Defendants.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant Miles Guo's request for an adjournment of sentencing, ECF No. 768, the Government's response, ECF No. 772, Defendant's reply, ECF No. 776.

### 1. Petitions for Remission and Petitions for Forfeiture under 21 U.S.C. § 853(n)

The Court has received numerous filings from third parties involving petitions for remission and petitions asserting claims under 21 U.S.C. § 853(n). To ensure the Court can timely process and resolve all claims, the Court may seek to appoint a special master to conduct ancillary proceedings. *See* Fed. R. Civ. P. 53(a)(1)(C).

Accordingly, the Court orders that:

- By **January 9, 2026**, the Government shall provide a written submission to the Court, addressing: (1) the differences between petitions for remission of forfeited assets and claims submitted under § 853(n), and whether the Government proposes any method for resolving the various claims, *see* Apr. 8, 2025, Tr. at 7:19–8:5, 14:22–16:10, ECF No. 684; and (2) its position on the Court's appointment of a special master to make recommendations related to third-party claims in this case under Federal Rule of Civil Procedure 53.

- By **January 16, 2026**, the Defendant shall file his response, if any.

### 2. Sentencing Adjournment

The sentencing currently scheduled for January 20, 2026 at 10:00 a.m. is ADJOURNED to **April 13, 2026**, at **10:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. No further adjournments of sentencing shall be ordered absent exceptionally good cause shown.

On **January 20, 2026**, at **10:00 a.m.**, the Court shall hold a status conference regarding the contents of the parties' written submissions in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

      Defendant shall file his sentencing submission by **March 9, 2026**. The Government shall file its submission by **March 23, 2026**. No extensions of these submissions deadlines will be granted absent exceptionally good cause shown.

      SO ORDERED.

Dated: December 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge