USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MILES GUO, a/k/a "Ho Wan Kwok,"

           Defendant.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference in this matter, set for January 20, 2026, at 10:00 a.m., will not have a public access dial-in line.  *See* Fed. R. Crim. P. 53.  The order previously filed at ECF No. 791 is VACATED.

    SO ORDERED.

Dated: January 20, 2026
       New York, New York

ANALISA TORRES
United States District Judge