UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>        v.<br><br>HO WAN KWOK,<br>a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal,"<br><br>KIN MING JE, a/k/a "William Je," and<br><br>YANPING WANG, a/k/a "Yvette,".<br><br>        *Defendants*. | Case No. 1:23-cr-00118-AT<br><br>**NOTICE OF WITHDRAWAL AND WITHDRAWAL OF VERIFIED PETITION OF ZENG WEICHENG FOR A HEARING TO ADJUDICATE THE VALIDITY OF PETITIONER'S INTEREST IN CERTAIN PROPERTY LISTED IN PRELIMINARY ORDER OF FORFEITURE**<br><br>**[FED. R. CRIM. P. 32.2; 21 U.S.C. § 853(n)]** |

Non-defendant Petitioner ZENG WEI CHENG ("Petitioner"), by and through his undersigned counsel, Louis A. Pellegrino, hereby provides notice of the withdrawal of his petition submitted to this Court pursuant to Federal Rule of Criminal Procedure 32.2 ("Rule

/ / /

/ / /

/ / /

32.2") and Title 21, United States Code, Section 853(n), for a hearing to adjudicate the validity

of Petitioner's interest in certain property and an Order amending this Court's Preliminary Order

of Forfeiture entered August 11, 2025, against defendant Ho Wan Kwok, aka Miles Guo

("Guo").

Date:   April 6, 2026

Respectfully submitted,

DENTONS US LLP

*s/Louis A. Pellegrino*
1221 Avenue of the Americas
New York, New York 10020-1089
Email: louis.pellegrino@dentons.com
Phone:  (212) 768-6700
Fax:    (212) 768-6800