# SARAFA ZELLAN

43 West 43rd Street, Suite 370 | New York, NY 10036
212.785.7577 | 646.868.8266 (fax)
www.sarafazellan.com

April 17, 2026

**By ECF Filing and Email**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:  ***United States v. Ho Wan Kwok, et al.***
> **23-CR-118 (AT)**

Dear Judge Torres:

On behalf of our client Miles Guo we respectfully submit the following;

(1) a Reply Sentencing Memorandum in further support of a non-Guidelines sentence substantially below the sentence advocated by the Government (filed via ECF); and

(2) a Supporter Supplement to our prior Sentencing Memorandum (ECF Nos. 822, 826-1), sent to the Court and the Government via email. The Supporter Supplement contains 100 exhibits, which are minimally redacted copies of 100 representative statements received by counsel from supporters of Mr. Guo. In introductory text we categorize and review the substance of these statements. The Supporter Supplement also contains a master list of the 1,254 individuals who submitted statements of support to defense counsel (including the 100 whose statements are provided to the Court in full). We have not included all 1,254 statements, but these are available for the Court's and the Government's review. Because of the sensitive personal nature of the information contained in these statements, and specific requests by numerous individuals to keep their identities out of public view, we request that the entire Supporter Supplement be maintained **under seal**.

We are available to answer any questions which the Court may have regarding these materials.

Respectfully submitted,

Melinda Sarafa
Joshua Dratel
John Kaley

cc: All counsel via ECF