UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MILES GUO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2026

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 23, 2026, the Court granted Defendant, Miles Guo's, application for the issuance of a subpoena pursuant to Federal Rule of Criminal Procedure 17(c) subpoena ("Rule 17(c) subpoena"), subject to certain limitations. *See* ECF No. 823.

On April 2, 2026, Guo moved to compel the subpoenaed party to comply with the subpoena by filing a letter on the docket and submitting a memorandum of law and accompanying exhibits under seal. *See* Mot., ECF No. 829. Guo argues that the subpoenaed party has been evasive and that the production of responsive documents appears to be incomplete.

By sworn declarations dated March 24, March 26, and April 24, 2026, submitted to the Court and the parties under seal, the subpoenaed party detailed their search for documents that were potentially responsive to the materials listed in the appendix to the Rule 17(c) subpoena. The declarations provide details regarding whether the party is aware of the existence of any such materials, whether the materials are subject to certain privileges that protect them from disclosure, and whether the materials are within the party's possession, custody, or control.

The Court credits the party's good-faith efforts to search for and to produce responsive documents and finds, in its discretion, that the subpoenaed party has complied with the Rule 17(c) subpoena. Guo provides no evidence for the Court to conclude otherwise. Guo's motion is, therefore, DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 829.

SO ORDERED.

Dated: June 25, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge