UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/25/2026____

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant Miles Guo's motion, filed today, seeking an adjournment of the sentencing scheduled for Monday, June 29, 2026.  *See* ECF No. 853.  The motion is DENIED.

Having closely reviewed the parties' sentencing submissions and the record in this case, the Court concludes that it is able to make the factual determinations necessary for sentencing without an evidentiary hearing.  *See United States v. Fatico*, 603 F.2d 1053 (2d Cir. 1979).

The Court has ruled on Guo's motion to compel compliance with a Rule 17(c) subpoena and his *Brady* motion, and neither provide a basis to delay sentencing.  Likewise, although Guo's motion to preserve assets may be relevant to the size of personal money judgment imposed, the Court has considered the issues raised in the parties' papers and shall resolve the motion when imposing sentence.

As to the Court's handling of ancillary proceedings, specifically, third-party petitions brought under 21 U.S.C. § 853(n) and the appointment of a special master, the Court does not find that resolution of these issues is required prior to sentencing.  *See* 21 U.S.C. § 853(n); Fed. R. Crim. P. 32.2(c).  The Court shall provide further guidance on these ancillary proceedings in due course.

For the foregoing reasons, Guo's motion to adjourn sentencing proceedings is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 853.

SO ORDERED.

Dated:  June 25, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge