UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

                                    Defendant.

ANALISA TORRES, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/2/2026

23 Cr. 118-1 (AT)

**ORDER**

The Court has been advised that the document filed at ECF No. 765, a courtesy copy of a filing made with the United States Court of Appeals for the Second Circuit, contains sensitive personal information that was not redacted prior to submission.  Accordingly, the Clerk of Court is respectfully directed to place the document filed at ECF No. 765 under seal.

SO ORDERED.

Dated: July 2, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge