QJA

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern _____ District of New York _____

Caption:

UNITED STATES _____ v.

MILES GUO _____

Docket No.: 23-CR-118

ANALISA TORRES
(District Court Judge)

Notice is hereby given that _____ MILES GUO _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other |_____ (specify)

entered in this action on __ JULY 2, 2026 __.
(date)

This appeal concerns: Conviction only |___|   Sentence only ___|   Conviction & Sentence |✓   Other |___

Defendant found guilty by plea    | trial ✓ | N/A | .

Offense occurred after November 1, 1987?   Yes |✓   No |    N/A |

Date of sentence: ____ JUNE 29, 2026 ____ N/A ___|

Bail/Jail Disposition: Committed |✓    Not committed |    N/A |

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

Defendant's Counsel:    JOSHUA L. DRATEL, ESQ.

Counsel's Address:    DRATEL & LEWIS

29 BROADWAY, SUITE 1412, NEW YORK, NY 10006

Counsel's Phone:    (212) 732-0707

Assistant U.S. Attorney:    RYAN B. FINKEL

AUSA's Address:    26 FEDERAL PLAZA, NEW YORK, NY 10278

AUSA's Phone:    (212) 637-6612

Signature

RECEIVED SDNY PRO SE OFFICE 2026 JUL -2 PM 3:56