AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of New York

United States of America
Plaintiff
v.
Miles Guo
Defendant

Case No. 1:23-cr-00118-AT-1

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miles Guo

Date: ______________

/s/ Benjamin Gruenstein
Attorney's signature

Benjamin Gruenstein 3897758
Printed name and bar number

Gruenstein Law PLLC
1185 Avenue of the Americas, 3rd Floor
New York, NY 10036
Address

bgruenstein@gruensteinlaw.com
E-mail address

(212) 379-4901
Telephone number

FAX number